Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jamal Trulove )
 ) Case No: 3:16-cv-00050
 Plaintiff(s), )
 ) **APPLICATION FOR**
 v. ) **ADMISSION OF ATTORNEY**
 ) **PRO HAC VICE** AND ORDER
City & County of San Francisco, et al. ) (CIVIL LOCAL RULE 11-3)
 )
 Defendant(s). )

I, Anna Benvenutti Hoffmann, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Jamal Trulove, Plaintiff in the above-entitled action. My local co-counsel in this case is Kate Chatfield, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Neufeld Scheck & Brustin, LLP, 99 Hudson Street, 8th Floor<br>New York, NY 10013 | Law Office of Chatfield and Reisman<br>32 Boardman Place, San Francisco, CA 94103 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 965-9081 | (415) 255-9076 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| anna@nsbcivilrights.com | chatfield@legalprivilege.ch |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4412011.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/08/16                                                Anna Benvenutti Hoffmann
                                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anna Benvenutti Hoffmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 11, 2016                                     *[signature]*
                                                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE