UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL RASHID TRULOVE**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY & COUNTY SAN FRANCISCO, ET AL.**, <br><br> Defendants. | Case No. 16-cv-00050-YGR <br><br> ORDER GRANTING STIPULATION RE: <br> (1) FILING FIRST AMENDED COMPLAINT <br> (2) SETTING DATE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT <br> (3) ORDER CHANGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE <br><br> Re: Dkt. No. 35 |

PURSUANT TO the Parties' Stipulation (Dkt. No. 35) and good cause having been shown, the Court **ORDERS** that the case management schedule is modified as follows:

| | |
|---|---|
| Plaintiff to file First Amended Complaint | April 8, 2016 |
| Defendants to file response to First Amended Complaint | May 6, 2016 |
| Initial Case Management Conference/Rule 12 Hearing | July 26, 2016, 2pm |

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**