# EXHIBIT D

DECLARATION OF OLIVER BARCENAS

I, Oiver Barcenas, declare under penalty of perjury:

1. My date of birth is ▮▮▮▮ ▮▮▮.

2. On July 27, 2007, I was arrested by the San Francisco Police Department near the intersection of Geneva and Mission.

3. Shortly after the arrest I was taken to the Ingleside Police Station.

4. One of the officers mentioned to me that there had been a shooting in the Sunnydale area that evening.

5. At the Ingleside Police Station, I was held in a room immediately inside the front doors of the police station.

6. I was handcuffed to a bench in this room.

7. I was held in this room for a number of hours.

8. At one point during the evening, a woman, who appeared to be of Samoan descent, was brought into the room accompanied by a female uniformed officer and an older plainclothes officer.

9. The Samoan woman was of average height with a heavy build. She had black hair which was pulled back.

10. The Samoan woman was crying and seemed upset.

11. The female uniformed officer seemed to be trying to console the Samoan woman.

12. The older plainclothes officer was holding something like a clipboard and was showing it to the Samoan woman.

13. I remember the plainclothes officer asking "Are you sure it was not Jeremiah Trulove?" I am not certain of his exact words but I

DECLARATION OF OLIVER BARCENES, PAGE: 1

know he was saying "Trulove" and I think he said "Jeremiah" or "Jerome".

14. As the officer was saying this, he was holding the clipboard and pointing to something in front of the Samoan woman.

15. The Samoan woman responded by stating "No" and "I don't know" at least two times. She was continuing to cry while she spoke.

16. The older plainclothes officer seemed unhappy by the Samoan woman's responses.

17. I did not know Seu Kuka.

18. I did not know Jamal Trulove until I met him while incarcerated at the San Francisco County Jail on or about June 19, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 28 day of June, 2010.

Respectfully submitted,

By: /s/ Oliver Barcenas
OLIVER BARCENAS

DECLARATION OF OLIVER BARCENES, PAGE: 2