**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMAL RASHID TRULOVE**, <br>     **Plaintiff,** <br>     v. <br> **CITY & COUNTY SAN FRANCISCO,** *et al.*, <br>     **Defendants.** | **Case No.: 16-CV-0050 YGR** <br><br> **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** <br><br> **DKT. NO. 54** |

    Defendants moved to dismiss Plaintiff's First Amended Complaint on May 6, 2016. (Dkt. No. 50.) The parties to this action having stipulated through their respective counsel (Dkt. No. 54), the Court **ORDERS** as follows:

    Plaintiff to file response to Rule 12 Motion no later than June 3, 2016; and

    Defendants to file reply to Rule 12 Motion no later than June 17, 2016.

    This terminates Docket No. 54.

    **IT IS SO ORDERED**.

Date: May 17, 2016

                                                   **YVONNE GONZALEZ ROGERS** <br>
                                                   **UNITED STATES DISTRICT COURT JUDGE**