UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　Defendants. | Case No. 16-cv-00050-YGR<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Dkt. No. 68 |

　　On July 14, 2016, Plaintiff filed a Statement of Recent Decision in connection with his opposition to Defendants' motion to dismiss. (Dkt. No. 63.) By their motion, Defendants seek leave to file a response to Plaintiff's Statement of Recent Decision. (Dkt. No. 68.) Defendants represent that Plaintiff does not oppose the motion and no opposition has been filed as of the date of this order.

　　In light of the foregoing, Defendants' Motion for Leave to File a Response to the Plaintiff's Statement of Recent Decision is **GRANTED**. The proposed response, attached to the instant motion as Exhibit A, is deemed filed as of the date of this order.

　　**IT IS SO ORDERED.**

　　This terminates Docket No. 68.

Dated: July 27, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**JUDGE YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1