UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRULOVE,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 16-cv-0050-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 13, 2017 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE | 10/25/16 at 9:30 a.m. |
| NON-EXPERT DISCOVERY CUTOFF: | April 7, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: April 14, 2017<br>Rebuttal: April 28, 2017 |
| EXPERT DISCOVERY CUTOFF: | May 19, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | July 25, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 22, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 29, 2017 |
| PRETRIAL CONFERENCE: | Friday, October 13, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, October 30, 2017 at 8:30 a.m. for 4 weeks<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, September 22, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 31, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge