DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RENÉE L. ERICKSON, State Bar #304983
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3908 [Keith]
Telephone:  (415) 554-3853 [Erickson]
Facsimile:   (415) 554-3837
E-Mail:      peter.keith@sfgov.org
E-Mail:      renee.erickson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL ANDROVICH, MAUREEN D'AMICO,
ROBERT DANIELE, FRANCIS HAGAN,
MICHAEL JOHNSON, KEVIN KNOBLE,
CARLA LEE, ROBERT MCMILLAN,
SHAWN PHILLIPS, DANIEL SILVER,
MICHAEL SLADE, and JAMES TRAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>     Defendants. | Case No. 16-cv-00050-YGR<br><br>**DEFENDANTS' SUPPLEMENTAL RESPONSE IN SUPPORT OF THE MOTION TO DISMISS; AND MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL RESPONSE**<br><br>Attached: Exhibit A, Transcript |

Defendants move to strike plaintiff's supplemental response in opposition to the defendants' motion to dismiss (Dkt. No. 79) as beyond the scope of the Court's order. *See* Local Rule 7-3(d). On August 29, 2016, counsel for the parties appeared for oral argument on the defendants' motion to dismiss. During argument, the Court requested additional case law regarding plaintiff's conspiracy claim. The Court was clear that it wanted only cases and not argument: "I don't want argument, I just want cases;" "Again, no more than 3 pages. Just looking for the cases." (Ex. A, Hearing Transcript,

26:2-3, 17-18.) Despite this instruction, plaintiff's supplemental response is an argument. The Court should disregard it.

None of the cases cited by plaintiff suggest that the allegations in the FAC are adequate. Defendants submit on their motion to dismiss and supporting papers, and the cases cited therein.

Dated: September 19, 2016

                        DENNIS J. HERRERA
                        City Attorney
                        CHERYL ADAMS
                        Chief Trial Deputy
                        PETER J. KEITH
                        RENÉE L. ERICKSON
                        Deputy City Attorneys

                     By: */s/ Renee Erickson*
                        RENEE ERICKSON

                        Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO,
                        MICHAEL ANDROVICH, MAUREEN D'AMICO,
                        ROBERT DANIELE, FRANCIS HAGAN,
                        MICHAEL JOHNSON, KEVIN KNOBLE,
                        CARLA LEE, ROBERT MCMILLAN,
                        SHAWN PHILLIPS, DANIEL SILVER,
                        MICHAEL SLADE, and JAMES TRAIL