1 | DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
2 | Chief Trial Deputy
PETER J. KEITH, State Bar #206482
3 | RENÉE L. ERICKSON, State Bar #304983
Deputy City Attorneys
4 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
5 | Telephone:   (415) 554-3908 [Keith]
Telephone:   (415) 554-3853 [Erickson]
6 | Facsimile:   (415) 554-3837
E-Mail:       peter.keith@sfgov.org
7 | E-Mail:       renee.erickson@sfgov.org

8 | *Attorneys for Defendants*

9 |
10 | Nick J. Brustin, NY Bar No. 2844405 (*Pro Hac Vice*)
Anna Benvenutti Hoffmann, NY Bar No. 4412011 (*Pro Hac Vice*)
Danielle Hamilton, NY Bar No. 5352653 (*Pro Hac Vice*)
11 | Neufeld, Scheck and Brustin, LLP
99 Hudson Street, 8th Floor
12 | New York, NY 10013
Telephone: (212) 965-9081
13 | Facsimile: (212) 965-9084
14 | Email: nick@nsbcivilrights.com
Email: anna@nsbcivilrights.com
15 |
*(Additional Counsel for Plaintiff on following page)*
16 |
Attorneys for Plaintiff
17 | JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No. 16-cv-00050-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF JUVENILE RECORDS**<br><br>Trial Date:　　　　October 30, 2017 |

Additional Counsel for Plaintiff:

Kate Chatfield
University of San Francisco
2130 Fulton Avenue, KN 211
San Francisco, CA 94117
Telephone: 415-422-4385
Email: chatfield@legalprivilege.ch

Alex Reisman
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240
Email: areisman@msn.com
*Attorneys for Plaintiff*

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(c), the parties have met and conferred and stipulate as follows:

1. California Welfare and Institutions Code §§ 827 and 827.9 limit the release of juvenile case files and police records to specified persons and entities. Beyond that, the records may be released only with a court order. *See* §§ 827(a)(1)(P); 827.9(e).

2. The parties seek a court order authorizing the production of juvenile records for Oliver Barcenas, David Trulove, and Joshua Bradley to Plaintiff and his attorneys, as confidential material under the terms of the protective order.

3. Good cause exists for the Court to issue an order authorizing the production of juvenile records for Oliver Barcenas, David Trulove, and Joshua Bradley. Each has received notice and has signed a waiver authorizing the release of his juvenile records, to be marked confidential and produced under the terms of the protective order, for use in this action. The authorizations are attached as Exhibits A, B, and C. Additionally, these individuals are potential witnesses; their records are relevant and of interest to both parties.

4. The parties therefore jointly request that the Court order that such records may be produced by defendants to plaintiff in this civil action, marked as confidential and subject to the provisions of the protective order previously issued by this Court in this matter.

IT IS SO STIPULATED.

Dated: October 6, 2016

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        PETER J. KEITH
        RENEE L. ERICKSON
        Deputy City Attorneys

By: */s/ Renee L. Erickson*
     RENEE L. ERICKSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 6, 2016

NEUFELD, SCHECK AND BRUSTIN, LLP
NICK J. BRUSTIN
ANNA BENVENUTTI HOFFMANN

By: */s/ Nick J. Brustin*

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

LAW OFFICE OF CHATFIELD AND REISMAN
KATE CHATFIELD
ALEX REISMAN

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT BASED ON THE ABOVE ENTERED STIPULATION, and the attached authorizations, the defendants are authorized to produce juvenile records for Oliver Barcenas, David Trulove, and Joshua Bradley to plaintiff and his attorneys, marked as confidential and subject to the provisions of the protective order previously issued by this Court.

IT IS SO ORDERED.

Dated: _____      _____
                              THE HONORABLE YVONNE GONZALEZ ROGERS
                              UNITED STATES DISTRICT JUDGE