DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE L. ERICKSON, State Bar #304983
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859 [Baumgartner]
Telephone:    (415) 554-3853 [Erickson]
Facsimile:     (415) 554-3837
E-Mail:         margaret.baumgartner@sfgov.org
E-Mail:         renee.erickson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL ANDROVICH, MAUREEN D'AMICO,
ROBERT DANIELE, FRANCIS HAGAN,
MICHAEL JOHNSON, KEVIN KNOBLE,
CARLA LEE, ROBERT MCMILLAN,
SHAWN PHILLIPS, DANIEL SILVER,
MICHAEL SLADE, and JAMES TRAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>     Defendants. | Case No. 16-cv-00050-YGR<br><br>**DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DISCOVERY LETTER BRIEF UNDER SEAL**<br><br>Trial Date:         October 30, 2017 |

**DECLARATION OF MARGARET W. BAUMGARTNER**

I, Margaret W. Baumgartner, declare as follows:

1.     I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am assigned to represent defendants the City and County of San Francisco

1  et al. in the above-captioned litigation. I have personal knowledge of the facts contained herein, and
2  could and would testify competently thereto.

3      2.     I submit this declaration in support of Defendants' Administrative Motion to Seal.

4      3.     Defendants seek to lift plaintiff's confidentiality designation of certain deposition
5  testimony. The protective order requires that defendants maintain the confidentiality of the testimony
6  until the court orders otherwise. The entirety of the letter brief discusses this testimony.

7      4.     Because the entirety of the letter brief necessarily references the protected material,
8  defendants will redact the letter other than the address and heading, and electronically file the redacted
9  version of the motion.

10  I declare under penalty of perjury under the laws of the State of California that the preceding
11  declaration is true, and that this declaration was executed on February 8, 2017 in San Francisco,
12  California.

                                                        */s/ Margaret W. Baumgartner*
13                                                          MARGARET W. BAUMGARTNER