

CITY AND COUNTY OF SAN FRANCISCO
DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY
MARGARET W. BAUMGARTNER
Deputy City Attorney

Direct Dial: (415) 554-3859
Email: margaret.baumgartner@sfgov.org

February 8, 2017

Hon. Yvonne Gonzalez Rogers
United States District Court
1301 Clay Street, Courtroom 1, 4th Floor
Oakland, CA 94612

    Re: *Jamal Trulove v. City & County of San Francisco, et al.*
        USDC Case No. 16-CV-00050-YGR
        **JOINT DISCOVERY LETTER BRIEF RE CONFIDENTIALITY OF SWORN DEPOSITION TESTIMONY**

Dear Judge Rogers:

**[CONFIDENTIAL INFORMATION FILED UNDER SEAL]**

Fox Plaza · 1390 Market Street, 6th Floor · San Francisco, California 94102-5408
Reception: (415) 554-3800 · Facsimile: (415) 554-3837

n:\lit\li2016\160675\01169343.docx

**[CONFIDENTIAL INFORMATION FILED UNDER SEAL]**

**[CONFIDENTIAL INFORMATION FILED UNDER SEAL]**

**[CONFIDENTIAL INFORMATION FILED UNDER SEAL]**

**[END OF CONFIDENTIAL INFORMATION]**

Dated:  February 8, 2017

                        DENNIS J. HERRERA
                        City Attorney
                        CHERYL ADAMS
                        Chief Trial Deputy
                        MARGARET W. BAUMGARTNER
                        RENEE L. ERICKSON
                        Deputy City Attorneys

By: */s/ Margaret W. Baumgartner*
      MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

Dated:  February 8, 2017

                        NEUFELD, SCHECK AND BRUSTIN, LLP
                        NICK J. BRUSTIN
                        ANNA BENVENUTTI HOFFMANN
                        ALEXANDRA LAMPERT

By:*/s/ Alexandra Lampert*
     ALEXANDRA LAMPERT

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

Dated:  February 8, 2017

                        LAW OFFICE OF CHATFIELD AND REISMAN
                        KATE CHATFIELD
                        ALEX REISMAN

By: */s/ Kate Chatfield*
      KATE CHATFIELD

Attorneys for Plaintiff
JAMAL RASHID TRULOVE