**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMAL RASHID TRULOVE**,<br><br>Plaintiff,<br><br>Vs.<br><br>**THE CITY AND COUNTY OF SAN FRANCISCO**, *ET AL*,<br><br>Defendants. | Case No.: 16-CV-050 YGR<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION OF DEFENDANTS MAUREEN D'AMICO, JOHN EVANS, MICHAEL E JOHNSON, RONAN SHOULDICE, AND CITY & COUNTY SAN FRANCISCO TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>**DKT. NO. 120** |

On February 28, 2017, Defendants Maureen D'Amico, John Evans, Michael E. Johnson, Ronan Shouldice, and City & County San Francisco filed their motion to dismiss portions of the Second Amended Complaint of plaintiff Jamal Trulove. (Dkt. No. 120.) The matter was fully briefed and came on regularly for hearing on April 25, 2017.

Having carefully considered the papers submitted, the matters judicially noticeable, and the pleadings in this action, and for the reasons stated on the record, the Court **GRANTS** the motion to dismiss as to Defendant City and County of San Francisco as unopposed, and **DENIES** the Motion to Dismiss as to defendants Maureen D'Amico, John Evans, Michael E. Johnson, and Ronan Shouldice.

This terminates Docket No. 120.

**IT IS SO ORDERED**.

Date: April 27, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**