**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMAL RASHID TRULOVE,** | **Case No.: 16-CV-050 YGR** |
| Plaintiff, | **ORDER MODIFYING BRIEFING SCHEDULE ON SUMMARY JUDGMENT AND EXPERT MOTIONS; DIRECTING PLAINTIFFS TO CLARIFY DEFENDANTS AND BASIS FOR MALICIOUS PROSECUTION CLAIM (COUNT TWO)** |
| Vs. | |
| **THE CITY AND COUNTY OF SAN FRANCISCO, ET AL,** | |
| Defendants. | |

After review of defendants' summary judgment pre-filing letter, plaintiff's response thereto, and a discussion on the record, the Court **ORDERS** as follows:

The current deadline for filing and hearing summary judgment motions is **VACATED**;

The current deadline for filing and hearing *Daubert* motions is modified such that:

Motions shall be filed no later than **October 10, 2017**;

Oppositions thereto shall be filed no later than **October 24, 2017**; and

Replies shall be filed no later than **October 31, 2017**.

The hearing on the motions is hereby set for **November 14, 2017**, at 2:00 p.m.

The parties shall exchange proposed jury instructions on the substantive elements of plaintiff's claims and theories in this action no later than **September 28, 2017**. The parties shall meet and confer on the instructions by **October 13, 2017**. The parties shall file a joint set of instructions no later than **October 27, 2017**, including argument on any disputed instructions of no more than three (3) pages per instruction per side.

On the record, the Court granted plaintiff's unopposed oral motion to dismiss defendants Trail, Androvich, and Hagen. Plaintiff shall submit a proposed order for dismissal no later than **September 28, 2017**.

Plaintiff further indicated that he will identify which constitutional amendment (Fourth or Fourteenth) he will proceed under for purposes of his malicious prosecution claim (Count Two). Plaintiff shall file a notification to this effect no later than **September 28, 2017**.

**IT IS SO ORDERED**.

Date: September 19, 2017

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**