Nick J. Brustin, NY Bar No. 2844405
  Email: nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email: anna@nsbcivilrights.com
Vishal Agraharkar, NY Bar No. 4931457
  Email: vishal@nsbcivilrights.com
Jael Humphrey-Skomer, NY Bar No. 4697231
  Email: jael@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email: meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084

Kate Chatfield, State Bar No. 245403
  Email: chatfield@legalprivilege.ch
University of San Francisco
2130 Fulton Avenue, KN 211
San Francisco, CA 94117
Telephone: 415-422-4385

Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, ET AL, <br><br> Defendants. | Case No. 16-cv-00050-YGR <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 129** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 129

As exhibits to Plaintiff Jamal Trulove's Daubert motion to exclude the testimony of defense expert Craig Fries, Plaintiff seeks to file redacted versions of the expert reports of Craig Fries, James Norris, Dr. Dan Kruger and Dr. Judy Melinek. These reports contain photographs from the autopsy and crime scene that Defendants have designated confidential under the parties' protective order and that Defendants maintain should remain confidential pursuant to California Code of Civil Procedure ("CCP") § 129.

CCP § 129 bars copying or disseminating photographs "of the body, or any portion of the body, of a deceased person, taken by or for the coroner at the scene of death or in the course of a post-mortem examination or autopsy." Consequently, Plaintiff has redacted photographs that depict the deceased body of Seu Kuka in these four reports.

Plaintiff hereby moves the Court for leave to file autopsy and crime scene photos in these four expert reports under seal. In support, Plaintiff submits a declaration, a proposed order, and redacted and unredacted versions of these reports. In accordance with the Court's individual rules, Plaintiff's counsel will also submit a courtesy copy of the filing to chambers.

Dated: October 10, 2017                    Respectfully Submitted,

By: /s/Jael Humphrey-Skomer
Jael Humphrey-Skomer, NY Bar No. 4697231
(pro hac vice)
*One of Plaintiff Jamal Trulove's Attorneys*