**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMAL RASHID TRULOVE**,<br><br>　　　　Plaintiff,<br><br>　　　Vs.<br><br>**THE CITY AND COUNTY OF SAN FRANCISCO,** *ET AL*,<br><br>　　　　Defendants. | Case No.: 16-CV-050 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL PORTION OF TRANSCRIPT OF NOVEMBER 14, 2017 HEARING**<br><br>**DKT. NO. 216** |

Plaintiff has filed an administrative motion to seal a portion of the transcript of the hearing on November 14, 2017, before this Court. The motion is **DENIED WITHOUT PREJUDICE** to renewal as premature, since no transcript has been ordered.

**IT IS SO ORDERED**.

This terminates Docket No. 216.

Date: December 5, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**