# Exhibit A

EXHIBIT
104
McMillan 2-22-17
depobook.com

**TAPE TRANSCRIPTION**


## PEOPLE V. JAMAL TRUELOVE

### STATEMENT LATISHA DICKERSON

### DATE:  06/16/2008

### SAN FRANCISCO POLICE CASE NO: 070 745 258


INSP JOHNSON:  Okay, I think this is recording.

SPEAKER [M]:  When the red light's on it's recording.  Let me make sure…yeah, it's good.

INSP JOHNSON:  All right, this is Inspector Johnson, I'm with…

INSP MCMILLAN: Inspector McMillan, star number 1700.

OFFICER HAGEN: And Officer Hagen, star number 1280.

INSP JOHNSON:  And we're at the homicide detail, today's June 16th, 2008, it is 20 minutes to nine and we are with…what's your name, ma'am?

DICKERSON:     Latisha Meadows Dickerson.

INSP JOHNSON:  Miss, what do I call you?  Miss Meadows, Miss Dickerson or…

DICKERSON:     Mrs. Dickerson, I'm married.

INSP JOHNSON:  Mrs. Dickerson, okay.

DICKERSON:     Yeah.

INSP JOHNSON:  Uh, I just spoke with you a little bit, you have some information regarding an incident that occurred in the

1

KAMALA D. HARRIS
DISTRICT ATTORNEY

1   Sunnydale project area awhile back and why don't you just…start,

2   tell us what you know cause we really haven't talked about it.

3        DICKERSON:     Okay, well, earlier that afternoon, I would

4   say a lot of the guys were drinking…

5        INSP JOHNSON:  Okay, so this was…how long ago…whose murder

6   are we talking about?

7        DICKERSON:     Talking about [Seuls].

8        INSP JOHNSON:  [Seul].  That's [Seulla] [Kuka].

9        DICKERSON:     Mm hmm.

10       INSP JOHNSON:  Okay, but everyone calls him [Seul].

11       DICKERSON:     [Seul].  Yeah.

12       INSP JOHNSON:  And that's referring to case number 070 745

13  258 and that occurred on July 23rd 2007.  Okay…

14       DICKERSON:     Uh, [Seul], my brothers girlfriend, my

15  brothers girlfriends brother [Tuma Favasa], he was outside.  Uh,

16  Kamal, his brother Truelove and a few other, a few other people

17  were outside.

18       INSP JOHNSON:  Okay, so you're talking about…which street

19  would this be on?

20       DICKERSON:     This is [Blithedale].

21       INSP JOHNSON:  This is on [Blithedale].

22       DICKERSON:     This is on [Blithedale] and this is the only

23  parking lot on the right hand side.

24       INSP JOHNSON:  That's going up the hill?

25       DICKERSON:     Going up the hill.  And all day the guys were

26  drinking, laughing, you know, having fun then I would say about

KAMALA D. HARRIS
DISTRICT ATTORNEY

2

1  between 5:30 or 6:00 I noticed Jamal and [Seul] arguing so they

2  start screaming in my parking lot…

3      INSP JOHNSON:   Jamal, describe Jamal to me.

4      DICKERSON:     He's uh…tall, slender black male, um, bald

5  head, I would say about medium complexion, uh, between no more

6  than 140, 150.

7      INSP JOHNSON:   Okay, now how long have you known Jamal?

8      DICKERSON:     Uh, I don't know him personally, I just know

9  him through the people that I live with, my house, my brother in

10 law, my brothers girlfriends brother was staying with us and he

11 hangs around all of them.

12     INSP JOHNSON:   Okay, so…let me just…let me just draw a

13 little map here.  This would be…this would be uh…Santos here and

14 this is…we'll make this [Blithedale].  Okay.  So this is Santos.

15     DICKERSON:     Mm hmm.

16     INSP JOHNSON:   And then the parking lot is…

17     DICKERSON:     Okay, so if you go up Santos, this is the

18 parking lot where I live, let's say…

19     INSP JOHNSON:   Well, let me…you're going up Santos, up the

20 hill.

21     DICKERSON:     Up the hill, this is [Blithedale]…

22     INSP JOHNSON:   Right.

23     DICKERSON:     So if you go up, I live in this parking lot.

24     INSP JOHNSON:   You're in the first parking lot on the left.

25     DICKERSON:     On the left-hand side, I'm sorry.  First

26 parking lot on the left hand side.  This is where the party

3

KAMALA D. HARRIS
DISTRICT ATTORNEY

1  started during the afternoon, the drinking, so then about 5:30,
2  let's say between 5:00 and 6:00 give or take cause it was still
3  light outside, the argument starts here.
4      INSP JOHNSON:  Okay.
5      DICKERSON:     Now my window…
6      INSP JOHNSON:  Here being right in the parking lot.
7      DICKERSON:     Right in the parking lot.
8      INSP JOHNSON:  Mm hmm.
9      DICKERSON:     My window…is diagonally to these stairs right
10 here where the fight escalated all the way across the street.
11     INSP JOHNSON:  Okay, why don't you put a W there so I know
12 window cause I'll forget about this later on.
13     DICKERSON:     Okay, the fight starts right here,
14 then…[Seul] is angry and they both are yelling and they walk
15 across the street.
16     INSP JOHNSON:  Okay, so where's the parking lot across the
17 street?
18     DICKERSON:     Right here.
19     INSP JOHNSON:  Where the arrow is?  Okay.
20     DICKERSON:     Where the arrow is.  Right here.
21     INSP JOHNSON:  Uh huh okay.
22     DICKERSON:     So the parking lot is there and there's,
23 let's say, some stairs or so right here, you know, let these be
24 the stairs and the fight breaks out but in between here let's say
25 maybe the street corner and right here an altercation breaks out.
26     INSP JOHNSON:  As they're crossing…

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002124_SFDA
Case No. 16-cv-00050

1       DICKERSON:      As they're crossing [Blithedale].

2       INSP JOHNSON:   Okay.

3       DICKERSON:      There's an altercation.

4       INSP JOHNSON:   Okay, now who are we talking about going

5  across [Blithedale]?

