# Exhibit A

SUPERIOR COURT

City and County of San Francisco

**Name of Complainant**

INSPECTOR MICHAEL JOHNSON

# WARRANT

THE PEOPLE

vs.

JAMAL R TRUELOVE

..............................................................

STATE OF CALIFORNIA
City and County of San Francisco
To the Honorable Superior Court of
the City and County of
San Francisco.

I, the undersigned Police Officer, do hereby make this my return to this warrant, and do hereby certify that I have executed and served this warrant by arresting the within

named defendant this ...................................................day

of..............................................................., A.D. 19.........

who at the time of arrest declares h...................................

true name to be................................................................

..............................................................................

and I do herewith bring said defendant before the Honorable the Superior Court as commanded in this warrant.

..................................................................
Police Officer
of the City and County of San Francisco.

Assigned to Dept.................................................

001

239 1686

002

S.F. Superior Ct. 46255F
Register No.

# WARRANT OF ARREST

IN THE SUPERIOR COURT
IN THE
CITY AND COUNTY OF SAN FRANCISCO
STATE OF CALIFORNIA

698923

The People of the State of California to any peace officer of this State:

COMPLAINT upon oath having this day been laid before me that the offense of FELONY, to-wit:

Violating Sec. ........ 187, 12021(a)(1) PENAL CODE .......... has been committed and accusing ........ JAMAL R TRUELOVE ........

thereof, you are therefore commanded forthwith to arrest the above named defendant and bring same before the Superior Court in the City and County of San Francisco of California, at the Hall of Justice, San Francisco, California.

The defendant is to be admitted to bail in the sum of $ .... 5,000,000 ....

This warrant may be served day or night..

Witness my hand and the seal of said court.......... 2-28-08, 19......

Judge of the Superior Court in the City and County of San Francisco

JUDGE BREAL

WHEN BAIL DEPOSITED INSTRUCT DEFENDANT APPEAR 9:30 A.M., ROOM 201 HALL OF JUSTICE, SAN FRANCISCO, ON

............................................, 19..........
(Within 10 days after admittance to bail.)

RETURN THIS WARRANT WITH BAIL DEPOSIT TO CLERK SUPERIOR COURT, ROOM 201 HALL OF JUSTICE, SAN FRANCISCO.