# Exhibit B

030

KAMALA D. HARRIS, SB#146672
District Attorney
San Francisco District Attorney's Office
850 Bryant Street, 3rd Floor
San Francisco, CA  94103
Telephone: (415) 553-1752

ATTORNEYS FOR THE PEOPLE

**F I L E D**
Superior Court of California
County of San Francisco

JUN 0 1 2009

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br>Plaintiff,<br><br>v.<br><br>JAMAL RASHEAD TRUELOVE   ALSO KNOWN AS<br>                                                              DANIEL TRUELOVE<br>Defendant. | INFORMATION<br><br>SCN: 208898<br>CASE NUMBER:<br>2391686 |

The said defendant is accused as follows:

### COUNT: I

The said defendant, JAMAL RASHEAD TRUELOVE ALSO KNOWN AS DANIEL TRUELOVE, did in the City and County of San Francisco, State of California, on or about the 23rd day of July, 2007, commit the crime of MURDER, to wit: Violating Section **187(a)** of the Penal Code, a Felony, in that the said defendant did willfully, unlawfully, and with malice aforethought murder SEU V KUKA, a human being.

It is alleged that said crime was willful, deliberate and premeditated.

**ALLEGATION OF PERSONAL AND INTENTIONAL DISCHARGE OF A FIREARM PURSUANT TO PENAL CODE SECTION 12022.53(d)**
It is further alleged that in the commission of the foregoing offense, the said defendant, JAMAL RASHEAD TRUELOVE ALSO KNOWN AS DANIEL TRUELOVE, did personally and intentionally discharge a firearm, to wit: a HANDGUN, which proximately caused great bodily injury, as defined in Penal Code section 12022.7, and death to a person other than an accomplice, within the meaning of Penal Code section 12022.53(d).

## COUNT: II

The said defendant, JAMAL RASHEAD TRUELOVE ALSO KNOWN AS DANIEL TRUELOVE, did in the City and County of San Francisco, State of California, on or about the 23rd day of July, 2007, commit the crime of POSSESSION OF FIREARM BY A FELON, to wit: Violating Section **12021(a)(1)** of the Penal Code, a Felony, in that the said defendant did willfully and unlawfully own and have in his possession and under his custody and control a certain firearm, frame, and receiver, to wit: a HANDGUN, the said defendant having theretofore been duly and legally convicted of a felony.

The said defendant, JAMAL RASHEAD TRUELOVE ALSO KNOWN AS DANIEL TRUELOVE, previously convicted of the crime of RECEIVING OR BUYING STOLEN PROPERTY, violating section 496(a) of the Penal Code, a Felony, on or about the 30th day of October, 2003, in the Superior Court of California, County of San Francisco, and having thereafter served a term of imprisonment therefore.

Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose: (A) the names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements, of those persons including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial; (B) Any real evidence which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

I state, declare, verify and certify under the penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on June 1, 2009.

/jj

_____
Assistant District Attorney

2