# Exhibit C

006

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES |||||
|---|---|---|---|---|
| People of the State of California vs JAMAL R. TRUELOVE |||| [X] Present |
| SC # 000000 | Assistant DA of Record | [ ] Present | Attorney of Record | [ ] Present |
| [ ] Interpreter Language | Clerk MARIA SISON || Judge GAIL DEKREON ||
| Reporter SONIA WONG #11288 |||||

Cause on Calendar for Arraignment                                      Defendant Status: CUST

Special appearance by GEORGE BUTTERWORTH, DA for the Assistant DA of Record.

Special appearance by KIMBERLY CAZINHA, Esq. for the Attorney of Record.

| Count | Code | Section    | Degree | MC #     | Plea | Finding |
|-------|------|------------|--------|----------|------|---------|
| 001   | PC   | 187(A)/F   |        | 02391686 |      |         |
| 002   | PC   | 12021A,1/F |        | 02391686 |      |         |

Time is waived for arraignment.

The case is continued for: I&A,P&C.

Defendant ordered to appear.

Cause is ordered continued to 10/31/2008 at 09:00 in Department M10 for Hearing.

FD:(03/23/2002) G v4.00.06q    Print Date: 10/29/2008 11:12        Line# 606    Dept. M10    Date 10/29/2008    Page 1 of 1
                                         Generic Minutes                                 Attest: MARIA SISON        Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES ||||
|---|---|---|---|
| People of the State of California vs JAMAL R. TRUELOVE ||| [X] Present |
| SC # 000000 | Assistant DA of Record | [ ] Present | Attorney of Record [ ] Present |
| [ ] Interpreter Language | Clerk  MARIA SISON || Judge  PAUL ALVARADO |
| Reporter  LINDA FORSTER #13286 ||||

Cause on Calendar for Hearing                                    Defendant Status: CUST

Special appearance by GEORGE BUTTERWORTH, DA for the Assistant DA of Record.

Special appearance by CHRISTOPHER SHEA, Esq. for the Attorney of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | PC | 187(A)/F | | 02391686 | | |
| 002 | PC | 12021A,1/F | | 02391686 | | |

Time is waived for arraignment.

The case is continued for: I &A, PLEA.

Defendant ordered to appear.

Cause is ordered continued to 11/05/2008 at 09:00 in Department M10 for Hearing.