# Exhibit D

# Memorandum

**San Francisco Police Department**

| | | APPROVED | YES | NO |
|---|---|---|---|---|

**To:**     Crime Scene Investigations
          All Members

**From:**   Inspector Ronan Shouldice #2054

**Date:**   Wednesday, May 02, 2001

**Subject:** Casing Dispersal exercise.

Please find attached the results of a limited exercise that was carried out recently. The purpose of this report is to give you something a little more concrete upon which to base answers when testifying to locations of shell casings at scenes. In many recent shooting incidents that have involved CSI testimony the Defense has attempted to place undue importance on the locations of shell casings, and tend to arrive at erronious conclusions by doing so.

It was clear, even under controlled conditions, that there was a pronounced variation in the final locations of shell casings when fifty rounds were fired from a 40 caliber Beretta. The variation and spread was not as pronounced when the exercise was repeated with a 9mm Beretta. The more powerful charge and heavier casing in the 40 caliber would appear to account for the differences in the final patterns.

There will be a folder containing some photographs of the patterns and a copy of the findings on the shelf above Winnie's desk.

c.c. Sgt. Rod Nakanishi, Rangemaster

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050

# CASING EJECTION

# PATTERN DOCUMENTATION EXERCISE

## 1/ OBJECTIVE

The objective of this exercise was to observe and document the possible variables inherent in the ejection of shell casings from semi-automatic pistols.

## 2/ LOCATION

The location for this test was the Police Range at Lake Merced and was coordinated with Rangemaster Sergeant Rod Nakanishi.

## 3/ DATE

19th April 2001 at 1600 hours.

## 4/ PARTICIPANTS

Inspector Ronan Shouldice #2054  -  SFPD CSI
Inspector Mark Hawthorne #21      -  SFPD CSI
Inspector Spencer Gregory #986   -  SFPD CSI
Officer Ken Rawles #308              - United States Park Police

## 5/ FIREARMS

Beretta Model 96G Centurion 40 caliber pistol, Serial# Ber081824

Beretta Model 92FS Centurion 9mm pistol, Serial# E902592

## 6/ AMMUNITION

Winchester "Ranger" 40 Smith & Wesson 180 GR.SXT          (x50)

Remington 9mm Luger (Subsonic) 147 GR.JKTD Hollow Point (x50)

## 7/ SHOOTING STANCE

Weapons were held and aimed in typical two-handed modified weaver stance perpendicular to the ground.

## 8/ SURFACE

Flat concrete. Clean surface.

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050

**CASING EJECTION EXERCISE, contd.**

**9/ CONDITIONS**

Sheltered, no wind.

**10/ SETUP**

A shooting location towards the target line was selected. A grid measuring 25' by 25' was laid out on the ground five feet to the right and front of this location as shown on the attached diagrams. This grid was established using measuring tapes and masking tape to facilitate the positioning of casings at their points of rest. The grid is numbered in four quadrants on the diagrams and a total count of casings within each quadrant is noted.

**11/ DOCUMENTATION**

The area was photographed prior to shooting and after fifty cartridges from each pistol were expended. Cones were used to mark the location of each casing fired from the 40 caliber firearm, and used only to define the perimeter landing area of the 9mm casings. Diagrams of each caliber exercise were prepared.

**12/ OBSERVATIIONS**

**a/ 40 caliber Beretta:**

The dispersal pattern of the casings fired from the 40 caliber Beretta ranged from three feet to fifty feet. The predominant direction of travel upon ejection was right and to the rear but two casings came to rest behind and to the left of the shooter.

Viewing the ejection angle from directly behind the shooter it was apparent that the actual angle varied as much as ten or more degrees with some casings traveling more severely upward than others. Many were ejected at a lower angle and tended to bounce and roll further away.

One out of the fifty casings landed on it's base and remained upright eleven feet from the shooting position.

The speed of the firing sequence had little impact on the observed variations.

Of the fifty rounds fired, thirty eight casings came to rest within the grid, the remaining twelve eventually stopping outside.

2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050

CCSF_TRULOVE_018172

**CASING EJECTION EXERCISE, contd.**

**b/ 9mm Beretta:**

The dispersal pattern of casings from the 9mm pistol was considerably tighter than that of the 40 caliber pistol. The range of final distance was five feet to eighteen feet six inches. The predominant direction of ejection travel was right and to the rear with no deviation.

Viewing the angle of ejection from directly behind the shooter provided the same findings as with the 40 caliber pistol, but with a lesser degree of variation. As demonstrated on the diagram, a majority of the casings came to rest within a defined area.

The speed of the firing sequences had no apparent impact on the observed variations.

Of the fifty rounds fired, forty-nine casings came to rest within the grid, with only one remaining outside.

**NOTES:**

- This test was conducted under controlled conditions and positions of casings at rest were not interfered with. Every effort was undertaken to document their final locations without disturbing the dispersal pattern. Under normal conditions, of course, the final position of rest of numerous casings could be altered completely by foot or vehicular traffic prior to a scene being secured.

- There were no obstructions present within the test fire area, and the ground was checked prior for any foreign casings.

- All fifty casings from each pistol were recovered, the 40 caliber casings being collected prior to commencement of the 9mm shooting sequences. The controlled nature of this test does not, of course, represent actual scene conditions.

- The shooting position, stance and grip was maintained as a constant throughout the test. Speed of fire was alternated between spaced single-shot and rapid-fire.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050                                                CCSF_TRULOVE_018173



CASING EJECTION EXERCISE - GRID SETUP & DIMENSIONS

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050

CCSF_TRULOVE_018174



DIRECTION OF FIRE

CASING DISPERSAL - 40 CAL. × 50 ROUNDS.

25'.0"

SHOOTING POSITION

5'

QUADRANT 1:
9 CASINGS.

QUADRANT 2:
3 CASINGS.

CLOSEST CASING @ 3'

10'-6"

(STANDING) @ 11'

5'-9"

11'

GRID LINES

28'-9"

QUADRANT 3:
8 CASINGS.

8 CASINGS ON LEFT ( )ND SHOOTER

27'

QUADRANT 4:
18 CASINGS.

35'

NOTES:
- MEASUREMENTS FROM SHOOTING POSITION TO CASINGS AT PERIMETER POINTS OF DISPERSAL.

FARTHEST CASING @ 50'

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050



CASING DISPERSAL - 9MM. x 50 ROUNDS

DIRECTION OF FIRE

QUADRANT 1:
38 CASINGS.

QUADRANT 2:
1 CASING.

FARTHEST CASING

SHOOTING POSITION

CLOSEST CASING

48 CASINGS IN SHADED AREA

GRID LINES

QUADRANT 3:
0 CASINGS

QUADRANT 4:
10 CASINGS.

NOTES:

- MEASUREMENTS FROM SHOOTING POSITION TO CASINGS AT PERIMETER POINTS OF DISPERSAL.

DRAWN BY: R. SHOWLINE # 0081.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CASE NO. 16-cv-00050

CCSF_TRULOVE_018176