DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3853 [Rosenblit]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfcityatty.org
E-Mail:        renee.rosenblit@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, ET AL., <br><br> Defendants. | Case No. 16-cv-00050-YGR <br><br> **DECLARATION OF LATISHA MEADOWS DICKERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: February 27, 2018 <br> Time: 2:00 p.m. <br> Place: Courtroom 1, 4th Floor <br>        1301 Clay Street <br>        Oakland, CA <br><br> Trial Date: March 5, 2018 |

I, Latisha Meadows Dickerson, declare as follows:

1. I have personal knowledge of the facts contained herein. If called upon to testify, I could and would testify competently hereto.

2. In July 2007 I lived at 205 Blythdale, and I was home on the day that Seu Kuka got murdered. I saw Seu and Jamal Trulove and various other people, including two people who I have been told were Trulove's brothers, hanging out partying for a lot of the day. I knew who Jamal was because he would hang out with some people who were living in my apartment. I heard Seu Kuka arguing with Trulove. They went across the street from the parking lot where I lived, to the sidewalk near the parking lot on the other side of the street, down the hill from my apartment. I knew that Seu lived in the building by that parking lot.

3. When they were near the corner of the building where Seu lived, I saw Jamal Trulove shoot Seu Kuka while Seu was facing away from Jamal. Jamal was about six or seven feet away from Seu when he first shot him. After the shot, Seu fell to the ground, and I thought he was dead. He was near the grassy area next to the walkway that went in front of the building where Seu lived, by the stairs leading down to the parking lot.

4. I observed these events from my apartment.

5. I gave a statement to the police about what I saw. The police did not provide me with information about the shooting before I gave my statement. I told them what I knew based on what I saw and remembered and was as truthful and accurate as I could be. The police did not pressure me to give them the information. I knew before I gave my statement all of the information I told the police about the shooting, including that Seu and Jamal had gotten into an argument, that Seu hit or punched Jamal before the shooting causing Jamal to fall or stumble, and that Seu fell down where Jamal first shot him, and where Jamal was standing when he shot Seu.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on December 21, 2017 in San Francisco, California.

*/s/ Latisha Meadows Dickerson*
LATISHA MEADOWS DICKERSON