DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859 [Baumgartner]
Telephone:    (415) 554-3853 [Rosenblit]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
E-Mail:    margaret.baumgartner@sfcityatty.org
E-Mail:    renee.rosenblit@sfcityatty.org
E-Mail:    kelly.collins@sfcityatty.org

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants. | Case No. 16-cv-00050-YGR<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING**<br><br>Hearing Date:    February 27, 2018<br>Time:    2:00 p.m.<br>Place:    Courtroom 1, 4th Floor<br>    1301 Clay Street<br>    Oakland, CA<br><br>Trial Date:    March 5, 2018 |

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBITS K, L, T and W TO DECLARATION OF MARGARET W. BAUMGARTNER filed in support of Defendants' Motion for Summary Judgment:

1 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[x] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): High Quality Photograph.

Dated:  January 5, 2018

                              DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
RENÉE E. ROSENBLIT
KELLY COLLINS
Deputy City Attorneys


By: */s/ Margaret W. Baumgartner*
     MARGARET W. BAUMGARTNER

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE

# PROOF OF SERVICE

I, SOPHIA GARCIA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On January 5, 2018, I served the following document:

## DEFENDANTS' NOTICE OF MANUAL FILING

on the following persons at the locations specified:

| | |
|---|---|
| Nick J. Brustin<br>Anna Benvenutti Hoffmann<br>Meghna Philip<br>Neufeld, Scheck and Brustin, LLP<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 965-9081<br>Facsimile: (212) 965-9084<br>Email: nick@nsbcivilrights.com<br>Email: anna@nsbcivilrights.com<br>Email: meghna@nsbcivilrights.com | Kate Chatfield<br>P. O. Box 10<br>Brisbane, CA 94005<br>Telephone: 415-422-4385<br>Email: klchatfield@usfca.edu<br><br>Alex Reisman<br>P.O. Box 10<br>Brisbane, CA 94005<br>Telephone: 415-608-0240<br>Email: areisman@msn.com |
| *Pro Hac Vice Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 5, 2018, at San Francisco, California.

*/s/ Sophia Garcia*
SOPHIA GARCIA







City & County of San Francisco
City Attorney's Office

*Trulove v. CCSF*

USDC Case No. 16-CV-00050 YGR

Exhibit T
CAD Audio

