# EXHIBIT B

**DECLARATION OF MARGARET W. BAUMGARTNER**

**IN SUPPORT OF DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT**

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JAMAL RASHID TRULOVE,              )
                                        )
 5                  Plaintiff,          )
                                        )  Case No.:
 6         vs.                          )  4:16-CV-00050(YGR)
                                        )
 7   CITY & COUNTY OF SAN FRANCISCO,    )
     et al.,                            )
 8                                      )
                    Defendants.         )
 9   _____)
10
11
12
13                    DEPOSITION OF
14                    OLIVER BARCENAS
15               SAN FRANCISCO, CALIFORNIA
16             WEDNESDAY, OCTOBER 19, 2016
17
18
19
20
21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  MAXIMILLIAN A. CONTRERAS, CSR NO. 13876
25   FILE NO.:     AA09AC9
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JAMAL RASHID TRULOVE,            )
                                      )
 5                    Plaintiff,      )
                                      )   Case No.:
 6         vs.                        )   4:16-CV-00050(YGR)
                                      )
 7   CITY & COUNTY OF SAN FRANCISCO,  )
     et al.,                          )
 8                                    )
                      Defendants.     )
 9   _____)
10
11
12
13        DEPOSITION OF OLIVER BARCENAS, taken on
14   behalf of Plaintiff, at Executive Hotel Vintage Court,
15   650 Bush Street, 8th Floor Boardroom, San Francisco,
16   California 94108, commencing at 10:05 AM, Wednesday,
17   October 19, 2016, before Maximillian A. Contreras,
18   CSR No. 13876.
19
20
21
22
23
24
25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4       NEUFELD SCHECK & BRUSTIN, LLP
         BY:  NICK J. BRUSTIN, ESQ.
 5       99 Hudson Street
         8th Floor
 6       New York, New York  10013
         (212) 965-9081
 7
         LAW OFFICE OF CHATFIELD & REISMAN
 8       BY:  KATE L. CHATFIELD, ESQ.
              ALEX B. REISMAN, ESQ.
 9       P.O. Box 10
         Brisbane, California  94005-0010
10       (415) 608-0240

11   FOR THE DEFENDANTS:

12       OFFICE OF THE CITY ATTORNEY
         BY:  PETER J. KEITH, ESQ.
13            MARGARET W. BAUMGARTNER, ESQ.
         1390 Market Street
14       6th Floor
         San Francisco, California  94102
15       (415) 554-3908

16   FOR THE WITNESS:

17       LAW OFFICE OF MICHAEL GAINES
         BY:  MICHAEL J. GAINES, ESQ.
18       255 Kansas Street
         Suite 340
19       San Francisco, California  94103
         (415) 565-9600

20   ALSO PRESENT:

21       JAMAL RASHID TRULOVE, Plaintiff

22       BROOKE TUCKER, via telephone

23

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A.    That's where I came in from.
 2      Q.    All right.  In the bottom-right corner where
 3   it says "Benches," that's where you believe you entered
 4   the precinct?
 5      A.    Yes.
 6      Q.    Okay.  And do you recall where you were
 7   placed?
 8      A.    On the benches.
 9            Handcuffed to the benches on the right.
10      Q.    Okay.  Where it says "Benches" on this
11   document?
12      A.    Yeah.
13      Q.    All right.  And do you recall approximately
14   how many hours or minutes you remained on that bench
15   that night?
16      A.    No, I don't.
17            A couple hours, two or three or four.
18      Q.    Okay.  And to your recollection, did you
19   remain handcuffed the whole time you were on these
20   benches?
21      A.    Not the whole time.
22      Q.    All right.  Did there come a point when you
23   signed a written statement?
24      A.    Yes.
25      Q.    Okay.  And can you explain how that came to
```

17

Oliver Barcenas
October 19, 2016

