# EXHIBIT C

**DECLARATION OF MARGARET W. BAUMGARTNER**
**IN SUPPORT OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL