# EXHIBIT J

**DECLARATION OF MARGARET W. BAUMGARTNER**

**IN SUPPORT OF DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT**

**SAN FRANCISCO POLICE DEPARTMENT** — **INCIDENT REPORT STATEMENT**

INCIDENT NO.: 070745258

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: Iualemaga, Priscilla Maliolagi
DOB/AGE: 01-24-03
RESIDENCE PHONE (DAY/NIGHT): (415) 494-5807

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 140 Blythdale Ave
ZIP CODE: 94134
BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO: 300 Toland St. SF
ZIP CODE: 94124

DATE OF STATEMENT: 07-23-07

---

I usually see these guys hanging outside almost everyday. They were Seu's friend. They always show up in a light ble narrow (2-door maybe) car.

When I came in the SFPD I noticed on the wall "Up The Hill" photos that the guy Seu was chasing, his photo is on the wall.

---

Signature: P. Iualemaga

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

000296

SFPD377 G (6/93)

Confidential Subject to Protective Order
Case No. 16-cv-00050

CCSF_TRULOVE_003251_SFPD

**SAN FRANCISCO POLICE DEPARTMENT**  INCIDENT REPORT STATEMENT

INCIDENT NO: 070745258
cell (650) 392-4026
page ___ of ___

NAME: Iualemaga, Priscilla Maliolagi
DOB/AGE: 01-24-83
RESIDENCE PHONE: (415) 494-5867
BUSINESS PHONE: (415) 824-3592

RESIDENCE ADDRESS: 140 Blythdale Ave.
ZIP CODE: 94134
BUSINESS ADDRESS: 300 Toland St. SF CA #2
ZIP CODE: 94124

DATE OF STATEMENT: 07-23-07

Around 11pm I looked out the window because I heard an argument. I saw Seu chasing a black guy, like he wanted to fight him. There was another black guy wearing a black sweater w/ a white Tee hanging out and black jean who was in Seu's way. Seu elbowed the guy w/ black sweater and the guy w/ the black sweater fell to ground. He got to his foot chased after Seu and shot him in the back, about 5-6 times. And Seu fell down. The guy Seu was chasing had a black & red hooded jacket. I knew that they drive a light blue 2 door car.

The person that Seu was chasing was wearing a red & black jacket. He was light skinned w/ light eyes (brown) skinny & tall young looking (early 20's) The guy that shot Seu was also black, tall skinny also young looking - wearing a black hooded sweater white "Tee" hanging out & black jean

Signature: P. Iualemaga

Confidential Subject to Protective Order
Case No. 16-cv-00050

CCSF_TRULOVE_003252_SFPD

000297

SFPD377 G (6/93)

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                      OAKLAND DIVISION

 3    JAMAL RASHID TRULOVE,     )
          Plaintiff,            )
 4                              )
      VS.                       )  CIVIL ACTION NO.
 5                              )  16-CV-00050-YGR
      THE CITY AND COUNTY OF    )
 6    SAN FRANCISCO, et al.,    )
          Defendants.           )
 7

 8           *****************************************

 9                      ORAL DEPOSITION OF

10              PRISCILLA LUALEMAGA FALEAFAGA

11                     February 13, 2017

12                         VOLUME 1

13           *****************************************

14              ANSWERS AND DEPOSITION OF PRISCILLA

15   LUALEMAGA FALEAFAGA, produced as a witness at the

16   instance of the Defendants, taken in the above-styled

17   and -numbered cause on the 13th day of February, 2017,

18   from 9:02 a.m. to 5:41 p.m., before Jamie K. Israelow, a

19   Certified Shorthand Reporter in and for the State of

20   Texas, Registered Merit Reporter and Certified Realtime

21   Reporter, reported in machine shorthand at the offices

22   of US Legal Support, located at 5910 North Central

23   Expressway, Suite 100, in the City of Dallas, County of

24   Dallas and State of Texas.

25
```

```
 1                    A P P E A R A N C E S

 2


 3   FOR THE PLAINTIFF:
        Mr. Nick J. Brustin
 4      NEUFELD, SCHECK AND BRUSTIN, LLP
        99 Hudson Street, 8th Floor
 5      New York, New York  10013
        212.965.9081
 6      nick@nsbcivilrights.com
        -- and --
 7      Ms. Kate Chatfield (By telephone)
        UNIVERSITY OF SAN FRANCISCO
 8      2130 Fulton Avenue, KN 211
        San Francisco, California  94117
 9      415.422.4385
        chatfield@legalprivilege.ch
10      -- and --
        Mr. Alex Reisman (By telephone)
11      Attorney at Law
        P.O. Box 10
12      Brisbane, California  94005
        415.608.0240
13      areisman@msn.com


14


15   FOR THE DEFENDANTS:
        Ms. Margaret W. Baumgartner
16      Deputy City Attorney
        CITY AND COUNTY OF SAN FRANCISCO
17      1300 Market Street, Sixth Floor
        San Francisco, California  94102
18      415.554.3859
        margaret.baumgartner@sfgov.org

19

20   FOR THE DEPONENT:
        Mr. Warren Metlitzky
21      CONRAD & METLITZKY, LLP
        Four Embarcadero Center, Suite 1400
22      San Francisco, California  94111
        415.343.7103
23      wmetlitzky@conradmetlitzky.com


