**EXHIBIT L**

**DECLARATION OF MARGARET W. BAUMGARTNER
IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**