DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3853 [Rosenblit]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfcityatty.org
E-Mail:        renee.rosenblit@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>  Defendants. | Case No. 16-cv-00050-YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL; DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT THEREOF**<br><br>Trial Date:     March 5, 2018 |

Pursuant to Civil Local Rules 79-5 (b), (c) and 7-11, defendants file this Administrative Motion to File Exhibits relating to Defendants' Motion for Summary Judgment under seal.

Plaintiff designated many of the depositions and all of the material regarding the identity of a particular person as confidential. (*See* Declaration of Margaret W. Baumgartner ¶ 2). Defendants' motion attaches pages from confidential portions of the depositions, and exhibits that were

1 authenticated in confidential portions of the depositions, and declarations a memorandum of points
2 and authorities, and a separate statement of undisputed facts that references the identity of the
3 confidential person.  The protective order requires that defendants maintain the confidentiality of this
4 evidence until the court issues an order lifting plaintiff's confidentiality designation.  Accordingly,
5 defendants respectfully request the Court grant their Administrative Request to File Under Seal.
6 Specifically, defendants request that the following documents be filed under seal:

    1. Exhibit 20 to the Request for Judicial Notice (confidential trial testimony)

    2. The following exhibits attached to the Declaration of Margaret W. Baumgartner filed herewith:

        Ex A - Allen Depo - part confidential

        Ex C - Bradley Depo - confidential

        Ex D - D'Amico Depo - confidential

        Ex E - Search warrant - confidential

        Ex F - Arrest affidavit - confidential

        Ex G - Chron - confidential

        Ex K - Lualemaga 7/24/07 - confidential

        Ex L - Lualemaga 7/25/07 - confidential

        Ex M - photo array - confidential

        Ex P - Johnson Depo - confidential

        Ex R - Malo Kuka - part confidential

        Exh AA - Phillips Depo - confidential

        Exh HH - David Trulove Depo – confidential

    3. Portions of the declaration of Marueen D'Amico

    4  Portions of the declaration of Michael Johnson

    4. Portions of the Memorandum of Points and Authorities.

    5. Portions of the Separate Statement of Undisputed Facts

1     Defendants will submit to chambers a copy of the motion with the confidential portions highlighted.

    Defendants do not object to plaintiff waiving the confidential provisions as they apply to this material.

Dated: January 5, 2018

                                DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                Chief Trial Deputy
                                MARGARET W. BAUMGARTNER
                                RENÉE E. ROSENBLIT
                                KELLY COLLINS
                                Deputy City Attorneys

                          By: */s/ Margaret W. Baumgartner*
                                MARGARET W. BAUMGARTNER

                                Attorneys for Defendants
                                MAUREEN D'AMICO, JOHN EVANS,
                                MICHAEL JOHNSON, CARLA LEE,
                                ROBERT MCMILLAN and RONAN SHOULDICE

# DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DAUBERT MOTIONS UNDER SEAL

I, Margaret W. Baumgartner, declare as follows:

1. I am a Deputy City Attorney assigned to this matter. I have personal knowledge of the facts contained herein, except for those facts stated on information and belief, and as to those fact I believe them to be true.

2. The parties entered into a protective order in this case. A copy of the protective order signed by the court is Docket No. 57.

3. Plaintiff designated portions of depositions confidential pursuant to the protective order, and also moved to have information about the identity of a certain person kept confidential. To ensure compliance with the protective order, defendants must file the confidential portions of the depositions, exhibits, and certain references in the declarations, separate statement and memorandum of points and authorities under seal. Defendants have created a list in the administrative motion to specifically reference the particular documents and exhibits that must be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on January 5, 2018 in San Francisco, California.

       */s/ Margaret W. Baumgartner*
       MARGARET W. BAUMGARTNER

## PROOF OF SERVICE

I, MARGARET W. BAUMGARTNER, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On January 5, 2018, I served the following documents:

**DEFENDANTS' ADMINISTRATIVE MOTION TO DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL; DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**EXHIBITS A, C, D, E, F, G, K, L, M, P, R, AA, HH IN SUPPORT OF THE DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF MICHAEL JOHNSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF MAUREEN D'AMICO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 20 IN SUPPORT OF THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

on the following persons at the locations specified:

| | |
|---|---|
| Nick J. Brustin<br>Anna Benvenutti Hoffmann<br>Meghna Philip<br>Neufeld, Scheck and Brustin, LLP<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 965-9081<br>Facsimile: (212) 965-9084<br>Email: nick@nsbcivilrights.com<br>Email: anna@nsbcivilrights.com<br>Email: meghna@nsbcivilrights.com | Kate Chatfield<br>P. O. Box 10<br>Brisbane, CA 94005<br>Telephone: 415-422-4385<br>Email: klchatfield@usfca.edu<br><br>Alex Reisman<br>P.O. Box 10<br>Brisbane, CA 94005<br>Telephone: 415-608-0240<br>Email: areisman@msn.com |
| *Pro Hac Vice Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: margaret.baumgartner@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 5, 2018, at San Francisco, California.

*/s/ Margaret W. Baumgartner*
MARGARET W. BAUMGARTNER