Nick J. Brustin, NY Bar No. 2844405
  Email:  nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email:  anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email:  meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084

Kate Chatfield, State Bar No. 245403
  Email:  chatfield@legalprivilege.ch
  Telephone: 415-422-4385
Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
  Telephone: 415-608-0240
P.O. Box 10
Brisbane, CA 94005

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>　　　Defendants. | Case No.  16-cv-00050-YGR<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Jamal Trulove seeks to file a motion that discusses subject matter designated confidential by Plaintiff, pursuant to the protective order approved by this court (Docket Number 57), under seal. In support, Plaintiff submits a declaration, a proposed order to grant leave to file under seal, and a copy of the motion and corresponding proposed order sought to be filed under seal. Plaintiff's counsel will also submit a courtesy copy of the filing to chambers.

Dated: January 12, 2018  Respectfully Submitted,

By: /s/ Meghna Philip_____
Meghna Philip, NY Bar No. 5527148 (pro hac vice)
*One of Plaintiff Jamal Trulove's Attorneys*