**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMAL RASHID TRULOVE**, <br><br> Plaintiff, <br><br> Vs. <br><br> **THE CITY AND COUNTY OF SAN FRANCISCO,** *ET AL*, <br><br> Defendants. | **Case No.: 16-CV-050 YGR** <br><br> **ORDER GRANTING RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE RE: EMERGENCY MOTION FOR DEPOSITION** <br><br> **DKT. NO. 288** |

The Court is in receipt of Plaintiff Jamal Trulove's Motion for Relief from Non-Dispositive Orders of Magistrate Judge Sally Kim. (Dkt. No. 288.) The parties filed a joint discovery letter brief on January 11, 2018, in which plaintiff sought leave of Court to conduct a deposition of third party Latisha Meadows, and to do so on an expedited basis before Meadows' projected date of release from custody in the San Francisco Jail on January 29, 2018. Defendants opposed such request. On January 23, 2018, Magistrate Judge Kim issued orders appointing counsel for proposed third party deponent Latisha Meadows, and setting a schedule for further briefing on the discovery dispute, permitting Meadows' counsel to file a brief by January 31, 2018.

The Court has reviewed the papers filed by the parties regarding underlying discovery dispute, and has heard input from the parties and recently appointed counsel for Meadows in a phone conference held January 25, 2018.

The Court finds that relief from Magistrate Judge Kim's non-dispositive order is warranted under the circumstances and so **GRANTS** plaintiff's motion herein.

Plaintiff is authorized to take a video-recorded deposition of Meadows of no more than **two and one half (2.5) hours**, to commence prior to Meadows' release from custody.

Should counsel require any additional orders to secure Meadows' appearance and presentation for deposition by the San Francisco Sheriff, they shall submit a proposed form of order to the Court's proposed order inbox forthwith.

**IT IS SO ORDERED.**

This terminates Docket No. 288.

Dated: January 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**