Nick J. Brustin, NY Bar No. 2844405
 Email: nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
 Email: anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
 Email: meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084

Kate Chatfield, State Bar No. 245403
 Email: chatfield@legalprivilege.ch
University of San Francisco
2130 Fulton Avenue, KN 211
San Francisco, CA 94117
Telephone: 415-422-4385

Alex Reisman, State Bar No. 45813
 Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>　　　Defendants. | Case No. 16-cv-00050-YGR (SK)<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Meghna Philip, an attorney admitted to practice before this Court *pro hac vice*, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am an attorney at Neufeld Scheck and Brustin, LLP, representing Plaintiff Jamal Trulove.
2. I have personal knowledge of all facts stated in this declaration.
3. Exhibits 37, 40, 41, 44, 47, 58, 73, 86, and 89 have been intentionally omitted.
4. The document attached to this declaration as **Exhibit 1** is a true and accurate copy of pertinent pages of the Deposition of Oliver Barcenas, dated Oct. 19, 2016.
5. The document attached to this declaration as **Exhibit 2** is a true and accurate copy of an Interview with Latisha Meadows Dickerson, dated Jan. 6, 2018.
6. The document attached to this declaration as **Exhibit 3** is a true and accurate copy of an Interview with Latisha Meadows Dickerson, dated Jan. 8, 2018.
7. The document attached to this declaration as **Exhibit 4** is a true and accurate copy of pertinent pages of the Deposition of Malo Kuka, dated July 18, 2017.
8. The document attached to this declaration as **Exhibit 5** is a true and accurate copy of pertinent pages of the Deposition of Priscilla Lualemaga Faleafaga, dated Feb. 13-14, 2017.
9. The document attached to this declaration as **Exhibit 6** is a true and accurate copy of pertinent pages of the Deposition of Michael Johnson, dated Apr. 4, 2017.
10. The document attached to this declaration as **Exhibit 7** is a true and accurate copy of pertinent pages of the Deposition of Joshua Bradley, dated Jan. 12, 2017.
11. The document attached to this declaration as **Exhibit 8** is a true and accurate copy of pertinent pages of the Deposition of Jamal Trulove, dated Oct. 20, 2016.

12. The document attached to this declaration as **Exhibit 9** is a true and accurate copy of pertinent pages of the Deposition of Joshua Bradley, dated Jan. 12, 2017.

13. The document attached to this declaration as **Exhibit 10** is a true and accurate copy of pertinent pages of the Deposition of David Trulove, dated Jan. 27, 2017.

14. The document attached to this declaration as **Exhibit 11** is a true and accurate copy of pertinent pages of the Deposition of Kevin Knoble, dated February 9, 2017.

15. The document attached to this declaration as **Exhibit 12** is a true and accurate copy of pertinent pages of the Deposition of Gerald Smith, dated July 19, 2017.

16. The document attached to this declaration as **Exhibit 13** is a true and accurate copy of pertinent pages of the Deposition of Robert McMillan, dated Feb. 22, 2017.

17. The document attached to this declaration as **Exhibit 14** is a true and accurate copy of pertinent pages of the Deposition of Carla Lee-Hurley, dated Oct. 24, 2016.

18. The document attached to this declaration as **Exhibit 15** is a true and accurate copy of pertinent pages of the Deposition of Michael Androvich, dated Feb. 11, 2017.

19. The document attached to this declaration as **Exhibit 16** is a true and accurate copy of pertinent pages of the Deposition of James Trainum, dated Sept. 15, 2017.

20. The document attached to this declaration as **Exhibit 17** is a true and accurate copy of pertinent pages of the Deposition of James Trail, dated Feb. 8, 2017.

21. The document attached to this declaration as **Exhibit 18** is a true and accurate copy of pertinent pages of the Deposition of James Norris, dated Aug. 23, 2017.

22. The document attached to this declaration as **Exhibit 19** is a true and accurate copy of pertinent pages of the Deposition of Ronan Shouldice, dated June 8, 2017.

23. The document attached to this declaration as **Exhibit 20** is a true and accurate copy of pertinent pages of the Deposition of John Evans, dated June 7, 2017.

24. The document attached to this declaration as **Exhibit 21** is a true and accurate copy of pertinent pages of the Deposition of Linda Allen, dated Apr. 6, 2017.

25. The document attached to this declaration as **Exhibit 22** is a true and accurate copy of pertinent pages of the Deposition of Eric Fleming, dated Apr. 5, 2017

26. The document attached to this declaration as **Exhibit 23** is a true and accurate copy of pertinent pages of the Deposition of Chris Shea, dated May 31, 2017.

