# Exhibit 1

Deposition of Oliver Barcenas

October 19, 2016

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

Atkinson-Baker Court Reporters
www.depo.com

```
 1                 UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4  JAMAL RASHID TRULOVE,              )
                                       )
 5                    Plaintiff,       )
                                       )  Case No.:
 6           vs.                       )  4:16-CV-00050(YGR)
                                       )
 7  CITY & COUNTY OF SAN FRANCISCO,    )
    et al.,                            )
 8                                     )
                      Defendants.      )
 9  _____)

10

11

12

13                   DEPOSITION OF

14                  OLIVER BARCENAS

15              SAN FRANCISCO, CALIFORNIA

16             WEDNESDAY, OCTOBER 19, 2016

17

18

19

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23

24  REPORTED BY:  MAXIMILLIAN A. CONTRERAS, CSR NO. 13876

25  FILE NO.:    AA09AC9
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1               UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   JAMAL RASHID TRULOVE,            )
                                      )
 5                   Plaintiff,       )
                                      )   Case No.:
 6          vs.                       )   4:16-CV-00050(YGR)
                                      )
 7   CITY & COUNTY OF SAN FRANCISCO,  )
     et al.,                          )
 8                                    )
                     Defendants.      )
 9   _____)

10

11

12

13          DEPOSITION OF OLIVER BARCENAS, taken on

14   behalf of Plaintiff, at Executive Hotel Vintage Court,

15   650 Bush Street, 8th Floor Boardroom, San Francisco,

16   California 94108, commencing at 10:05 AM, Wednesday,

17   October 19, 2016, before Maximillian A. Contreras,

18   CSR No. 13876.

19

20

21

22

23

24

25
```

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        NEUFELD SCHECK & BRUSTIN, LLP
          BY:  NICK J. BRUSTIN, ESQ.
 5        99 Hudson Street
          8th Floor
 6        New York, New York  10013
          (212) 965-9081
 7
          LAW OFFICE OF CHATFIELD & REISMAN
 8        BY:  KATE L. CHATFIELD, ESQ.
               ALEX B. REISMAN, ESQ.
 9        P.O. Box 10
          Brisbane, California  94005-0010
10        (415) 608-0240

11   FOR THE DEFENDANTS:

12        OFFICE OF THE CITY ATTORNEY
          BY:  PETER J. KEITH, ESQ.
13             MARGARET W. BAUMGARTNER, ESQ.
          1390 Market Street
14        6th Floor
          San Francisco, California  94102
15        (415) 554-3908

16   FOR THE WITNESS:

17        LAW OFFICE OF MICHAEL GAINES
          BY:  MICHAEL J. GAINES, ESQ.
18        255 Kansas Street
          Suite 340
19        San Francisco, California  94103
          (415) 565-9600
20
     ALSO PRESENT:
21
          JAMAL RASHID TRULOVE, Plaintiff
22
          BROOKE TUCKER, via telephone
23