6       DICKERSON:      Um, [Seul].

7       INSP JOHNSON:   [Seul].

8       DICKERSON:      Jamal.

9       INSP JOHNSON:   Jamal.

10      DICKERSON:      Uh, and uh, let's [Tuma].

11      INSP JOHNSON:   [Tuma]…

12      DICKERSON:      [Vowvasa].

13      INSP JOHNSON:   [Vowvasa].

14      DICKERSON:      Yes.  He's…they're all crossing the street,

15  then there's like a few people already hanging out here, I don't

16  remember for sure.

17      INSP JOHNSON:   Okay, you mean when you say by the stairs,

18  there's people hanging out?

19      DICKERSON:      By the stairs, there's a few people hanging

20  out by the stairs.

21      INSP JOHNSON:   Now let me just ask you, do you know where

22  [Seul] lived?

23      DICKERSON:      [Seul] lived in that building, that parking

24  lot, I don't…I've never been.

25      INSP MCMILLAN:  Which parking lot, the one on the left or the

26  one on the right?

KAMALA D. HARRIS
DISTRICT ATTORNEY

5

1      DICKERSON:      The parking lot on the right.

2      INSP MCMILLAN: Right, okay.

3      DICKERSON:      [Seul] lived…I don't know particularly what

4   door he stayed at but if I'm not mistaken it's like the third

5   door on the…doors facing the street, going down the hill. He

6   stayed there with his girlfriend and she has like three or four

7   kids.

8      INSP JOHNSON:  What's her name?

9      DICKERSON:      Uh, I can't think of it off the top of my

10  head.

11     INSP JOHNSON:  All right.

12     DICKERSON:      I know, Latin lady, little heavy set.

13     INSP JOHNSON:  Okay.

14     DICKERSON:      Um, so fight breaks out somewhere between

15  here and then I go inside my house to the backdoor, I come back

16  out.  And then everybody's standing here, I see [Seul] turn to

17  walk towards the end of the parking lot and then…

18     INSP JOHNSON:  The end of the parking lot…let's call this

19  parking lot A where you live and parking lot B where…

20     DICKERSON:      Okay, A…

21     INSP MCMILLAN: And then parking lot B is where [Seul] lives.

22     DICKERSON:      [Seul] lives in parking lot B so if these are

23  the stairs, right?  [Seul] turns and walks towards, forwards,

24  towards the back of the parking lot facing the ends of the

25  buildings, not the sides facing the street.

26     INSP JOHNSON:  Right.

KAMALA D. HARRIS
DISTRICT ATTORNEY

6

1     DICKERSON:     So [Seul] turns to walk backwards with his

2   back turned and then Jamal shoots him in the back of the head and

3   he falls right there at the base of the stairs in the little

4   grassy area.  He falls down.

5     INSP JOHNSON:  Okay, so, so what…what was [Seul] doing

6   before this?  I mean, sort of like, okay, we're arguing and then…

7     DICKERSON:     Well, they were arguing…

8     INSP JOHNSON:  Did you see the actual shooting?

9     DICKERSON:     I saw the actual shooting.  I saw it, I saw

10   it, I saw the flash from the gun, I saw [Seul's] body slump

11   lifelessly to the floor.  I already knew he was gone from the way

12   that Jamal's hand went to the gun, from, you know, pointed

13   directly at his head, the way that he fell, I just knew he was

14   gone.

15     INSP JOHNSON:  Okay, so Jamal shoots him?

16     DICKERSON:     Shoots him, yes.

17     INSP JOHNSON:  And he falls on the grassy area?

18     DICKERSON:     Falls on the grassy area.

19     INSP JOHNSON:  And that's between…where is that?  The grassy

20   area.

21     DICKERSON:     The grassy area is right next to the stairs.

22   Which is right in the…

23     INSP JOHNSON:  Okay, so you've got the street…

24     DICKERSON:     You got…

25     INSP JOHNSON:  Then you got the sidewalk…

26     DICKERSON:     Then there's the stairs, then there's the

7

KAMALA D. HARRIS
DISTRICT ATTORNEY

1  grass area.

2      INSP JOHNSON:  Okay.

3      DICKERSON:    The little grass area.

4      INSP JOHNSON:  All right.  Now, how many times or…did he

5  shoot him once or how did that go?

6      DICKERSON:    Uh…I only remember seeing one shot.  I only

7  remember hearing one shot.

8      INSP JOHNSON:  Uh huh.

9      DICKERSON:    Because by then I shut my door and ran in my

10  house.

11      INSP JOHNSON:  So when you saw the shooting and you saw him

12  shoot him.

13      DICKERSON:    When I saw him shoot him…I didn't see which

14  direction he went, I just seen [Seul] fall and then I went in my

15  house, closed the door, went upstairs to my, my…the front bedroom

16  that's facing the street, opened the window, and then that's when

17  I noticed, uh…um…[Tuma's] covering [Seul] with a jacket and

18  there's people screaming and that's it.