```
 1   plainclothes officer or detective?
 2           MR. KEITH:  Objection.  Lacks foundation.
 3           We haven't yet established that he thought he
 4   was an officer or why he thought it was an officer.
 5           MR. BRUSTIN:  Fair enough.
 6   BY MR. BRUSTIN:
 7       Q.   You mentioned that you said you saw a
 8   plainclothes officer and another female officer.
 9   What, if anything, made you believe that the male
10   was an officer?
11       A.   Just kind of like the way he looked.
12   And he was with another cop lady and he was holding
13   a clipboard.  He was asking a Samoan lady stuff.
14   I think -- I don't remember, but I think he had
15   something around his neck like a star or like a badge
16   or identification of some sort.
17       Q.   Do you remember anything else about what he
18   was wearing?
19       A.   Not really, no.
20       Q.   Okay.  And when you observed them, when you
21   observed those three people, were they walking?
22       A.   Yes.
23       Q.   Did they ever stop walking when you saw them?
24       A.   No.
25       Q.   Were they walking quickly?
```

1   A.   Not like in a rush, but yeah, they were
2   walking at a regular pace.
3   Q.   Okay.  And what did you see and hear as they
4   were walking towards you?
5   A.   I heard the police officer asking -- I wasn't
6   sure of the name at that time, but now I'm pretty sure
7   it was "Jamal Trulove."  At time it could have been
8   Jermaine, Jeremiah, Jerome, Johnny, just something with
9   a "J."  But I recognize the last name.  The last name
10  was "Trulove."
11  Q.   And what did you hear them say?
12       MR. KEITH:  Objection.  Vague.  "Them"?
13       MR. BRUSTIN:  I'm sorry.
14  BY MR. BRUSTIN:
15  Q.   Who was speaking?
16  A.   It was only the detective, the plainclothes
17  officer, the male.
18  Q.   And what did you hear -- best as you recall,
19  what did you hear that officer say?
20  A.   I heard him say, "Are you sure?  Are you sure
21  it wasn't something-Trulove?  Are you sure it wasn't?"
22  And the Samoan lady was saying, "No, I don't know."
23  She was crying.  She was saying, "No, I don't know."
24  Q.   All right.  And what, if anything, was that
25  plainclothes officer as you described him, what if

```
 1   anything was he doing while he was speaking?
 2       A.   Well, he was holding a clipboard and he was
 3   pointing to something.  I couldn't see what he was
 4   pointing to because of the way I was coming, I'm not
 5   going to see.  But he was pointing to something and
 6   asking her and she was saying, "No, I don't know," and
 7   seemed to get a little frustrated.  He was like, holding
 8   his head like this.
 9            MR. KEITH:  Objection.
10            I'm going to move to strike the portion that
11   "he seemed to be getting frustrated."  That sentence.
12            MR. BRUSTIN:  Fair enough.
13   BY MR. BRUSTIN:
14       Q.   When you answered that question you were
15   putting your -- you put your two fingers on your eyes as
16   you were speaking.
17       A.   Yeah.
18       Q.   Just describe what you saw that officer do.
19       A.   I saw him put his hand to his head and kind of
20   like squeeze his eyes and run his hand down the side of
21   his head to his face.
22       Q.   All right.  Okay.  And during this time did
23   the female officer say anything?
24       A.   No, she didn't speak at all.  I never heard
25   her.
```

```
 1   name.
 2       Q.   Which name?
 3       A.   "Trulove."
 4       Q.   Okay.  And what happened when you heard that
 5   name "Trulove"?
 6       A.   It kind of jogged something in my memory.
 7       Q.   Okay.  Now, when you heard the name "Trulove"
 8   at that time, to the best of your recollection, did you
 9   make the connection back to being at the precinct?
10       A.   No, I did not.
11       Q.   But something about it stuck in your mind?
12       A.   Yeah.
13       Q.   All right.  Did there come a point in time,
14   Mr. Barcenas, when you actually met Jamal Trulove?
15       A.   Yes.
16       Q.   All right.  And can you describe where you
17   were when you met Jamal Trulove?
18       A.   I was on the 7th floor of 850 Bryant.
19       Q.   7th floor, where?
20       A.   850 Bryant.
21       Q.   And what is that?
22       A.   Jail.
23       Q.   It's a jail?  Okay.
24            And could you describe where you were being
25   housed at that time.
```

Atkinson-Baker Court Reporters
www.depo.com

1  A.  In the tank.
2  Q.  Okay.  And do you recall -- first of all, do
3  you recall approximately when this was?
4  A.  No.  I know it was June or July 2010.
5  Q.  Okay.  And approximately how many people were
6  in that tank?
7  A.  Twelve.
8  Q.  Okay.  Did there come a point in time where
9  you actually had a conversation with Jamal Trulove?
10  A.  Yes.
11  Q.  All right.  Prior to that time, do you recall
12  how long you and Jamal were together in that tank?
13  A.  I don't know exactly.  Couple of days, maybe.
14  Day or two.  I don't know exactly.
15  Q.  All right.  Did there come a point in time you
16  had a conversation with Jamal?
17  A.  Yes.
18  Q.  Prior to that time, did you know Jamal
19  Trulove?
20  A.  No.
21  Q.  Had you ever heard of Jamal Trulove other than
22  the name in the precinct?
23  A.  No.
24  Q.  Did you know any of Jamal's brothers?
25  A.  No.

27

Oliver Barcenas
October 19, 2016