24   ALSO PRESENT:
        Madhu Srikantha
25
```

```
 1   might know.
 2              MS. BAUMGARTNER:  It's her written
 3   statement.
 4              MS. CHATFIELD:  It's part of Exhibit 12.
 5              MR. BRUSTIN:  Yeah, it's part of
 6   Exhibit 12.  Have we marked it separately?  I don't
 7   think so.
 8              MS. CHATFIELD:  We haven't marked it.
 9              MR. BRUSTIN:  It's part of Exhibit 12.
10              MS. BAUMGARTNER:  Okay.  You don't need to
11   separately mark it, then.  I'm just going to refer it as
12   part of Exhibit 12 that's Bates-stamped at the bottom
13   CCSF_TRULOVE_3251 through 3 -- no -- yes -- through
14   3252.  So there's two pages.
15              MR. METLITZKY:  Do you have a copy?
16              MS. BAUMGARTNER:  Yes.
17              MR. METLITZKY:  Thank you.
18       Q.   (By Ms. Baumgartner)  Is that your signature on
19   the bottom of the page?
20              MR. METLITZKY:  Well, which page?
21       Q.   (By Ms. Baumgartner)  Actually, it's on the
22   bottom of both pages, right?
23       A.   Yes.
24       Q.   And is that your handwriting on the lined part,
25   the part of the pages that have the -- just the lines
```

1  across them?
2      A.   Yes.
3      Q.   Now, there is a box on the upper part of the
4  page.
5            MR. METLITZKY:   Which page?
6      Q.   (By Ms. Baumgartner)   Or upper part of both
7  pages, where there are actual boxes as opposed to just
8  lines, and there's some writing in there.   Is that your
9  writing?
10           MR. BRUSTIN:   Objection, vague.   You want
11 to give her an example of the word?
12           MR. METLITZKY:   Are you asking about all
13 of it?
14     Q.   (By Ms. Baumgartner)   Any of the upper part.
15     A.   The boxes?
16           MR. BRUSTIN:   Are you pointing to where it
17 says "Lualemaga" at the top?
18           MS. BAUMGARTNER:   Partly, yes.
19     A.   Yeah, I filled out where it says:   Name -- like
20 my information.
21     Q.   (By Ms. Baumgartner)   Okay.   That's your
22 writing there, that you filled that out?
23     A.   Yes.
24           MR. METLITZKY:   Objection, vague.
25     Q.   (By Ms. Baumgartner)   So let me -- let me more

1  specify it.  It has, for example, an incident number.
2  Did you write that?
3      A.   No.
4      Q.   And then it says:  Name:  Lualemaga, Priscilla
5  Maliolagi.  Did you write that?
6      A.   Yes.
7      Q.   And did you also write your date of birth,
8  residence, phone number, address, ZIP code, business
9  address, ZIP code and date of statement?
10     A.   Yes.
11     Q.   And is that the same for both of these pages,
12 that you filled out that information?
13     A.   Yes.
14     Q.   There's also, on the page that's marked at the
15 bottom 3252, there's a cell phone number written at the
16 top, where it says "Cell," and then a 650 number.  Did
17 you write that as well?
18     A.   Sorry.  Oh, no.
19     Q.   So that's somebody else's handwriting?
20     A.   Yeah.
21     Q.   What -- did the officer sit with you -- the
22 officer that brought you the form sit with you while you
23 filled this out?
24     A.   It could have been, but I don't remember.
25     Q.   What did you do with this form after you

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                      OAKLAND DIVISION

 3    JAMAL RASHID TRULOVE,      )
         Plaintiff,              )
 4                               )
      VS.                        )  CIVIL ACTION NO.
 5                               )  16-CV-00050-YGR
      THE CITY AND COUNTY OF     )
 6    SAN FRANCISCO, et al.,     )
         Defendants.             )
 7

 8         REPORTER'S CERTIFICATION OF THE ORAL

 9       DEPOSITION OF PRISCILLA LUALEMAGA FALEAFAGA

10                   February 13, 2017

11         I, Jamie K. Israelow, a Certified Shorthand

12  Reporter duly commissioned and qualified in and for the

13  State of Texas, Registered Merit Reporter and Certified

14  Realtime Reporter, do hereby certify to the following:

15         That the witness, PRISCILLA LUALEMAGA

16  FALEAFAGA, was duly sworn by the officer and that the

17  transcript of the oral deposition is a true record of

18  the testimony given by the witness:

19         That the original transcript was delivered to

20  Ms. Margaret W. Baumgartner.

21         That a copy of the certificate was served on

22  all parties and/or the witness shown herein on

23  _____.

24         I further certify that pursuant to FRCP Rule

25  30(f)(1) that the signature of the deponent:
```

1       ___ was requested by the deponent or a party
2  before the completion of the deposition and that
3  signature is to be before any notary public and returned
4  within 30 days from date of receipt of the transcript.
5  If returned, the attached Changes and Signature Page
6  contains any changes and the reasons therefor;
7       _X_ was not requested by the deponent or a
8  party before the completion of the deposition.
9       I further certify that I am neither attorney
10 or counsel for, nor related to or employed by any of the
11 parties to the action in which this deposition is taken,
12 and further that I am not a relative or employee of any
13 attorney or counsel employed by the parties hereto, or
14 financially interested in the action.
15      CERTIFIED TO BY ME on this 21st day of
16 February, 2017.
17
                *[signature: Jamie K. Israelow]*
18
19 _____
   Jamie K. Israelow, CSR, RMR, CRR
20 Texas CSR 3801
   Expiration Date: 12/31/18
21 US Legal Support-Dallas
   CRCB Registration No. 343
22 100 Premier Place
   5910 North Central Expressway
23 Dallas, Texas 75206
   214.741.6001
24
25 Job No. Job#