27. The document attached to this declaration as **Exhibit 24** is a true and accurate copy of pertinent pages of the Deposition of Judy Melinek, M.D., dated Sept. 1, 2017.

28. The document attached to this declaration as **Exhibit 25** is a true and accurate copy of pertinent pages of the Deposition of Sharonda Hall, dated Nov. 3, 2017.

29. The document attached to this declaration as **Exhibit 26** is a true and accurate copy of pertinent pages of the Deposition of Shawn Phillips, dated Feb. 3, 2017.

30. The document attached to this declaration as **Exhibit 27** is a true and accurate copy of pertinent pages of the 2009 Preliminary Hearing Transcript, dated May 9, 2009.

31. The document attached to this declaration as **Exhibit 28** is a true and accurate copy of pertinent pages of the 2015 402 Hearing Transcript, dated Jan. 15, 2015.

32. The document attached to this declaration as **Exhibit 29** is a true and accurate copy of pertinent pages of the 2010 Trial Transcript.

33. The document attached to this declaration as **Exhibit 30** is a true and accurate copy of pertinent pages of the 2015 Trial Transcript.

34. The document attached to this declaration as **Exhibit 31** is a true and accurate copy of pertinent pages of the Hearing on Motion for a New Trial, dated July 29, 2010.

35. The document attached to this declaration as **Exhibit 32** is a true and accurate copy of the Expert Report of James Norris.

36. The document attached to this declaration as **Exhibit 33** is a true and accurate copy of the Expert Report of Judy Melinek, M.D.

37. The document attached to this declaration as **Exhibit 34** is a true and accurate copy of the Expert Rebuttal Report of Judy Melinek, M.D.

38. The document attached to this declaration as **Exhibit 35** is a true and accurate copy of the Expert Report of James Trainum.

39. The document attached to this declaration as **Exhibit 36** is a true and accurate copy of the Expert Report of Dr. Kathy Pezdek.

40. The document attached to this declaration as **Exhibit 38** is a true and accurate copy of the Aerial Photograph of Sunnydale.

41. The document attached to this declaration as **Exhibit 39** is a true and accurate copy of a Mugshot.

42. The document attached to this declaration as **Exhibit 42** is a true and accurate copy of the SFPD Department Bulletins.

43. The document attached to this declaration as **Exhibit 43** is a true and accurate copy of SFPD Bureau of Inspectors Investigations Manual.

44. The document attached to this declaration as **Exhibit 45** is a true and accurate copy of the Full SFPD Investigative File.

45. The document attached to this declaration as **Exhibit 46** is a true and accurate copy of the Statement of Malo Kuka, dated July 25, 2007.

46. The document attached to this declaration as **Exhibit 48** is a true and accurate copy of SFPD CAD Transcripts.

47. The document attached to this declaration as **Exhibit 49** is a true and accurate copy of the Photograph of "Up the Hill" Members on Gang Wall.

48. The document attached to this declaration as **Exhibit 50** is a true and accurate copy of a SFPD Report of June 16, 2008 Interview of Latisha Meadows Dickerson.

49. The document attached to this declaration as **Exhibit 51** is a true and accurate copy of the Robert McMillan Narrative Incident Report of June 16, 2008 Traffic Stop of Latisha Meadows Dickerson.

50. The document attached to this declaration as **Exhibit 52** is a true and accurate copy of the Incident Report of June 16, 2008 Traffic Stop of Latisha Meadows Dickerson.

51. The document attached to this declaration as **Exhibit 53** is a true and accurate copy of the Ronan Shouldice Shell Casing Report, dated May 2, 2001.

52. The document attached to this declaration as **Exhibit 54** is a true and accurate copy of the Seu Kuka Autopsy Report.

53. The document attached to this declaration as **Exhibit 55** is a true and accurate copy of a DMV Photograph with Fingerprint.

54. The document attached to this declaration as **Exhibit 56** is a true and accurate copy of a DMV Photograph with Nicknames.

55. The document attached to this declaration as **Exhibit 57** is a true and accurate copy of the Maureen D'Amico Final Incident Report of Seu Kuka Homicide.

56. The document attached to this declaration as **Exhibit 59** is a true and accurate copy of the 2015 Trial Exhibit CCC.

57. The document attached to this declaration as **Exhibit 60** is a true and accurate copy of the 2015 Trial Exhibit 156.

58. The document attached to this declaration as **Exhibit 61** is a true and accurate copy of the Handwritten Statement of Priscilla Lualemaga, dated July 23, 2007.

59. The document attached to this declaration as **Exhibit 62** is a true and accurate copy of the Joshua Bradley CLETS Report, dated July 24, 2007.