24

25
```

3

Atkinson-Baker Court Reporters
www.depo.com

1                    I N D E X

2

3   WITNESS:  Oliver Barcenas                    PAGE

4   EXAMINATION BY MR. BRUSTIN........................    5
    EXAMINATION BY MR. KEITH.........................   43
5

6

7                 E X H I B I T S

8    NO.                                          PAGE

9    21  Layout sketch................................   14

10   22  Oliver Barcenas' Declaration.................   34

11   301 Reporter's Transcript on Appeal..............   44

12   302 Incident Report Statement....................   85
         [CCSF_TRULOVE_016550_SFPD]
13   303 Photograph...................................  103
         [CCSF_TRULOVE_017144_SFPD]
14   304 10 photographs [CCSF_TRULOVE_016747_SFPD......  113
         -- CCSF_TRULOVE_016751_SFPD]
15   305 Photograph...................................  116
         [CCSF_TRULOVE_016756_SFPD]
16   306 10 photographs [CCSF_TRULOVE_016757_SFPD......  116
         -- CCSF_TRULOVE_016766_SFPD]
17   307 6 photographs [CCSF_TRULOVE_016773_SFPD.......  117
         -- CCSF_TRULOVE_016778_SFPD]
18   308 "Images from Oliver Barcenas' Phone"..........  118
         [CCSF_TRULOVE_015894_SFPD --
19       CCSF_TRULOVE_015895_SFPD]
     309 14 pictures [CCSF_TRULOVE_016285_SFPD.........  119
20       -- CCSF_TRULOVE_016299_SFPD]

21            (All Exhibits Confidential.)

22

23

24

25

4

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.    Yeah, so far so good.
 2        Q.    Good.  All right.  Mr. Barcenas, I want to
 3   refer you back to July 23rd of 2007.  Did you have an
 4   incident that day involving the police?
 5        A.    Yes.
 6        Q.    All right.  Why don't you tell us what you
 7   were doing that day and what happened.
 8        A.    I was hanging out with a friend and we got
 9   into an altercation on the bus.
10        Q.    All right, let me stop you there.
11              Who was the friend that you were with?
12        A.    Jaime Linares.
13        Q.    Okay.  And can you describe what happened on
14   the bus?
15        A.    I don't remember exactly, but we got into an
16   altercation with a guy we kind of knew.  He had been
17   around here; he hanged around us before.  We ended up
18   taking his phone and hitting him.
19        Q.    Okay.  You mentioned an altercation.
20              Who was the aggressor in the altercation?
21        A.    It was me.
22        Q.    And after that happened, after that incident
23   on the bus happened, what happened next?
24        A.    Well, I hit him and I think we -- Jaime ended
25   up giving me phone.  It was like it was a robbery or
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1   whatever; he gave me the phone.  I don't know how he
 2   ended up with it, but he gave me the phone.  We went up
 3   to Geneva and Mission and while we were waiting for the
 4   bus, we were arrested.
 5        Q.    Do you remember approximately -- do you
 6   remember exactly what time that was?
 7        A.    No.
 8        Q.    Do you know approximately what time that was?
 9        A.    It was night.  I assume sometime after
10   8 o'clock.
11        Q.    Okay.  And you mentioned the police came?
12        A.    Yes.
13        Q.    All right.  And do you remember how many
14   police officers showed up initially?
15        A.    It was about three or four cars.
16        Q.    Okay.  And what do they do?
17        A.    They arrested us and --
18        Q.    When you say "arrested," what do you mean by
19   that?
20        A.    Handcuffed us.
21        Q.    Okay.  And where did they put you when you
22   were handcuffed?  Do you remember?
23        A.    On the sidewalk.  It was on the sidewalk.
24        Q.    Okay.  And what do you remember happening next
25   when you were handcuffed on the sidewalk?
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.     It's something that I drew out back in 2010,
 2   like where I was seated at and where I saw like a small
 3   lady and cops walking by.
 4        Q.     Okay.  We'll get to all of that.
 5               But first of all, did you write all the words
 6   on this document?
 7        A.     No.
 8        Q.     Did you write some of the words on this
 9   document?
10        A.     Yes.
11        Q.     Who was this prepared with, if anybody?
12        A.     I don't remember his first name.  Something
13   Shea.
14        Q.     Okay.  And you understood he was an attorney?
15        A.     Yes.
16        Q.     Whose attorney?
17        A.     Jamal Trulove's attorney.
18        Q.     Okay.  We'll get to that in a minute.
19               But first of all, if you look at this diagram,
20   can you see on this diagram and then tell us where it is
21   that you believe you came in?
22        A.     Where it says "doors," twice back to the --
23   I had this problem, I think, the last time; make sure we
24   write on it the same way.  So I look at it turned over.
25        Q.     Okay.  So when you're looking at the diagram,
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.    That's where I came in from.
 2        Q.    All right.  In the bottom-right corner where
 3   it says "Benches," that's where you believe you entered
 4   the precinct?
 5        A.    Yes.
 6        Q.    Okay.  And do you recall where you were
 7   placed?
 8        A.    On the benches.
 9              Handcuffed to the benches on the right.
10        Q.    Okay.  Where it says "Benches" on this
11   document?
12        A.    Yeah.
13        Q.    All right.  And do you recall approximately
14   how many hours or minutes you remained on that bench
15   that night?
16        A.    No, I don't.
17              A couple hours, two or three or four.
18        Q.    Okay.  And to your recollection, did you
19   remain handcuffed the whole time you were on these
20   benches?
21        A.    Not the whole time.
22        Q.    All right.  Did there come a point when you
23   signed a written statement?
24        A.    Yes.
25        Q.    Okay.  And can you explain how that came to
```

17

Atkinson-Baker Court Reporters
www.depo.com

1  between.  They took me in there.  I was handcuffed and

2  they let me talk to him for a second.