19      INSP JOHNSON:  Okay.  So…you've known…how long have you

20  known…not that you know them personally but you've seen this

21  fellow Jamal?

22      DICKERSON:    Yeah.

23      INSP JOHNSON:  How long have you been…

24      DICKERSON:    Well, I seen them…in and out of like the

25  parking lot area, you know, just a few times, because I've lived

26  205 [Blithedale], my address for about six years but there's

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002128_SFDA
Case No. 16-cv-00050

1   times where I wasn't staying there, where, you know, I moved out

2   of there and I had like my cousins or somebody, you know, so they

3   would talk about them and then we would see them but me, myself,

4   as far as me, and my husband and everybody, we don't hang out and

5   so I never…hi, my name is Latisha, nice to meet you, Jamal, none

6   of them, we just… I knew them, I knew of them by [Tuma Vowvasa]

7   because he was living with us at the time so he would speak on

8   them and you know…

9       INSP JOHNSON:  Okay, so you're…as, as…so…I'm drawing a

10  little picture here of same kind of thing, this is Santos.

11      DICKERSON:     Okay.

12      INSP JOHNSON:  And the parking lot goes back this way,

13  right?

14      DICKERSON:     Yes.

15      INSP JOHNSON:  Okay so this would be the PL, the parking

16  lot, so are you on the up hill side or the down hill side?

17      DICKERSON:     I'm on the up hill side.

18      INSP JOHNSON:  And how many, how many doors in would you be?

19      DICKERSON:     I am the third door in…

20      INSP JOHNSON:  So it would be the third…um…unit in, right?

21  Okay, so we'll put an X here, the third unit.

22      DICKERSON:     Yes.

23      INSP JOHNSON:  And when you saw the shooting, where were you

24  standing?  Or where were you at?

25      DICKERSON:     In front of my door.

26      INSP JOHNSON:  Just right in front of the door?

9

KAMALA D. HARRIS
DISTRICT ATTORNEY

1    DICKERSON:      Right in front of the door.

2    INSP JOHNSON:  And you could look across the street.

3    DICKERSON:      Look across the street.

4    INSP JOHNSON:  And where…do you remember where the person

5  that did the shooting was standing when he did the shooting,

6  where he was?

7    DICKERSON:      He was standing…um…there's a little…right

8  at…I would say…on the third or fourth stairs diagonal to that

9  grassy area, you know, he could have…

10    INSP MCMILLAN: When you're talking about stairs, you're

11  talking about the stairs that lead up from the parking lot up to

12  the building?

13    DICKERSON:      No, there's some…there's a, uh…I'm sorry, not

14  stairs, there's a walkway from [Blithedale] that leads up…you

15  know, to the units that are facing Santos, I mean, that are

16  facing the parking lot.

17    INSP MCMILLAN: Right, right.

18    DICKERSON:      So right there is where I see…

19    INSP MCMILLAN: Which is above, it would be at the top of the

20  stairs?

21    DICKERSON:      Would be like…

22    INSP MCMILLAN: That come from the parking lot?

23    DICKERSON:      I didn't mean to say stairs, I'm thinking of

24  stairs, right, but there's…

25    INSP JOHNSON:  I'm going to see if I can find some…

26    DICKERSON:      There's no stairs where…the way that like…see

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order          UNOFFICIAL TRANSCRIPT          CCSF_TRULOVE_002130_SFDA
Case No. 16-cv-00050

1   this, this is the street, imagine this being the street,

2   corner…you know, the sidewalk, now…this way…

3       INSP MCMILLAN: Here, why don't we do this…

4       DICKERSON:    Okay.

5       INSP MCMILLAN: Explain to Inspector Johnson when he comes

6   back in, but we'll still call it parking lot A, uh, where you

7   live over here…

8       DICKERSON:    Okay, okay.

9       INSP MCMILLAN: Across the street we're going to show another

10  parking lot here.

11      DICKERSON:    Right. Across the street is probably…

12      INSP MCMILLAN: Okay, now this is where…there's a building,

13  the building here and there's a building down here…

14      DICKERSON:    Right, now…

15      INSP MCMILLAN: And then people park their cars in here,

16  parking lot B.

17      DICKERSON:    Right.

18      INSP MCMILLAN: And there's stairs that go up from the

19  parking lot up to the front door of this building here.

20      DICKERSON:    Right, now as I'm thinking about the stairs

21  are more or less in the middle but there's a sidewalk, that

22  is…there's a regular sidewalk and then there's like a slab of

23  concrete that you know, that goes up to the walkway to this.

24      INSP MCMILLAN: Right, right, I know what you're talking

25  about.

26      DICKERSON:    Right, so that is where…

11

Confidential Subject to Protective Order    UNOFFICIAL TRANSCRIPT    CCSF_TRULOVE_002131_SFDA
Case No. 16-cv-00050

1      INSP MCMILLAN: Okay, gotcha.

2      DICKERSON:    The slab of sidewalk, so I was thinking it

3  was stairs but it's not.

4      INSP MCMILLAN: There's concrete, let's say a concrete

5  walking pathway?

6      DICKERSON:    Yes, yes.

7      INSP MCMILLAN: You can walk…from…

8      DICKERSON:    From the sidewalk.

9      INSP MCMILLAN: To in front of the building.

10      DICKERSON:    To in front of the building.

11      INSP MCMILLAN: And then there's, there's an open area that

12  is, um…

13      DICKERSON:    A little grass.

14      INSP MCMILLAN: Where you'd be able to see from…

15      DICKERSON:    My front door.

16      INSP MCMILLAN: This, this, a part of the pathway that leads

17  down there.