```
 1   you saw was crying and upset?
 2        A.   Yes.
 3        Q.   The plainclothes officer you described was
 4   white?
 5        A.   Yes, sir.
 6        Q.   And you put the age of the plainclothes
 7   officer between 30 and 45?
 8             MR. BRUSTIN:  Objection.  I'm going to make
 9   sure we're clear.
10             Are you asking him what he testified to or
11   what he remembers today?
12             MR. KEITH:  That's fine.
13   BY MR. KEITH:
14        Q.   Was the plainclothes officer between the ages
15   of 30 and 45 --
16             MR. BRUSTIN:  So you're asking --
17             MR. KEITH:  Yes.
18             I'm sorry.
19   BY MR. KEITH:
20        Q.   Was the plainclothes officer between the ages
21   of 30 and 45 in your best estimation?
22        A.   Yeah, around there probably.  He was older.
23        Q.   I'm sorry, when you say "older," what do you
24   mean?
25             MR. BRUSTIN:  He said "a little older."
```

93

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1              MR. KEITH:  No, I don't think he did.
 2   BY MR. KEITH:
 3       Q.     What do you mean when you say "older"?
 4       A.     He was older than me.  Like, he was around
 5   that age, 30, 45.  At that time I was a kid; I was in
 6   teens, you know.  He was 30.
 7       Q.     So 30 to 45 seemed old?
 8       A.     Yeah.
 9              MR. BRUSTIN:  It is.
10   BY MR. BRUSTIN:
11       Q.     And did the plainclothes officer look like he
12   had some gray whiskers on him?
13       A.     Yeah, he looked -- I remember he looked
14   scruffy, but I can't say exactly.  I'm not sure.
15       Q.     I just want to focus on whether he looked
16   unshaven.  Did the plainclothes officer look unshaven to
17   you?
18       A.     Yes.
19       Q.     Okay.  Did it look like he had a couple of
20   days of beard growth?  More than a couple of days of
21   beard growth?
22       A.     I mean, like maybe a couple days.
23              Day or two, three.  I don't know.
24       Q.     Can you tell me anything else about what the
25   male plainclothes officer looked like?
```

94

1    A.   Kind of tall.  He was an average build.
2 I remember something around his neck; I don't know if it
3 was an ID or a badge, but I'm pretty sure he had
4 something around his neck.  He looked like a narc, like
5 a plainclothes detective or whatever you want to call
6 it.  But he looked like he had something to do with law
7 enforcement, is what I thought at the time.
8    Q.   Now I want to talk about the female officer,
9 the uniformed officer.
10   A.   Mm-hmm.
11   Q.   Was she white?
12   A.   Yes.
13   Q.   And as for her hair, I think you testified it
14 was somewhere between blonde and brown.
15        Do you recall that testimony?
16   A.   Yes.
17   Q.   What do you mean by that?
18   A.   Well, I don't know if you seen some people's
19 hairs.  Like if you see Kate's hair, it almost looks
20 like -- it looks brown, but like in the light it might
21 look a little blondish.
22        And there wasn't light out, but I wasn't
23 really paying attention to her like that, you know?
24 I just kind of seen when she walked by, she was there.
25 So it could have been blondish or brown or in between.

95

Atkinson-Baker Court Reporters
www.depo.com

```
 1                REPORTER'S CERTIFICATE
 2
 3
 4        I, MAXIMILLIAN A. CONTRERAS, CSR No. 13876,
 5   Certified Shorthand Reporter, certify:
 6        That the foregoing proceedings were taken
 7   before me at the time and place therein set forth, at
 8   which time the witness was put under oath by me;
 9        That the testimony of the witness, the
10   questions propounded, and all objections and statements
11   made at the time of the examination were recorded
12   stenographically by me and were thereafter transcribed;
13        That the foregoing is a true and correct
14   transcript of my shorthand notes so taken.
15        I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18        I declare under penalty of perjury under the
19   laws of California that the foregoing is true and
20   correct.
21        Dated this 3rd day of November, 2016.
22        SIGNATURE REQUESTED.
23
24        _____
          MAXIMILLIAN A. CONTRERAS
25             CSR No. 13876
```