60. The document attached to this declaration as **Exhibit 63** is a true and accurate copy of the David Trulove CLETS Report, dated July 24, 2007.

61. The document attached to this declaration as **Exhibit 64** is a true and accurate copy of the SFPD Crime Scene Log.

62. The document attached to this declaration as **Exhibit 65** is a true and accurate copy of the SFDA Payments to Priscilla Lualemaga.

63. The document attached to this declaration as **Exhibit 66** is a true and accurate copy of the SFPD Report of July 24, 2007 Interview with Priscilla Lualemaga.

64. The document attached to this declaration as **Exhibit 67** is a true and accurate copy of the Statement of Priscilla Lualemaga, dated July 24, 2007.

65. The document attached to this declaration as **Exhibit 68** is a true and accurate copy of the Statement of Priscilla Lualemaga, dated July 25, 2007.

66. The document attached to this declaration as **Exhibit 69** is a true and accurate copy of the Oliver Barcenas Incident Report, dated July 23, 2007.

67. The document attached to this declaration as **Exhibit 70** is a true and accurate copy of the Oliver Barcenas Declaration, dated June 28, 2010.

68. The document attached to this declaration as **Exhibit 71** is a true and accurate copy of Multiple SFPD Photo Arrays, dated July 25, 2007.

69. The document attached to this declaration as **Exhibit 72** is a true and accurate copy of the SFPD Photo Array for Jamal Trulove, dated July 25, 2007.

70. The document attached to this declaration as **Exhibit 74** is a true and accurate copy of the Affidavit for Arrest Warrant for Jamal Trulove.

71. The document attached to this declaration as **Exhibit 75** is a true and accurate copy of the John Evans CSI Report for Kuka Homicide.

72. The document attached to this declaration as **Exhibit 76** is a true and accurate copy of Michael Johnson Handwritten Notes.

73. The document attached to this declaration as **Exhibit 77** is a true and accurate copy of a Joshua Bradley Mugshot.

74. The document attached to this declaration as **Exhibit 78** is a true and accurate copy of a Jamal Trulove CLETS Report, dated July 25, 2007.

75. The document attached to this declaration as **Exhibit 79** is a true and accurate copy of a CLETS Report, dated July 28, 2007.

76. The document attached to this declaration as **Exhibit 80** is a true and accurate copy of a CLETS Report, dated July 28, 2007.

77. The document attached to this declaration as **Exhibit 81** is a true and accurate copy of Michael Johnson Handwritten Notes with Map.

78. The document attached to this declaration as **Exhibit 82** is a true and accurate copy of a Photograph of Carla Lee Hurley.

79. The document attached to this declaration as **Exhibit 83** is a true and accurate copy of the Statement of Latisha Meadows Dickerson, dated June 18, 2008.

80. The document attached to this declaration as **Exhibit 84** is a true and accurate copy of the SFPD Chronological Report of Investigation.

81. The document attached to this declaration as **Exhibit 85** is a true and accurate copy of the SFPD Initial Incident Report.

82. The document attached to this declaration as **Exhibit 87** is a true and accurate copy of the Unit History Detail for 3H13D.

83. The document attached to this declaration as **Exhibit 88** is a true and accurate copy of Michael Johnson Handwritten Notes, dated July 25, 2007.

84. The document attached to this declaration as **Exhibit 90** is a true and accurate copy of Maureen D'Amico Handwritten Notes.

85. The document attached to this declaration as **Exhibit 91** is a true and accurate copy of Michael Johnson Handwritten Notes, dated July 24, 2007.

86. The document attached to this declaration as **Exhibit 92** is a true and accurate copy of Michael Johnson Handwritten Notes.

87. The document attached to this declaration as **Exhibit 93** is a true and accurate copy of the SFPD July 23-24, 2007 CAD Report.

88. The document attached to this declaration as **Exhibit 94** is a true and accurate copy of a Photograph from 205 Blythedale.

89. The document attached to this declaration as **Exhibit 95** is a true and accurate copy of a Photograph from 140 Blythedale.

90. The document attached to this declaration as **Exhibit 96** is a true and accurate copy of a CLETS Report.

91. The document attached to this declaration as **Exhibit 97** is a true and accurate copy of the Expert Report of Anthony Brass.

92. The document attached to this declaration as **Exhibit 98** is a true and accurate copy of Emails between Linda Allen and Ronan Shouldice.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Dated: January 26, 2018          Respectfully Submitted,

By: /s/ Meghna Philip
Meghna Philip, NY Bar No. 5527148 (*pro hac vice*)
*One of Plaintiff Jamal Trulove's Attorneys*