3          You know, I was like I don't really know

4  what's going until I took the case.  They were like,

5  "You know, we'll let you talk to your friend.  We'll let

6  you talk to your friend."  So they took me over there

7  and I talked to him.  He was like, "Did you take it?

8  They'll let me go if you take it."  So I was like,

9  "I'll take it.  Fuck it."  So I took it.

10     Q.    Okay.  All right.  And so you described what

11  happened with Jaime.  You described about the statement.

12  While you were sitting on that bench, did you observe

13  anything else that night?

14     A.    Yes.

15     Q.    All right.

16     A.    When I was sitting on that bench I saw a

17  plainclothes officer, a Samoan lady, and another white

18  officer lady walk past from this direction of where the

19  arrow is pointing to my right.

20     Q.    Okay.  So you were sitting on the benches

21  and there's an arrow in the middle of the page.

22  That's where you saw them walking from?

23     A.    Yeah.

24     Q.    Okay.  And you mentioned "plainclothes."

25  Do you know whether or not the officer was a

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1    plainclothes officer or detective?

2           MR. KEITH:  Objection.  Lacks foundation.

3           We haven't yet established that he thought he

4    was an officer or why he thought it was an officer.

5           MR. BRUSTIN:  Fair enough.

6    BY MR. BRUSTIN:

7       Q.    You mentioned that you said you saw a

8    plainclothes officer and another female officer.

9    What, if anything, made you believe that the male

10   was an officer?

11      A.    Just kind of like the way he looked.

12   And he was with another cop lady and he was holding

13   a clipboard.  He was asking a Samoan lady stuff.

14   I think -- I don't remember, but I think he had

15   something around his neck like a star or like a badge

16   or identification of some sort.

17      Q.    Do you remember anything else about what he

18   was wearing?

19      A.    Not really, no.

20      Q.    Okay.  And when you observed them, when you

21   observed those three people, were they walking?

22      A.    Yes.

23      Q.    Did they ever stop walking when you saw them?

24      A.    No.

25      Q.    Were they walking quickly?

Oliver Barcenas
October 19, 2016

1    A.    Not like in a rush, but yeah, they were

2  walking at a regular pace.

3    Q.    Okay.  And what did you see and hear as they

4  were walking towards you?

5    A.    I heard the police officer asking -- I wasn't

6  sure of the name at that time, but now I'm pretty sure

7  it was "Jamal Trulove."  At time it could have been

8  Jermaine, Jeremiah, Jerome, Johnny, just something with

9  a "J."  But I recognize the last name.  The last name

10 was "Trulove."

11   Q.    And what did you hear them say?

12         MR. KEITH:  Objection.  Vague.  "Them"?

13         MR. BRUSTIN:  I'm sorry.

14 BY MR. BRUSTIN:

15   Q.    Who was speaking?

16   A.    It was only the detective, the plainclothes

17 officer, the male.

18   Q.    And what did you hear -- best as you recall,

19 what did you hear that officer say?

20   A.    I heard him say, "Are you sure?  Are you sure

21 it wasn't something-Trulove?  Are you sure it wasn't?"

22 And the Samoan lady was saying, "No, I don't know."

23 She was crying.  She was saying, "No, I don't know."

24   Q.    All right.  And what, if anything, was that

25 plainclothes officer as you described him, what if

1    anything was he doing while he was speaking?

2        A.   Well, he was holding a clipboard and he was

3    pointing to something.  I couldn't see what he was

4    pointing to because of the way I was coming, I'm not

5    going to see.  But he was pointing to something and

6    asking her and she was saying, "No, I don't know," and

7    seemed to get a little frustrated.  He was like, holding

8    his head like this.

9            MR. KEITH:  Objection.

10           I'm going to move to strike the portion that

11   "he seemed to be getting frustrated."  That sentence.

12           MR. BRUSTIN:  Fair enough.

13   BY MR. BRUSTIN:

14       Q.   When you answered that question you were

15   putting your -- you put your two fingers on your eyes as

16   you were speaking.

17       A.   Yeah.

18       Q.   Just describe what you saw that officer do.

19       A.   I saw him put his hand to his head and kind of

20   like squeeze his eyes and run his hand down the side of

21   his head to his face.

22       Q.   All right.  Okay.  And during this time did

23   the female officer say anything?

24       A.   No, she didn't speak at all.  I never heard

25   her.