18      DICKERSON:    Right, right.

19      INSP MCMILLAN: And correct me if I'm wrong but there's a

20  grassy area here, I'm going to put a bunch of X's where there's a

21  grassy area.

22      DICKERSON:    There's a grassy area.

23      INSP MCMILLAN: And there's like a little cage right here,

24  like a cage, a fenced in for like maybe utilities, some kind of

25  utilities that's there?

26      DICKERSON:    Um, yes there is.  There is, a little fenced

KAMALA D. HARRIS
DISTRICT ATTORNEY

12

1  in area.

2      INSP MCMILLAN: Okay.

3      DICKERSON:    Now…now what made a lot of things visible was

4  the fact that my house front window…

5      INSP MCMILLAN: It was dark, was it not?  Was it dark?

6      DICKERSON:    Well, it wasn't that dark.  The sun…I would

7  say twilight, it was about twilight and then, you know, my…my

8  house, the light is right by the window so I can see and then

9  there's a parking lot right there so everything that's there,

10 there's a streetlight and then there's the lights from the public

11 housing, so everything is very illuminated so…

12     INSP MCMILLAN: Right, right.

13     INSP JOHNSON:  All right, here's a picture of him covered on

14 the ground, this is a little bit later, of course it's darker by

15 the time people get out of there.

16     DICKERSON:    Okay.

17     INSP JOHNSON:  Here's another so where are we talking

18 about…is this where Jamal or whoever the shooter is here…

19     DICKERSON:    Right here, like I was saying, the fight

20 started, there was like…they were arguing and then this is them

21 crossing the street and [Seul] is right here in front of them and

22 he's going towards his house which is over here and Jamal is

23 behind him and he shoots him.  [Seul] turns around.

24     INSP JOHNSON:  Okay and these are the stairs you were

25 talking about?

26     DICKERSON:    Yeah, this isn't…it wasn't stairs but the…

13

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order    UNOFFICIAL TRANSCRIPT    CCSF_TRULOVE_002133_SFDA
Case No. 16-cv-00050

1      INSP MCMILLAN: She mentioned stairs but it's a pathway, a
2   walkway.

3      DICKERSON:     There's a walkway.

4      INSP MCMILLAN: A walkway.

5      INSP JOHNSON:  I see that, yeah.  Okay and where was the
6   shooter at?

7      DICKERSON:     The shooter was right here.

8      INSP JOHNSON:  I'm going to put a mark there.

9      DICKERSON:     Yeah, the shooter was about right there.

10     INSP JOHNSON:  Okay why don't you just initial the back of
11  this one.

12     DICKERSON:     Okay.

13     INSP JOHNSON:  All right. So who else…who else saw this with
14  you?

15     DICKERSON:     Uh, I'm sure…you mean the actual shooting
16  itself?  I was the only one in the front door but my husband was
17  in the house, my son was in the house but they didn't, you know,
18  they didn't see all the commotion until after I said, "Oh my God,
19  [Seul] just got shot." So as far as, you know, witnessing the
20  actual act from my house or anyone in front, I was the only one.

21     INSP JOHNSON:  You were in front.

22     DICKERSON:     I was in front.

23     INSP JOHNSON:  And who else…you mentioned the other person
24  that was living with you, who was that?

25     DICKERSON:     Uh, [Tuma Vowvasa].

26     INSP JOHNSON:  And where was he at?

Confidential Subject to Protective Order      UNOFFICIAL TRANSCRIPT      CCSF_TRULOVE_002134_SFDA
Case No. 16-cv-00050

1      DICKERSON:     Uh, he was across the street.

2      INSP JOHNSON:  He would have seen it?

3      DICKERSON:     Yeah, he would have seen it, he was there.

4      INSP JOHNSON:  Okay and who else was across the street that

5  would have seen it?

6      DICKERSON:     Uh, I would say…gosh, I can't think of…um,

7  what is the other guys name, um…Stevie, Skeet, I know that's his

8  nickname…

9      INSP JOHNSON:  Stevie?

10      DICKERSON:     Skeet…They were there, and then there's just

11  a few other people.  Um…but like I said, I don't associate with

12  them or know but then…and then…

13      INSP JOHNSON:  What about…

14      DICKERSON:     …and then Jamal, he has two brothers but I

15  don't know if his name is Truelove for sure but if he had a

16  ponytail than that's him.

17      INSP MCMILLAN: A brother?

18      DICKERSON:     A brother, yeah, cause it was two brothers

19  outside when it happened.

20      INSP JOHNSON:  Okay.

21      DICKERSON:     Now, I don't know his brothers name for sure…

22      INSP JOHNSON:  You're talking about Jamal and his two

23  brothers were out there?

24      DICKERSON:     Yeah, his two brothers were out there.

25      INSP JOHNSON:  You sure both of them were there or was only

26  one of them there?