Atkinson-Baker Court Reporters
www.depo.com

1      Q.    Were you ever able to see what was on the

2  clipboard?

3      A.    No.

4      Q.    And where was your focus during that

5  conversation?  What were you focusing on, if anything?

6      A.    Mainly the Samoan lady.

7      Q.    All right.  Now, at that time you saw the

8  Samoan -- when you saw the person you believed to be a

9  Samoan lady walking with those two officers, in your

10  mind did you make any connection to the Sunnydale

11  shooting?

12      A.    Kind of, yeah.  Because I saw that she was

13  Samoan and, you know, Sunnydale's kind of known for

14  black people and Samoans who live there.  And you know,

15  from the way the officer reacted before they left the

16  scene where I got arrested, the cop told me someone got

17  shot.  So yeah, I kind of thought maybe there's some

18  connection, but I didn't know at that moment.

19      Q.    All right.  Other than knowing that Sunnydale

20  was a place where African-Americans and Samoans lived,

21  did you know anything else about it at that point in

22  time in your life?

23      A.    No.

24      Q.    Had you spent much time there?

25      A.    No, I don't.  I never have.

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1      Q.    Do you have any friends there?

2      A.    Not really, no.

3      Q.    Any at all?

4      A.    None that I can remember, no.

5      Q.    Okay.  And what, if anything, was memorable

6    about that conversation?

7      A.    The Trulove thing.

8      Q.    Okay.  Why was that memorable to you?

9      A.    I never heard a name like that.  To this day

10   I've never heard a name like that except for Jamal's

11   last name, Trulove.

12     Q.    Okay.  Now by the way, do you recall whether

13   or not you spoke to Jaime before or after what you saw

14   with those two officers and the Samoan woman?

15     A.    No, I don't remember exactly.

16     Q.    Do you remember where you were taken after you

17   left the precinct that night?

18     A.    Juvenile hall.

19     Q.    Do you remember exactly what the Samoan woman

20   looked like?

21     A.    Not exactly.

22     Q.    Okay.  What, if anything, do you remember

23   about her appearance?

24     A.    She was heavy, a little overweight, heavyset.

25   She was wearing a -- I remember she was wearing a gray

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1    sweater and blue jeans and she had her hair in a bun.

2        Q.    Okay.  Do you remember anything specific about

3    the female officer?

4        A.    Not really, no.  Just that she was shorter, a

5    little short than the Samoan lady and definitely shorter

6    than the detective.

7        Q.    Do you remember anything about the color of

8    her hair?

9        A.    It was maybe blonde or brown, in between.

10       Q.    Okay.  Now, you mentioned -- let me ask you

11   this:  Do you have a clear recollection of the first

12   name that the officer, the plainclothes officer, was

13   using?

14       A.    No.

15       Q.    Okay.  How about the last name?

16       A.    Yes.

17       Q.    Now, when's the next time, to your

18   recollection, when you heard the name "Trulove"?

19       A.    I think the next time I heard that name was

20   when I was incarcerated at San Bruno County Jail.

21       Q.    Okay.  And what was going on at San Bruno that

22   caused you to hear that name again?

23       A.    They used to do programs where we sit in

24   groups and people would read things out of newspapers,

25   and someone was reading something that mentioned his

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1  name.

2      Q.    Which name?

3      A.    "Trulove."

4      Q.    Okay.  And what happened when you heard that

5  name "Trulove"?

6      A.    It kind of jogged something in my memory.

7      Q.    Okay.  Now, when you heard the name "Trulove"

8  at that time, to the best of your recollection, did you

9  make the connection back to being at the precinct?

10     A.    No, I did not.

11     Q.    But something about it stuck in your mind?

12     A.    Yeah.

13     Q.    All right.  Did there come a point in time,

14 Mr. Barcenas, when you actually met Jamal Trulove?

15     A.    Yes.

16     Q.    All right.  And can you describe where you

17 were when you met Jamal Trulove?