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order          UNOFFICIAL TRANSCRIPT          CCSF_TRULOVE_002135_SFDA
Case No. 16-cv-00050

1  DICKERSON:    Uh…I, I remember seeing the two dudes who
2  people said was Jamal's brothers so I…I remember seeing them
3  earlier now they could have been…when [Seul] and Jamal was
4  walking across the street, I didn't see the other two, so…
5  INSP JOHNSON:  Okay, so what…this started in the parking
6  lot, the A parking lot…
7  DICKERSON:    Yeah, the A parking lot.
8  INSP JOHNSON:  Where you kind of drew a picture here.  Um,
9  what was the fight about, do you remember?
10  DICKERSON:    Uh, I don't remember exactly what the fight
11  was about, all I remember is just they were…all I remember
12  hearing was, "You was supposed to be my brother. We been out here
13  all day kicking it and now you want to trip off of something like
14  this or you want to, you know, or you disrespecting me about this
15  or…"  But the part that [stuck] out the most to me was the fact
16  of [Seul] saying, "Nigga, we brothers, you know, we been out here
17  all day kicking it."
18  INSP JOHNSON:  Now who's doing this yelling?
19  DICKERSON:    This is Jamal and [Seul].
20  INSP JOHNSON:  Yeah, but of the two of them…
21  DICKERSON:    Of the two, this is [Seul].
22  INSP JOHNSON:  Are they both equally…
23  DICKERSON:    They're both equally yelling, they're brother
24  equally yelling, you know…
25  DICKERSON:    They say, "You're my brother."  Who's saying
26  that part of it.

KAMALA D. HARRIS
DISTRICT ATTORNEY

16

1    INSP JOHNSON:  [Seul] is saying that.  You know, we ain't
2    supposed to be out here like this, or we been fucking with each
3    other all day, you know, what I'm saying?  That sort of, that
4    sort of thing.

5    INSP JOHNSON:  Sure.

6    DICKERSON:    You know, but…

7    INSP JOHNSON:  But hr was indicating that they had been
8    partying all day they been together all day…

9    DICKERSON:    All day, exactly, they been together all day

10   INSP JOHNSON:  And there was something that came up that
11   caused some kind of…

12   DICKERSON:    To where I saw some shoving and…you know,
13   once the shoving started I closed my door.

14   INSP JOHNSON:  When you say you saw some shoving, between
15   who?

16   DICKERSON:    Between [Seul] and Jamal.

17   INSP JOHNSON:  So they're kind of shoving back and forth…

18   DICKERSON:    They're kind of shoving back and forth, like
19   you know, like they were finna…like they actually started
20   fighting.

21   INSP JOHNSON:  Now [Seul's] pretty big…

22   DICKERSON:    Pretty big, yeah.

23   INSP JOHNSON:  Pretty big guy as I recall.

24   DICKERSON:    Pretty big guy, uh huh.  He was pretty big.

25   INSP JOHNSON:  And Jamal, was he as big as him or…

26   DICKERSON:    Um, maybe height wise but definitely not

17

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002137_SFDA
Case No. 16-cv-00050

1  width, you know, I don't think, uh, [Seul] towered over Jamal
2  that much, you know, I don't see that.
3      INSP JOHNSON:  Uh huh, so they have this little fight or
4  this argument, some pushing going on, did anybody actually take,
5  you know full swings, blows or anything like that?
6      DICKERSON:    [Seul] did.  [Seul] did.
7      INSP JOHNSON:  [Seul] did?
8      DICKERSON:    Yeah, I seen him punch him.
9      INSP JOHNSON:  Punch who?
10     DICKERSON:    Jamal.
11     INSP JOHNSON:  Oh he hit him?
12     DICKERSON:    He hit him.
13     INSP JOHNSON:  Where did he hit him?  I mean, in the face…
14     DICKERSON:    In the area face, you know, when I saw that…
15     INSP JOHNSON:  Was that a slap or…was that a…
16     DICKERSON:    No, it was a full on punch.
17     INSP JOHNSON:  And what happened to Jamal, did he fall down
18  or did he…
19     DICKERSON:    Uh…
20     INSP JOHNSON:  Or slug him back?
21     DICKERSON:    I think he just stumbled, you know, by that
22  time, once I saw that contact, I shut my door…
23     INSP JOHNSON:  Okay.
24     DICKERSON:    I shut my door and then I'm going upstairs
25  cause I still want to be nosey but I don't want to be in the
26  front, you know, just in case shooting…or somebody gets something

18

KAMALA D. HARRIS
DISTRICT ATTORNEY

1   so…

2       INSP JOHNSON:   Sure.

3       DICKERSON:      I go upstairs to my front bedroom, pull open

4   the shade, and as I'm lifting open the shade, I'm seeing…I see

5   [Seul] and already to the parking lot.

6       INSP JOHNSON:   Now, is he walking away or is he backing up

7   or what's he doing?

8       DICKERSON:      He's walking away.

9       INSP JOHNSON:   He's walking away.

10      DICKERSON:      He turns and walks away from Jamal and that's

11  when the shot…that's when he shoots him.

12      INSP JOHNSON:   Now, does Jamal shoot him from…this side of

13  the street?  From the A side of the…

14      DICKERSON:      No, shoots him directly from behind him.

15      INSP JOHNSON:   So he's how far behind him?

16      DICKERSON:      He's about, uh, I would say maybe…less than

17  seven or eight feet.

18      INSP JOHNSON:   Seven eight or feet.

19      DICKERSON:      Yeah, behind [Seul].

20      INSP JOHNSON:    And did he say anything before he shot him?

21      DICKERSON:      I didn't hear anything, I didn't see

22  anything, by that time I'm in my house and in the window.

23      INSP JOHNSON:   So he shoots him and then what happens?

24      DICKERSON:      And then {Seul] falls to the ground and

25  that's all I see.

26      INSP JOHNSON:  You don't…you close your window or what do

19

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order          UNOFFICIAL TRANSCRIPT          CCSF_TRULOVE_002139_SFDA
Case No. 16-cv-00050

1  you do at that point?

2      DICKERSON:    I flip out.  Oh my God, [Seul] just got shot,

3  I can't believe it.  By that…you know, so I mean…

4      INSP MCMILLAN: So you're in the window, I wasn't really

5  sure…before I thought you said you were at the door.