18     A.    I was on the 7th floor of 850 Bryant.

19     Q.    7th floor, where?

20     A.    850 Bryant.

21     Q.    And what is that?

22     A.    Jail.

23     Q.    It's a jail?  Okay.

24           And could you describe where you were being

25 housed at that time.

```
 1         A.    In the tank.
 2         Q.    Okay.  And do you recall -- first of all, do
 3   you recall approximately when this was?
 4         A.    No.  I know it was June or July 2010.
 5         Q.    Okay.  And approximately how many people were
 6   in that tank?
 7         A.    Twelve.
 8         Q.    Okay.  Did there come a point in time where
 9   you actually had a conversation with Jamal Trulove?
10         A.    Yes.
11         Q.    All right.  Prior to that time, do you recall
12   how long you and Jamal were together in that tank?
13         A.    I don't know exactly.  Couple of days, maybe.
14   Day or two.  I don't know exactly.
15         Q.    All right.  Did there come a point in time you
16   had a conversation with Jamal?
17         A.    Yes.
18         Q.    Prior to that time, did you know Jamal
19   Trulove?
20         A.    No.
21         Q.    Had you ever heard of Jamal Trulove other than
22   the name in the precinct?
23         A.    No.
24         Q.    Did you know any of Jamal's brothers?
25         A.    No.
```

27

Atkinson-Baker Court Reporters
www.depo.com

```
1       Q.    You ever heard about anybody named
2   David Trulove?  Did you know David Trulove?
3       A.    No.
4       Q.    How about Josh Bradley?
5       A.    No.
6       Q.    Did you know a man named Seu Kuka from the
7   neighborhood of Sunnydale who was killed?
8       A.    No.
9       Q.    Had you ever heard about any of the Truloves
10  through reputation or otherwise?
11      A.    No.
12      Q.    All right.  You mentioned that there did come
13  a point in time when you had a conversation with
14  Jamal Trulove; is that right?
15      A.    Yes.
16      Q.    All right.  What caused you -- withdrawn.
17            Who initiated the conversation?  You or Jamal?
18      A.    I did.
19      Q.    What caused you to initiate a conversation
20  with Mr. Trulove?
21      A.    I saw the tattoo on his neck.
22      Q.    What did you see?
23      A.    "Trulove."
24      Q.    And when you saw that tattoo on his neck, what
25  if anything came to mind?
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1    A.    It kind of jogged everything else back in

2  my memory, a guy called "Trulove," and I asked him,

3  like ...

4    Q.    Well, let's do this.  Fair enough.

5         Why don't you now tell us -- first of all,

6  do you remember exactly what you said to Jamal?

7  What he said to you?

8    A.    No, I don't remember exactly what our

9  conversation entailed, but you know.

10    Q.    Let me ask you then:  Tell us the best you can

11  recall what you remember saying Jamal and what you

12  remember him saying to you during that conversation.

13    A.    Well, I asked him.  I was like, I saw a tattoo

14  on his neck, "Trulove," and I was like, "Hey," it kind

15  of just slipped out.  I usually don't do stuff like

16  that.  I was like, "Hey, are you here for a hot one?"

17    Q.    What is a "hot one"?

18    A.    Well, it's not like prison slang, but just

19  street slang for murder.

20    Q.    Okay.  And when you asked him if he was in for

21  a hot one, what did you observe about his reaction?

22    A.    He was kind of weirded out.  He was like,

23  "Yeah," but he looked at me weird, you know.  It took a

24  second or two to answer.  We hadn't spoken before that

25  time, so it was kind of weird to ask him that out of

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1    nowhere.

2        Q.    By the way, you said you hadn't spoken.

3    Do you recall whether you had spoken about what

4    TV channel to watch or anything like that?

5        A.    The closest I'd say would probably be like I'd

6    ask him, "Can I get the phone next?"  Or you know, "Let

7    me get the shower next."

8        Q.    Nothing you recall?

9        A.    Yeah, nothing I really recall.

10        Q.    Okay.  All right.  So you asked him if he was

11    in for a hot one.  What do you recall, best you can

12    recall, what do you recall him saying or what do you

13    recall you saying after that?

14        A.    I think it was like, I asked him, "Are you

15    here for a hot one?"  And he looked at me weird and he

16    was like, "Yeah."  And I was like, I told him, "I think

17    I was arrested the same night you were arrested."  And

18    he was like -- I think he was like, "Yeah?  When were

19    you arrested?"  And I told him this was back when I was

20    in juvenile, like 2007.

21            And so he was like, he asked me -- I don't

22    remember exactly how it transpired, but he asked me kind

23    of like why I was saying that or how it got to that.

24    And I told him, but I think we were confused about the

25    time frame.

                                                          30

Atkinson-Baker Court Reporters
www.depo.com