6      DICKERSON:    No, I was at…

7      INSP MCMILLAN: The front door.

8      DICKERSON:    No, I was at the front door when they were

9  started…

10     INSP MCMILLAN: When they started to fight.

11     DICKERSON:    Right, right.  So then I go upstairs to my

12 front window, maybe when I said that, like I always used the

13 term, I can see this from my front door, but I wasn't actually

14 standing in the front door…when the actual shooting happened, I

15 was upstairs in my front window which is diagonally, you can see

16 it perfectly here, you know?

17     INSP MCMILLAN: Gotcha.

18     DICKERSON:    If you go to my house, look out my window,

19 you can see what I'm talking about.

20     INSP JOHNSON: So you're upstairs looking out your window

21 and you see, and how do you know it's Jamal that shot him?

22     DICKERSON:    Because they were just…it's still daylight.

23 You can still it.

24     INSP JOHNSON: I mean, did you see a gun in Jamal's hand or

25 how do you know that it was Jamal that fired the shot?

26     DICKERSON:    Well, because Jamal was standing behind him

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT          CCSF_TRULOVE_002140_SFDA
Case No. 16-cv-00050

1   and I saw a flash and I saw [Seul] hit the ground and I heard the

2   gunshot so it was a shot.  It was a shot.

3       INSP JOHNSON:  When you say you saw a flash, how do you mean

4   that?

5       DICKERSON:     Pop, you know, like a…you know.  You ever…uh,

6   uh…lit like a little firecracker in your hand or something and

7   then, you know, you don't let it go to fast and it just kind of

8   pops in your hand, that's what I saw.

9       INSP JOHNSON:  So did you see a gun in…

10      DICKERSON:     I didn't see a gun in Jamal's hand, I just

11  heard some…

12      INSP JOHNSON:  Did he have his arms out or was it down

13  or…how would you…if you remember, if you don't remember that's

14  fine too.

15      DICKERSON:     It was too quick, it was like…I would say up,

16  flash, back down, so it wasn't no lingering, you know, like boom,

17  boom, you know what I'm saying, all I seen from…you know, at that

18  time of day, all I seen was just like a hand up and a pop and

19  that's it so I don't know…

20      INSP MCMILLAN: Well…

21      INSP JOHNSON:  At the time, at the time was there any

22  question that Jamal did the shooting to you or was it…you thought

23  maybe somebody else did it…

24      DICKERSON:     No there wasn't, I saw it and that's him.

25  You know, there was no…

26      INSP JOHNSON:  Okay, what did he do after the shooting?

21

KAMALA D. HARRIS
DISTRICT ATTORNEY

1    DICKERSON:    I don't know, but, you know, once I seen the

2    flash and [Seul] hit the ground, I immediately ran away from the

3    window and was screaming get down, you know, [Seul] just got

4    shot, you know, so…

5    INSP JOHNSON:  Have you talked to anybody else out there

6    that saw this…that told you that they saw it.

7    DICKERSON:    No, the only person that shared information,

8    uh…would probably be [Tuma] because he lived in our house.

9    INSP JOHNSON:  Uh huh.

10    DICKERSON:    But as far as anybody out there, anyone, I

11    don't speak to them.

12    INSP JOHNSON:  What did [Tuma] tell you?

13    DICKERSON:    He came in the house and said you know, that

14    nigga, he died, he got shot right in front of me, I was standing

15    right there because I seen [Tuma] take his jacket off and put it

16    over him, so…

17    INSP JOHNSON:  Uh huh, did [Tuma] talk about Jamal, what did

18    he say?

19    DICKERSON:    He was like that nigga really on…you know, he

20    used his nickname, you know?

21    INSP JOHNSON:  What's his nickname?

22    DICKERSON:    [Milly-On].

23    INSP JOHNSON:  Milly?

24    DICKERSON:    Like million but with a little, you know,

25    Milly-On.  That's his nickname.

26    INSP JOHNSON:  All right, now he…you mentioned something

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002142_SFDA
Case No. 16-cv-00050

1  earlier before we got started about…about him being on TV or

2  something?

3      DICKERSON:     Yeah.

4      INSP JOHNNSON: What was the story with that?

5      DICKERSON:     When I was at work I used to work for a place

6  down on avenues, it's called Restaurant Depot, one of [Seuls]

7  cousins was there.

8      INSP JOHNSON:  Okay.

9      DICKERSON:     And me and her were really close and you

10 know, she was like, you know, Latisha, [Seul] got killed by your

11 house and I was like, I'm sorry, yeah, I saw it, you know?  And

12 then it was a couple weeks later, a month later she's like,

13 "Tish, you ain't seen, uh…you know that Milly-On on the Internet,

14 he's…I Love New York website."

15     INSP JOHNSON:  Now who's this girl?  This is…

16     DICKERSON:     Um, damn, damn, what's her name?  It's one of

17 [Seul's] cousins, I can't think of her name off top.

18     INSP JOHNSON:  [Seul's] cousins?

19     DICKERSON:     Yeah one of [Seul's] cousins, we used to work

20 together.

21     INSP JOHNSON:  Okay.

22     DICKERSON:     I can't think of her name.

23     INSP JOHNSON:  And where did she work at?

24     DICKERSON:     She worked at, uh, Restaurant Depot.

25     INSP JOHNSON:  Okay, where is that at?

26     DICKERSON:     That's on Evans, it's, it's a whole Seule…

23

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order     UNOFFICIAL TRANSCRIPT     CCSF_TRULOVE_002143_SFDA
Case No. 16-cv-00050

1       INSP JOHNSON:   Yeah, I think I know where it is…

2       DICKERSON:     It's like a Costco but…

3       INSP JOHNSON:  It's a real big place, yeah.  And what did

4  she do there?