```
 1              MR. KEITH:  Objection.
 2              Move to strike about "I think we were
 3    confused."
 4    BY MR. BRUSTIN:
 5       Q.    Just tell me what you remember saying.
 6       A.    Well like I said, I seen the tattoo on his
 7    neck and I asked him, "Are you down for a hot one?"
 8    He responded and was like, "Yeah."  He looked me at me
 9    weird, and he was like, "Why?"
10              I'm sorry.  I'm tired.
11       Q.    You're doing fine.
12       A.    All right.
13       Q.    And what do you remember saying next?  Do you
14    remember -- you talked about there was some confusion
15    about the dates.
16       A.    Yeah, the date of arrest.  Because I was
17    arrested in 2007.  He told me he wasn't arrested until
18    after that.
19       Q.    Okay.  And what, if anything, did you tell
20    Jamal about what happened?
21       A.    And I just told him, like, what I saw in the
22    precinct.  I mean, why I thought he was arrested the
23    same day he was arrested.  I told him I saw a detective
24    walking past with another cop lady and a Samoan girl,
25    and he kind of took it all in.
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1              He took it all in and was like, "Do you mind
 2    talking to my lawyer?"  I don't remember if I asked him
 3    why or what, but I was like, "Yeah."  I think I tried to
 4    talk to him more about it and he didn't want to talk
 5    anymore about it.  He was like, "Talk to my lawyer about
 6    it."
 7         Q.    By the way, based on your experience being
 8    in jail, is that the kind of conversation that you were
 9    comfortable having in jail with people around?
10         A.    No, no.
11         Q.    Okay.  After you spoke to Mr. Trulove in jail
12    about what you saw, what happened next?
13         A.    I think the next day his lawyer came and
14    talked to me.
15         Q.    Okay.  Are you sure it was the next day?
16         A.    I'm pretty sure.  It was fast.  I remember it
17    being really fast.
18         Q.    And do you remember the name of the lawyer who
19    came and saw you?
20         A.    Something Shea.
21         Q.    All right.  So he came to see you at the jail?
22         A.    Yes.
23         Q.    All right.  And did you speak with Mr. Shea?
24         A.    Yes.
25         Q.    Where did you speak with him?
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1          Okay.  Did Mr. Shea ask you if the woman who
2    you saw at Ingleside station was Samoan?
3        A.    No.
4              MR. BRUSTIN:  Objection.  Asked and answered.
5    BY MR. KEITH:
6        Q.    So how did it come up that the woman you saw
7    at Ingleside station was Samoan?
8              MR. BRUSTIN:  Objection.  Vague.  Confusing.
9    BY MR. KEITH:
10       Q.    Did it come up between you and Mr. Shea at any
11   time that the person who you saw at Ingleside station
12   was a Samoan woman?
13             MR. BRUSTIN:  Objection.  Asked and answered.
14   BY MR. KEITH:
15       Q.    How did that come up?
16       A.    I told him everything I saw and heard that
17   night.
18       Q.    So the word "Samoan" came out of your mouth
19   first before it came out of Mr. Shea's mouth?
20             Is that your testimony?
21       A.    Yeah, I don't think it ever came out of his
22   mouth, to be honest.
23       Q.    Okay.
24       A.    Unless when he was asking me -- he might have
25   asked me.  I don't remember exactly what our words were

                                                          51

1  Mr. Trulove ever mention that there was one eyewitness

2  who testified against him?

3      A.    No.

4      Q.    In that conversation with Mr. Trulove in June

5  of 2010 at 850 Bryant, did he ever mention to you

6  anything about what the eyewitness against him said at

7  trial?

8      A.    No.

9      Q.    Okay.  Did Mr. Trulove ever mention to you

10  in this conversation at 850 Bryant in June of 2010 that

11  the eyewitness against him was Samoan?

12      A.    No.

13      Q.    Okay.

14           MR. BRUSTIN:  I'm sorry.

15           Just wait a minute, please.  I'm sorry.

16           MS. BAUMGARTNER:  Are we going off the record?

17           MR. BRUSTIN:  Let's go off the record.

18           I apologize.

19           (Off the record at 11:46 AM.)

20           (On the record at 11:49 AM.)

21  BY MR. KEITH:

22      Q.    Now, when you were having this conversation

23  with Mr. Trulove in county jail in June of 2010, it did

24  come up that the eyewitness that you saw was Samoan,

25  didn't it?