5       DICKERSON:     Uh, I think she's like a front end manager or

6  something, you know, like, something like that, it's like  a big

7  grocery story but it's not open to the public so…

8       INSP JOHNSON:  Okay, okay.

9       DICKERSON:     But uh, you know, we seen each other, you

10 know, the next day at work…

11      INSP JOHNSON:  Sure, and you were working there at the time?

12      DICKERSON:     I was working at the time, and I was like,

13 "You know that's our cousin, you know what I mean?"  And I was

14 like, "Oh, I didn't know that."  You know, she came to work, I

15 could tell she had been crying and stuff and you know, I knew, I

16 knew that they were related some how because…

17      INSP JOHNSON:  Sure.

18      DICKERSON:     Because most Samoans, you know, cause I am

19 half Samoan so most of…you know, so we kind of know who is who.

20      INSP JOHNSON:  Sure.

21      DICKERSON:     So anyway, so a month later she was like,

22 "You know that nigga Milly-On, on the Internet?"  He's trying out

23 for the I Love New York show and I'm like, "What?"  She like,

24 "Yeah."  She's like, "Check it out."

25      INSP JOHNSON:  What's the name of the show?

26      DICKERSON:     I Love New York Part Two.

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002144_SFDA
Case No. 16-cv-00050

1    INSP MCMILLAN: No, I LOVE New York.

2    DICKERSON:    Yeah, I Love New York.  Part Two.

3    INSP JOHNSON:  Okay, and what's his nickname?

4    DICKERSON:    His nickname is Milly-On.  Her actual words

5    was…

6    INSP JOHNSON:  Milly…On…

7    DICKERSON:    Like Million but like the L-I-O-N.  Like

8    instead of Million like we would say it would be like Mill-ee-

9    own.

10    INSP JOHNSON:  Okay.

11    DICKERSON:    So I uh…so we get back to, um, I go to work

12    one day, this is a couple months after [Seul] die.  She like,

13    Tish…Tish is my nickname, all the people call me Tish but name is

14    Latisha.  So she was like, "Yeah, Tish, you know that nigga was

15    on the I Love New York."  And I was like, "What?"  And she was

16    like, "Yeah, that nigga that killed [Seul]."  And I was like,

17    "What?  Are you serious?"  And she was like, "Yeah, check out the

18    website, blah, blah."  So I didn't have a computer and then sure

19    enough, um, came close to time for them to air the show and they

20    were showing snippets of people who were going to be on there and

21    he was on there.

22    INSP JOHNSON:  Okay.

23    DICKERSON:    Jamal was on there.

24    INSP JOHNSON:  This is a…

25    DICKERSON:    This is a VH1 Reality Series.

26    INSP JOHNSON:  Okay, I don't watch VH1 too much…so…

25

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002145_SFDA
Case No. 16-cv-00050

1       DICKERSON:      [laughs] So it's a VH1 reality series and

2   sure enough, he was there and his audition tape, he's talking on

3   there and then he filmed it, his audition tape in the Sunnydale

4   projects so…

5       INSP JOHNSON:   Okay.  Near where the murder happened or…

6       DICKERSON:      This was…to me it looked like it.

7       INSP JOHNSON:   Okay but it was in Sunnydale though.

8       DICKERSON:      It's in Sunnydale, you could tell it's

9   Sunnydale.

10      INSP JOHNSON:  All right.  All right.  I'm going to read you

11  some stuff, I'm going to show you some pictures, okay?

12      DICKERSON:      Okay.

13      INSP JOHNSON:  This is a photographic lineup instruction.

14  Because the police agency is showing you a group of photographs,

15  this should not influence your judgment in anyway, the person who

16  committed the crime may or may not be in the group of

17  photographs, you are in no way obligated to identify anyone,

18  study each photograph carefully before making any comments,

19  consider that the photographs could be old or new, hairstyles

20  changes, persons can alter their identity by growing or shaving

21  facial hair, persons can gain or lose weight, skin color can be

22  lighter or darker due to the photographic process.  Do not

23  discuss the case with other witnesses or victims nor indicate in

24  anyway that you have…have or have not identified any photographs.

25  Okay?  Do you understand that?

26      DICKERSON:      Yes, I do.

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002146_SFDA
Case No. 16-cv-00050

1    INSP JOHNSON:  Can I get your signature here as a person,

2  and print your name underneath it.  So what I've got here are six

3  eight and a half by 11 photographs, color photographs, young men,

4  you can look at them individually, you can spread them out, you

5  can do whatever you want with them, see if anybody, you recognize

6  anybody in these.

7    DICKERSON:    Him.

8    INSP JOHNSON:  And you're picking out…

9    DICKERSON:    Number six.

10   INSP JOHNSON:  And who is number six.

11   DICKERSON:    That's Jamal.

12   INSP JOHNSON:  I'm sorry, that's who?

13   DICKERSON:    That's Jamal with hair.

14   INSP JOHNSON:  Jamal with hair, would you just put your

15  initials on that one please.  Okay, and…if you could put down

16  here number six Jamal with hair or whatever.  So this is the

17  person…

18   INSP MCMILLAN: Under comments.

19   DICKERSON:    Oh, oh…

20   INSP JOHNSON:  You know this person, this person here Jamal

21  is the person we're talking about that did the shooting.