Atkinson-Baker Court Reporters
www.depo.com

1      A.     Yeah, I told him.

2      Q.     And did it come up in the conversation with

3  Mr. Trulove June 2010 at the county jail that the

4  witness picked Mr. Trulove's photo out of a lineup a

5  couple days after the shooting?

6      A.     No.

7      Q.     And you mentioned that Mr. Trulove told you

8  that he wasn't arrested the night of the shooting.

9             Do you recall that testimony?

10     A.     Yes.

11            MR. BRUSTIN:  Objection.

12            Mischaracterizes testimony.

13            MR. KEITH:  I'll ask the questions.

14  BY MR. KEITH:

15     Q.     What did Mr. Trulove tell you about how long

16  between July 2007 -- strike that.

17            What did Mr. Trulove -- how long after --

18  strike that.

19            What did Mr. Trulove tell you about how long

20  after July 2007 he was arrested?

21     A.     I don't really remember.  I just remember that

22  our time frames didn't much match up because I remember

23  telling him, "Oh, I got locked up when you got arrested

24  for your case."  And he asked -- I'm pretty sure he

25  asked, "When did you get locked up?"  And I told him

Oliver Barcenas
October 19, 2016

1    2007.  I think he or me were like, "This doesn't make

2    any sense," and he explained to me he got locked up

3    after that.

4        Q.    Did Mr. Trulove tell you anything about what

5    he was doing in between July of 2007 and when he got

6    arrested?

7        A.    No.

8        Q.    Okay.  Did Mr. Trulove give you any

9    information about the time frame between July 2007

10   and when he finally got arrested?

11       A.    No.

12           MR. BRUSTIN:  Object to the form.

13   BY MR. KEITH:

14       Q.    Did Mr. Trulove tell you anything about why

15   there was -- strike that.

16           Did Mr. Trulove tell you anything about why

17   there was a delay between July 23rd, 2007, and getting

18   arrested?

19           MR. BRUSTIN:  Objection.  Asked and answered.

20           THE WITNESS:  No.

21   BY MR. KEITH:

22       Q.    Now, I want to talk about your arrest on the

23   night of July 23rd, 2007.  You answered some questions

24   about that earlier.  Do you recall that?

25       A.    Yes.

```
1   you saw was crying and upset?
2       A.    Yes.
3       Q.    The plainclothes officer you described was
4   white?
5       A.    Yes, sir.
6       Q.    And you put the age of the plainclothes
7   officer between 30 and 45?
8             MR. BRUSTIN:  Objection.  I'm going to make
9   sure we're clear.
10            Are you asking him what he testified to or
11  what he remembers today?
12            MR. KEITH:  That's fine.
13  BY MR. KEITH:
14      Q.    Was the plainclothes officer between the ages
15  of 30 and 45 --
16            MR. BRUSTIN:  So you're asking --
17            MR. KEITH:  Yes.
18            I'm sorry.
19  BY MR. KEITH:
20      Q.    Was the plainclothes officer between the ages
21  of 30 and 45 in your best estimation?
22      A.    Yeah, around there probably.  He was older.
23      Q.    I'm sorry, when you say "older," what do you
24  mean?
25            MR. BRUSTIN:  He said "a little older."
```

Oliver Barcenas
October 19, 2016

```
 1            MR. KEITH:  No, I don't think he did.
 2   BY MR. KEITH:
 3       Q.    What do you mean when you say "older"?
 4       A.    He was older than me.  Like, he was around
 5   that age, 30, 45.  At that time I was a kid; I was in
 6   teens, you know.  He was 30.
 7       Q.    So 30 to 45 seemed old?
 8       A.    Yeah.
 9            MR. BRUSTIN:  It is.
10   BY MR. BRUSTIN:
11       Q.    And did the plainclothes officer look like he
12   had some gray whiskers on him?
13       A.    Yeah, he looked -- I remember he looked
14   scruffy, but I can't say exactly.  I'm not sure.
15       Q.    I just want to focus on whether he looked
16   unshaven.  Did the plainclothes officer look unshaven to
17   you?
18       A.    Yes.
19       Q.    Okay.  Did it look like he had a couple of
20   days of beard growth?  More than a couple of days of
21   beard growth?
22       A.    I mean, like maybe a couple days.
23            Day or two, three.  I don't know.
24       Q.    Can you tell me anything else about what the
25   male plainclothes officer looked like?
```