22   DICKERSON:    Yes, I do.

23   INSP MCMILLAN: When Jamal, when you say…when you say he shot

24  [Seul], was there anybody behind Jamal that could have done it as

25  well?  You're shaking your head, no?

26   DICKERSON:    I don't think so, I can't really…between the

27

Confidential Subject to Protective Order        UNOFFICIAL TRANSCRIPT        CCSF_TRULOVE_002147_SFDA
Case No. 16-cv-00050

1  cars, the lighting, and just the commotion, you know, most people

2  out there do wear dark clothing so I can't really say like not

3  even silhouette is coming in my mind that there could have been

4  somebody else standing there, you know, so I would say, I would

5  say no.

6      INSP MCMILLAN: Do you remember what Jamal was wearing that

7  night?  If you don't, you don't so…

8      DICKERSON:    No, I don't remember.  I don't remember.

9      INSP JOHNSON:  Okay, I'm going to show you another group of

10 photographs, this is one sheet with six photographs on it.  Is

11 there anybody in this…in these photographs that you recognize?

12     DICKERSON:    I want to say this guy right here he stands

13 out to me.

14     INSP JOHNSON:  Let me just mark them, they're not marked.

15 One, two, three, four, five, six.

16     DICKERSON:    He stands out to me.

17     INSP JOHNSON:  Which one are you talking about now?

18     DICKERSON:    This one, number six.

19     INSP JOHNSON:  Uh huh.

20     DICKERSON:    Um…uh…a couple months prior to the shooting,

21 um, maybe even a week or two, my husband and my son and I were in

22 Food Co and we were in line with Jamal and three other dudes who

23 everybody said that they're all brothers, I don't know if they're

24 all biologically related but they do say that they're brothers

25 and then there's like this short kind of mixed looking black

26 girl, um…they're all checking out and he…kind of looks like one

Confidential Subject to Protective Order       UNOFFICIAL TRANSCRIPT       CCSF_TRULOVE_002148_SFDA
Case No. 16-cv-00050

1  of the guys that was there, there's something very strong about

2  his face that makes me…kind of…put them two together, now I could

3  be wrong but there is something about number six that puts them

4  two together.

5      INSP JOHNSON:  Okay, uh, but you, you're recalling him from…

6      DICKERSON:      Something else.

7      INSP JOHNSON:  Something else.  Not, not from that night?

8      DICKERSON:      I think he was there in the parking lot

9  beginning when the party started but I don't recall seeing him

10  later on.  But I think so.

11      INSP JOHNSON:  Okay, all right, so he may have been there

12  that night.

13      DICKERSON:      He may have been there that night, but…

14      INSP JOHNSON:  Okay.

15      DICKERSON:      But yeah, that is somebody that does stand

16  out.

17      INSP JOHNSON:  Okay, so I understand one of the motivations,

18  you're providing us information to the police is that you want to

19  leave the area, you have a son, in another state, uh…

20      DICKERSON:      No, my dad is in another state.

21      INSP JOHNSON:  Your dad's in another state, but I thought

22  your son was going to school in this other state?

23      DICKERSON:      No, my son goes to school out here.

24      INSP JOHNSON:  Okay, I misunderstood you.

25      DICKERSON:      No, my son goes to school out here.

26      INSP JOHNSON:  But you're interested in moving to the other

29

KAMALA D. HARRIS
DISTRICT ATTORNEY

1  state with your father.

2      DICKERSON:    Yes, yes.

3      INSP JOHNSON:  Is there anything that I haven't covered that

4  you think might be important that we were talking about here?

5  Anything else that comes to mind that…

6      DICKERSON:    Well, the only other thing that might comes

7  to mind right now is the fact that, um…I think Jeffrey

8  [Vowvasa's] murder just happened a couple weeks ago, about a

9  month or two ago in Sunnydale.  In the same parking lot.  Has

10 something to do with Jamal and his brothers because there's an

11 ongoing feud between the Samoans and this particular family.

12     INSP JOHNSON:  You're talking about which particular family?

13     DICKERSON:    Jamal and his brothers…

14     INSP JOHNSON:  Jamal's family and the Samoans.

15     DICKERSON:    And the Samoans.

16     INSP JOHNSON:  And who got killed.  Why don't we just talk

17 about that later cause that's going to be…uh, not really

18 connected with that at this point, uh…

19     DICKERSON:    Okay, okay.  Somewhere down the line…

20     INSP JOHNSON:  Has [Seul] been living there for quite awhile

21 or just…

22     DICKERSON:    Well, I, I haven't seen [Seul], I know he

23 just got out of jail, so I, I hadn't seen him living there for

24 like a whole year.

25     INSP JOHNSON:  Okay, so like…did he get out of jail recently

26 prior to this or?

KAMALA D. HARRIS
DISTRICT ATTORNEY

30

1     DICKERSON:     I think he did and I think he got out...I don't

2   know, probably...probably like five or six months prior, give or

3   take.  Could be longer, could be...but I don't think he'd been home

4   a year.

5     DICKERSON:     Oh, he hadn't been home a year.

6     INSP JOHNSON:  All right, okay.  Anything else?

7     INSP MCMILLAN: No.

8     DICKERSON:     Okay, we'll end this tape at this point in

9   time.

10   **END OF DOCUMENT**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

KAMALA D. HARRIS
DISTRICT ATTORNEY

Confidential Subject to Protective Order
Case No. 16-cv-00050     UNOFFICIAL TRANSCRIPT     CCSF_TRULOVE_002151_SFDA