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
1        A.    Kind of tall.  He was an average build.
2   I remember something around his neck; I don't know if it
3   was an ID or a badge, but I'm pretty sure he had
4   something around his neck.  He looked like a narc, like
5   a plainclothes detective or whatever you want to call
6   it.  But he looked like he had something to do with law
7   enforcement, is what I thought at the time.
8        Q.    Now I want to talk about the female officer,
9   the uniformed officer.
10       A.    Mm-hmm.
11       Q.    Was she white?
12       A.    Yes.
13       Q.    And as for her hair, I think you testified it
14  was somewhere between blonde and brown.
15             Do you recall that testimony?
16       A.    Yes.
17       Q.    What do you mean by that?
18       A.    Well, I don't know if you seen some people's
19  hairs.  Like if you see Kate's hair, it almost looks
20  like -- it looks brown, but like in the light it might
21  look a little blondish.
22             And there wasn't light out, but I wasn't
23  really paying attention to her like that, you know?
24  I just kind of seen when she walked by, she was there.
25  So it could have been blondish or brown or in between.
```

95

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

1      Q.    So when you talk about it could have been

2    blonde or brown, do you mean it could have been blonde

3    or light brown?

4      A.    Yeah, something like that.

5      Q.    And did female officer have short hair?

6      A.    Pretty sure she did, yeah.  It looked short.

7            She had it pulled back.

8      Q.    When you say "pulled back," what do you mean?

9      A.    Well, not like -- I only remember like the

10   back.  I remember thinking it was short, so I'm pretty

11   sure it was pulled back like this.  I don't really

12   remember if it was like a ponytail or what.

13     Q.    Okay.  So when you said "pulled back like

14   this," you were making a motion to kind of the middle of

15   the back of your head as if someone had a short ponytail

16   in the back of their head.  Is that what you mean?

17     A.    Yeah.  Something like that, yeah.

18     Q.    Okay.  So if their was pulled back, it wasn't

19   long?

20     A.    Yeah, it wasn't long.

21     Q.    And you never heard the female officer say

22   anything?

23     A.    No, she never spoke.

24     Q.    So I want to talk about the time you were on

25   the bench at Ingleside station, okay?

96

Oliver Barcenas
October 19, 2016

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.    Let me put it this way:  Do you make it a
 2   point in prison to try and keep track whether something
 3   might potentially be a threat to you personally?
 4        A.    Yes.
 5              MR. BRUSTIN:  Object to the form.
 6   BY MR. KEITH:
 7        Q.    And in terms of trying to keep track of
 8   possible threats to your own safety, is it valuable to
 9   have people who look out for you?
10              MR. BRUSTIN:  Objection.
11              THE WITNESS:  Yeah, it doesn't really work
12   that way.  You know, like I said, it's different group
13   segments.  We kind of just stay to ourselves; it's
14   really just segregated between us in there, you know.
15   Like, everyone segregates themselves.  It's really
16   racial when you go in there.
17   BY MR. KEITH:
18        Q.    Now, when you're in custody, is it your
19   expectation that if you do something to help somebody
20   out, that they might help you out in the future?
21              MR. BRUSTIN:  Objection.
22              THE WITNESS:  No.  Not really.
23   BY MR. KEITH:
24        Q.    So in the case of Mr. Trulove, you didn't
25   expect that if he had an opportunity help you in the
```

127

Atkinson-Baker Court Reporters
www.depo.com

1  future, he might help you back in 2010?

2     A.    No, no.  He couldn't help me with anything.

3     Q.    Why not?

4     A.    He's not involved with me.  He's black.  Even

5  then, he's a black civilian.  He has nothing to do with

6  any gangs.

7     Q.    So the potential that Mr. Trulove might be

8  able to help you out in the future in some way didn't

9  occur to you in 2010?

10    A.    No.

11          MR. KEITH:  All right.

12          Let's take short break.

13          MR. BRUSTIN:  Okay.

14          (Off the record at 12:47 PM.)

15          (On the record at 12:55 PM.)

16 BY MR. KEITH:

17    Q.    Do you have any understanding of what was the

18 evidence that was used to convict Mr. Trulove?

19    A.    I don't.

20    Q.    Okay.  And I'm going to jump around a bit,

21 so I'll try and orient you.

22    A.    Okay.

23    Q.    I'm going to ask you a couple questions about

24 the night of July 23rd, 24th, 2007.

25          Who transported you to juvenile hall that

Oliver Barcenas
October 19, 2016