# Exhibit 2

## Interview with Latisha Meadows

## January 6, 2018

## *Jamal Trulove v. CCSF, et al.*

**In the Matter Of:**

TRULOVE vs CC of SAN FRANCISCO, et al.

4:16-cv-00050(YGR)

---

# LATISHA MEADOWS

*January 06, 2018*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  CITY AND COUNTY OF SAN FRANCISCO

 3

 4   JAMAL RASHID TRULOVE,

 5           Plaintiff,

 6   vs.                        Case No. 4:16-cv-00050(YGR)

 7   CITY AND COUNTY OF

 8   SAN FRANCISCO, et al.,

 9           Defendants.

10   _____/

11

12

13

14            TRANSCRIPT OF AUDIO RECORDED INTERVIEW

15                       LATISHA MEADOWS

16

17                     January 6, 2018

18

19

20   ANDREW KOLTUNIAK, Investigator

21   KATE LaGRANDE CHATFIELD, Esquire

22   ALEXANDER BRADFIELD REISMAN, Esquire

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR
```



1          MS. CHATFIELD:  Ready to record?

2          MR. KOLTUNIAK:  Let me just double check.

3          Yes, I am recording.  Today is January 5th?

4          MS. CHATFIELD:  6th.

5          MR. KOLTUNIAK:  6th.  It's a Saturday afternoon.

6          I am Investigator Andrew Koltuniak, license -- PI

7   license 25582.  I'm here with counsel Alex Reisman and

8   Kate Chatfield, along with?

9          MS. MEADOWS:  Latisha Meadows.

10          MR. KOLTUNIAK:  Latisha Meadows.  And --

11          MR. REISMAN:  So we started talking.

12          MR. KOLTUNIAK:  We started talking.

13          MR. REISMAN:  For about three minutes.

14          MR. KOLTUNIAK:  Yes.

15          MR. REISMAN:  And then you said something and we

16   said, can we record you.

17          MS. MEADOWS:  Sure.  I give you guys -- yes.  So

18   I give you guys full permission to use this recording in a

19   court of law, being the fact that the person that I'm

20   trying to help was Seu.  Seu was a relative of mine and

21   his brother is married to my little sister.  They share

22   one little daughter together, my niece Toladai (phonetic).

23   Toladai is my brother's daughter, her name is Toladai

24   Nora, and Nora and (unintelligible) and Seu were first

25   cousins.



```
 1           Now, had I been there and seen and witnessed the
 2   whole thing, I wouldn't have lied in court and I wouldn't
 3   have come to court, but I was doing it not
 4   (unintelligible).  I mean, obviously there ain't monetary
 5   gain.  I'm not -- this right now that you're recording, I
 6   want justice to be served.  That's the (inaudible) because
 7   that right there -- they were best friends, and you know
 8   alcohol was involved.  There's emotions.  You know, a lot
 9   of -- it could have been over a woman.  Anything.
10           But I was at work during the time of the
11   shooting.  And the accuracy that I had given police was
12   not right.  Well, it was secondhand accuracy, because I
13   was at work that day and when I got off of work, I had
14   found out about the shooting.
15           And I told Detective McMillan and Detective Mike
16   Johnson, as of in lieu of freeing my husband on a bond, if
17   they would help out.  But I did not receive any monetary,
18   there was no coercion or any reason why I would have lied.
19           And if I could help Jamal Trulove today, I would.
20   I would really probably make him my child's honorary
21   godfather, you know, because he received a life sentence
22   for this murder.
23           And I don't know the circumstances of the murder,
24   I'm not sure, like, you know, what -- what caused it.
25           MS. CHATFIELD:  The police came back to talk with
```



1  you when Jamal was, uh, waiting for it to go on trial?

2          MS. MEADOWS:  Yeah.  I refused to come to court

3  because they had put a subpoena on my front door in the

4  projects where I was living at 205 Blythedale, to come and

5  testify against a man who I knew nothing about, and as a

6  result of that, there was a bloody war.  Someone --

7  someone else was shot and got killed in Oakland, another

8  person got killed and I was just, like, I can't -- I can't

9  be a part of this.  The killing has to stop.

10         MR. REISMAN:  Do you know who was killed?

11         MS. MEADOWS:  I'm not sure.  I think it was one

12  of Jamal's children -- not children -- but one of his

13  brothers that lives in Oakland, the one that -- it was

14  just really sad.

15         MR. KOLTUNIAK:  Killed or just shot?

16         MS. MEADOWS:  Shot, I think.  I think it became a

17  bloody war between two rival gangs, which is really sad.

18         MR. KOLTUNIAK:  And then the night that you

19  talked to the inspectors, your boyfriend, husband, you

20  thought you could get him out on bail or something?

21         MS. MEADOWS:  Well, that was an arrest -- well,

22  no, actually the night that I called, my husband had a --

23  the inspector I talked to was Mike Johnson, the homicide

24  inspector.  And what happened was we were pulled over, my

25  husband, Torio and I, and my mother's service weapon was



 1  in the car, his mother was a retired sheriff's deputy, and
 2  her service weapon was in the car with me, my son and my
 3  father one day, and I wanted a way to coerce myself out of
 4  custody and not lose custody of my son, I then said that I
 5  knew who killed Seu Kuka.  And that's it.
 6          MR. KOLTUNIAK:  Was that the day?
 7          The day after the murder?
 8          MS. MEADOWS:  Now, that I can't recollect, but I
 9  think it was probably --
10          MR. REISMAN:  It was about 10, 11 months, maybe,
11  after the murder?
12          MS. MEADOWS:  Had to have been.
13          MR. REISMAN:  Yeah.
14          MS. MEADOWS:  And it's really sad because that
15  poor kid, you know, is probably sitting on death row
16  waiting to be sentenced, and if somebody that can help
17  him, then I will help him, only because I was not aware of
18  the outcome.  From my understanding, it was a drunken
19  brawl.
20          MS. CHATFIELD:  And investigators came back to
21  talk with you recently?
22          MS. MEADOWS:  Yeah.  While I was in custody.
23          And I told them, I said, while I was in custody
24  at the jailhouse, I told them, I explained to them, I said
25  you know what, that was a mistake, you know?  If I can



 1  help this kid, you know, I wouldn't mind helping him.

 2          MR. KOLTUNIAK:  Which inspectors were they?

 3          MS. MEADOWS:  They were attorneys from -- I

 4  forgot their names, but they were --

 5          MR. REISMAN:  Margaret.  Margaret something.

 6          MS. MEADOWS:  Could have been.

 7          MR. REISMAN:  Renee?

 8          MS. MEADOWS:  I don't exactly remember.

 9          MR. REISMAN:  The name?

10          MS. MEADOWS:  It was, yeah, a male and a female.

11          MR. REISMAN:  Male and a female.

12          MS. MEADOWS:  And then I told them if there's

13  anything, you know -- even with you guys here, if there's

14  anything that I can help them with, I would do it.

15          Because that right there is not fair, you know,

16  and I really didn't -- I didn't go testify against Jamal

17  Trulove because I didn't want any repercussions to fall

18  upon my family, the circumstances or the situations behind

19  who really would have killed him.

20          MR. REISMAN:  You were at work that day?

21          MS. MEADOWS:  I was at work that day when it

22  happened.

23          MR. REISMAN:  Do you remember where you were

24  working?

25          MS. MEADOWS:  Restaurant Depot.



1          MR. REISMAN:  Okay.

2          MS. MEADOWS:  Yeah.  So by the time I got off of

3  work, it was secondhand investigation because the shooting

4  had already stopped.  It had already happened.

5          So basically I was just kind of like, you know,

6  how you like appear and you're like, oh, my God, who got

7  shot?  And then you accurately recall the details, you

8  know, the circumstances, and I was like -- I even narrowed

9  it down to the circumference of the damn block of the

10 streetlight.  So this person went that way and that person

11 went that way, only in lieu of protecting my family,

12 because that's how I -- my son, Little Dale, was only

13 maybe -- oh, my God, his birthday is on the 21st of this

14 month.

15          MR. REISMAN:  He was 7.

16          MS. MEADOWS:  He'll be 16.

17          That's a long time to sit to jail.

18          MR. REISMAN:  (Unintelligible).

19          MS. MEADOWS:  Wow.  I did not realize that.

20          MR. REISMAN:  Could I ask you a question?

21          MS. MEADOWS:  Sure.

22          MR. REISMAN:  You, um, did you sign the

23 declaration?  When they came back like in December to talk

24 to you, did you sign something?

25          MS. MEADOWS:  I think I did.



 1          MR. REISMAN:  Did you read it before you signed

 2  it?

 3          MS. MEADOWS:  Um, just recently, while I was in

 4  custody?

 5          MR. REISMAN:  Yes.

 6          MS. MEADOWS:  I think I did.  They read it to me

 7  and I -- I agreed and I signed it off.  I sure did.

 8          MR. REISMAN:  Because it says that you saw it,

 9  that you were there and you saw it.

10          MS. MEADOWS:  Right, but that's the thing, is I'm

11  giving the police secondhand information because I was

12  trying at the time to get my husband, Torio, off of his

13  150,000-dollar bail for having his mother's service weapon

14  in his possession.

15          MR. REISMAN:  I understand that.

16          I understand what happened back in 2008, but in

17  December of this past year, Christmas --

18          MS. MEADOWS:  Oh, yes, yeah, yeah.

19          Yes, I sure did.

20          MR. REISMAN:  You did.  You signed something that

21  said you were a witness, that you saw it.

22          MS. MEADOWS:  Yes, I did.

23          MR. REISMAN:  But that wasn't true when you

24  signed it?

25          MS. MEADOWS:  Well, that's the thing, is just I



1 have this really bad short-term memory.

2          Really bad short-term memory.

3          MR. REISMAN:  Okay.

4          MS. MEADOWS:  But I'm just -- really just -- I

5 want justice to be served for both families because this

6 -- now that it's been 11 years later, it's not fair that

7 one person has to sit on death row and another family has

8 to go mourning and missing.

9          MR. REISMAN:  What we're interested really is

10 only the truth, Latisha.

11          MS. MEADOWS:  Yes.

12          MR. REISMAN:  That's all that we care about.

13          MS. MEADOWS:  And that's what I'm giving you is

14 the truth.  And I did sign off on with two attorneys -- I

15 forget their names.  They came and visited me and I signed

16 off on it, you know, and I'm ready -- see, the thing about

17 it is was because of me not going to testify, the district

18 attorney at the time was a really asshole, real -- real --

19 very cocky white man.

20          MR. REISMAN:  We know who he is.

21          MR. KOLTUNIAK:  With a shaved head?

22          MS. MEADOWS:  Yes.

23          MR. KOLTUNIAK:  Eric.

24          MS. MEADOWS:  I think so.  I don't know.  But I

25 was, like, how dare you put a fucking subpoena on my home



1  for a murder investigation?  And I have to live here,

2  because my address was 205 Blythedale at the time.

3            MR. REISMAN:  Yes.

4            MS. MEADOWS:  And I was like, oh, no, I'm not

5  coming to fucking court.  What the fuck do I look like,

6  you know?  Like, y'all can kiss my ass.

7            So, and, Detective McMillan, he was fair enough

8  to drive me home the night of the investigation.

9            MR. REISMAN:  So you were not kept in custody?

10            MS. MEADOWS:  No, no, because I had my -- because

11  during the time I (unintelligible) that day, I was with my

12  son, who was seven years old, on a previous charge with

13  Investigator Rayano, Anthony Rayano, who was very fair

14  and, you know, like I said, if I could give him this kid,

15  he got married, I would give him my daughter.  Like, look,

16  here's a kid for you and your wife.  I'm like damn, why

17  can't I put an APB out on who you got married to, Rayano?

18            And he's like, oh, you're not invited to the

19  wedding, and I'm, like, damn.

20            But, you know, he's an honorable -- he was an

21  honorable cop, you know, and sometimes honorable police

22  officers -- just like when he raided my home, he -- they

23  found my husband service, his mother's nine-millimeter

24  service weapon, he was fair enough -- oh, my god, you're

25  going to crack up.  So I had a little puppy named Kratos,



 1  right?  K-R-A-T-O-S, right?  Like the video game, the God
 2  of War, and Kratos -- so Rayano was like banging on the
 3  door, arrest warrant, and I'm like, oh, fucking Christ,
 4  tell me it's the cops.
 5        So my husband had his last little piece of heroin
 6  on the plate, a couple bucks, but, you know, we rarely
 7  stayed at his mother's house because we weren't from
 8  Sunnydale.  So we really -- only at nighttime we would
 9  just go home because my son was seven years old.
10        And during that time, just by the grace of God,
11  it happened to be that morning, me and -- I let my son
12  walk down to his cousin Nicky house to eat breakfast, and
13  then my husband and I sleeping in because, you know, he
14  had a heroin habit and a cocaine habit, and my husband's
15  like, oh, my God, you got to be shitting me.  So I go and
16  I hide the weapon in my son's empty room, which is only
17  the spare bedroom at the time because we're literally
18  living with our parents because my husband doesn't --
19  wasn't from here.
20        MS. CHATFIELD:  When they came, when the
21  attorneys recently came to speak with you in December --
22        MS. MEADOWS:  Uh-huh.
23        MS. CHATFIELD:  -- when you were -- were you
24  served with it here at General Hospital?
25        MS. MEADOWS:  No.



1          MS. CHATFIELD:  Did they come and speak to you

2   once?

3          MS. MEADOWS:  Just once.

4          MS. CHATFIELD:  Just once.

5          MS. MEADOWS:  And I signed off on the paperwork.

6          MR. REISMAN:  At that very time, they had you

7   appear?

8          MS. MEADOWS:  Yes.

9          MS. CHATFIELD:  It was already typed up for you

10  to sign?

11         MS. MEADOWS:  Yes, yes, to sign.  They just asked

12  me, did I recollect anything?  I said, sure, I sure did.

13  I don't recall the exact day it was.  I think it was --

14  since I've been -- since now, today is January --

15         MR. KOLTUNIAK:  6th.

16         MS. MEADOWS:  Yeah, because my son turns 21 -- my

17  son, Little Dale, will be 16 on the 21st of this month.

18  January 21st he'll be 16 years old.  And guess what he

19  have in his mouth?  Gold teeth.

20         MR. KOLTUNIAK:  Little fangs?

21         MS. MEADOWS:  No, no, because he just had a

22  head-on -- he had football.  And as a matter of fact, some

23  other small kids were playing football with each other and

24  just my son suffered a head-on injury where he got --

25  messed up his two front teeth.



```
 1              MR. KOLTUNIAK:  So at least he has a real reason
 2    to have gold teeth.
 3              MS. MEADOWS:  Yeah, right.  He has a job.  He's
 4    like, mom, I'm never going to tell you where I work.  I'm
 5    like, really?  Oh, damn.  Well, maybe if I just happen to
 6    sneak up behind you (unintelligible), you know, he's been
 7    with his grandmother.  That is her baby.  Don't take him
 8    away from her, not just his granny, but --
 9              MS. CHATFIELD:  Back in December when the
10    attorney and a man came to talk with you at 850 --
11              MS. MEADOWS:  Yes.
12              MS. CHATFIELD:  -- when you were there, you told
13    them that you weren't at the scene of the homicide.
14              MS. MEADOWS:  Yeah, yes.
15              MS. CHATFIELD:  You told them?
16              MS. MEADOWS:  I told them.
17              MS. CHATFIELD:  You said you made it up to help
18    Torio?
19              MS. MEADOWS:  Yes, I did, yeah, because at that
20    time my husband was free on a 250,000-dollar bail.
21              MS. CHATFIELD:  So you told them that?
22              MS. MEADOWS:  I told them that.  But I didn't
23    receive any -- I didn't receive any monetary.
24              MR. KOLTUNIAK:  Do you remember if they had a
25    recorder?
```



1          MS. MEADOWS:  Yeah, they did.

2          MR. KOLTUNIAK:  They did?

3          MS. MEADOWS:  It was on the table.

4          MR. KOLTUNIAK:  They did it on the table.

5          MS. MEADOWS:  Yeah, with Detective Mike Johnson.

6          MS. CHATFIELD:  Was this back in December?

7          MS. MEADOWS:  Oh, no, no, no.  This was like

8  during 11 years ago, during the homicide.

9          MS. CHATFIELD:  Yeah, right.  So I wanted to go

10  back --

11          MS. MEADOWS:  That's right.

12          MR. REISMAN:  Eleven years ago you told Mike

13  Johnson that you didn't see it?

14          MS. MEADOWS:  I went on the recorder and said I

15  did see it.

16          MR. KOLTUNIAK:  Because you wanted to help Torio.

17          MS. MEADOWS:  Torio, because he was caught.  We

18  were caught in a -- I was driving an Excursion at the time

19  and just happened to get pulled over by Mike Johnson,

20  because if Torio was to have it -- and my father was in

21  town from Oregon with me and he just happened to be there,

22  me, Little Dale, my father, Roy Meadows and Torio.

23          But like I said, all of this is because it's one

24  cop's glory, another man's fault.

25          MR. REISMAN:  Right.



```
1          MS. CHATFIELD:  Back in December, just a few
2   weeks ago when the attorney and the investigator came to
3   talk with you, you told them that you were working at
4   Restaurant Depot and you didn't see Seu's killing?
5          MS. MEADOWS:  I signed off on it but I didn't
6   think -- that's the truth.  I did not see the killing.
7          I signed off on it, and that's my story.
8          MS. CHATFIELD:  But you told them?
9          MS. MEADOWS:  Yeah, I told them.
10          MS. CHATFIELD:  You told them that you didn't see
11   it?
12          MS. MEADOWS:  Yeah, I told them that I didn't see
13   it.
14          MS. CHATFIELD:  Okay.
15          I just wanted to clarify that.
16          MR. KOLTUNIAK:  Now, was it or was it not
17   recorded?
18          MS. MEADOWS:  I don't think it was recorded
19   because it was a jail house conversation.
20          MR. KOLTUNIAK:  But you signed something?
21          MS. MEADOWS:  I signed something.
22          MR. KOLTUNIAK:  Did they handwrite it and then
23   ask you to sign it?
24          MS. MEADOWS:  Actually, no, it was actually typed
25   and -- I guess, but I did.
```



1           MR. KOLTUNIAK:  You signed it?

2           MS. MEADOWS:  I signed it.

3           I signed the declaration.

4           MR. KOLTUNIAK:  Okay.

5           MS. MEADOWS:  And like I said, you know, I

6   appreciate you guys helping me get this...  It's kind of

7   it's like a good thing to get this off of my chest because

8   there's -- somebody suffered.  You know, it was one

9   family's loss and another family's, you know -- someone

10  else gained monetary.

11          MR. REISMAN:  Yeah, that's what happens.

12          MS. MEADOWS:  And the thing about it is, is it's

13  all due to sloppy cop work.

14          MR. KOLTUNIAK:  Yeah.

15          MS. CHATFIELD:  Did you know -- it sounds like,

16  but you tell me -- did you know Inspector McMillan --

17          MS. MEADOWS:  No.

18          MS. CHATFIELD:  -- when you met him before?

19          MS. MEADOWS:  No.  That's the thing, is I hadn't

20  never met this man or anything like that.

21          MS. CHATFIELD:  You knew Inspector Rayano?

22          MS. MEADOWS:  Yes.

23          MS. CHATFIELD:  Who else did you know, like, that

24  was out there?

25          MS. MEADOWS:  Knoble, maybe.  Because that was



1  the thing, because I was the one that had the weapon

2  tucked in my pants when we got pulled over.

3          MR. REISMAN:  Right.

4          MS. MEADOWS:  And so I'm, like, um, um, I kind of

5  got a weapon, I'm like, and they're like, well, where is

6  it?  And of course, in the midst of everyone, I had to

7  drop the 9 millimeter, and they were, like, wait a minute.

8  We have to get gloves for this, and it was like da, da,

9  da, da.  I have to make light of the conversation because

10  like I said, it was all (unintelligible).  They moved

11  Inspector Rayano to the Tenderloin, and like I said, if I

12  saw him today I'd be like, so, your (unintelligible) wife,

13  huh?  Why didn't you invite me to the wedding?  But like I

14  said, this is, you know -- but that's the truth and this

15  is why I'm here, and I want to justify this for the sake

16  of (unintelligible) Quincy.  Did I tell you what I named

17  my son?  Quincy.

18          MS. CHATFIELD:  Quincy Quell.

19          MS. MEADOWS:  Quell, Q-U-E-L-L, Midnight Wilson.

20  And then I have another child that I'm expecting as well

21  because I was initially diagnosed with quadruplets.

22          MR. KOLTUNIAK:  You were diagnosed with

23  quadruplets?  Wow.

24          MS. MEADOWS:  Yeah.  Guess what?  The other one

25  is still growing, and guess what I named her, Aquafina



1  Quenell (phonetic) Wilson.  Okay, I'm okay, no more
2  babies.  But I'll let this one (unintelligible).
3        MR. REISMAN:  So did you know a woman named
4  Priscilla Lualemaga who lived in the area or was staying
5  in the area by you at the time of the shooting?
6        No?  You never talked to her about anything?
7        She lived next door to Rosa.
8        MS. MEADOWS:  I don't know any of those.  I never
9  talked to any women.  Torio was very protective of us, of
10  me and his family.  So I didn't conversate with them,
11  hardly knew them.
12        MS. CHATFIELD:  You didn't know Neecee, Sharnice?
13        MS. MEADOWS:  No.  I didn't know anyone.
14        MR. REISMAN:  And Rosa?  Rosa?
15        MS. MEADOWS:  No.  No women.
16        But like I said, if this will get justice for
17  Jamal Trulove and put everyone to rest, I would come back
18  to court and I would make sure.  Because he shouldn't have
19  had to sit this long in prison for an accident, you know?
20        MR. REISMAN:  The truth is important.
21        MS. MEADOWS:  It is important, especially after
22  so many years, you know.  I'm pretty sure if I could be
23  the one to go deliver the news to him wherever, prison, I
24  would say, you know, I made a mistake.  I didn't know
25  nothing about you, you know?  I didn't know anything.



1         And, you know, and as a matter of fact I've only

2  seen the kid one time, and guess where?  At Food Co.

3         MS. CHATFIELD:  When was this?

4         MS. MEADOWS:  Prior to this shooting, me and

5  Torio and Little Dale just happened to be in the fucking

6  line one day.

7         MR. KOLTUNIAK:  The one over by San Bruno?

8         MS. MEADOWS:  Yeah.  And I'm just looking, you

9  know how you look at somebody and you finally recognize

10  their profile and then it's this and then it's that and

11  then it's like, wow, and that was the only time.

12         MR. REISMAN:  The only time you ever saw him?

13         MS. MEADOWS:  Only time I ever saw him.

14         And I was like, yeah, right you want me to come

15  to court?  Kiss my ass.

16         Like I said, it's all due to faulty cop work, you

17  know.  If people don't want to accurately take notes and

18  do what they're supposed to, then people suffer, and

19  that's exactly what happened.  Somebody suffered.

20         His family's lost their son, another family's

21  about to lose their son, and I've got nine more months to

22  let this other baby bake in the oven (unintelligible).  So

23  I already have two and then I have Little Dale, and

24  there's one in the oven still.  That's four.

25         MR. REISMAN:  Quad's four.



1        MS. MEADOWS:  That's four.  But no, there's only

2   three because I already had Dale already.  So now I'm

3   like, whoa, Mr. Wilson.

4        MS. CHATFIELD:  When was the first time you told

5   someone that you weren't there at the scene, other than

6   December, when you told --

7        MS. MEADOWS:  Oh, McMillan?

8        MS. CHATFIELD:  You told McMillan that you were

9   not there at the scene?

10       MS. MEADOWS:  After I signed off on the

11  declaration and tried to get my car back, which at the

12  time was a 2010 Excursion, a silver Excursion, but then

13  they wouldn't even let me get my -- because he let me go,

14  let me try to go get my car back, and my driver's license

15  wasn't up-to-date and that's it.

16       MS. CHATFIELD:  And you told him that you didn't

17  see the murder?

18       MS. MEADOWS:  Oh, yeah.

19       MR. REISMAN:  Did you ever tell Mike Johnson?

20       MS. MEADOWS:  Yeah, I did.  Unfortunately, I did.

21       MS. CHATFIELD:  Told him that you didn't see the

22  murder?

23       MS. MEADOWS:  I told him that I just heard about

24  it like, you know, but I mean I was doing my best to get

25  my husband free, get my car and not lose custody of



```
 1   7-year-old Dale at the time.

 2          MR. REISMAN:  Okay.

 3          Do you have anything you want to add?

 4          MS. MEADOWS:  I apologize.

 5          MR. REISMAN:  Okay.

 6          We understand that, and I can certainly...

 7          MS. MEADOWS:  I appreciate you guys coming and,

 8   you know, you bringing your Saturday here.

 9          MR. REISMAN:  Oh, yeah.

10          MS. MEADOWS:  Just to help an innocent man.

11          MR. REISMAN:  Yeah.

12          MS. MEADOWS:  Because it was a mistake.

13          MR. REISMAN:  So I guess we'll sign off.

14          MS. CHATFIELD:  Yeah.

15          MR. REISMAN:  Okay?

16          MR. KOLTUNIAK:  Yeah.

17          MS. CHATFIELD:  Okay, thank you.

18          MR. KOLTUNIAK:  We've been recording this for

19   about 24 minutes and I'm going to turn it off now, unless

20   you have anymore questions for me or did we skip anything?

21          We're good?

22          MS. CHATFIELD:  Great.

23          MR. REISMAN:  Okay, all right.  That's it.

24          (End of recording.)

25
```



```
 1                    C E R T I F I C A T E

 2

 3   STATE OF CALIFORNIA        )
                                )
 4   COUNTY OF NEVADA           )

 5

 6

 7          I, TERRI NESTORE, Certified Shorthand Reporter/

 8   Transcriptionist, do hereby certify that I was authorized

 9   to transcribe the foregoing recorded proceeding, and that

10   the transcript is a true and accurate transcription of my

11   shorthand notes, to the best of my ability, taken while

12   listening to the provided recording.

13

14          I further certify that I am not of counsel or

15   attorney for either or any of the parties to said

16   proceedings, nor in any way interested in the events of

17   this cause, and that I am not related to any of the

18   parties thereto.

19

20   Dated this 9th day of January, 2018.

21

22

23   _____

         TERRI NESTORE, CSR, RPR, CRR

24

25
```



LATISHA MEADOWS
TRULOVE vs CC of SAN FRANCISCO, et al.

January 06, 2018
Index: 10..Chatfield

**1**

10
  5:10
11
  5:10 9:6
  14:8
150,000-
dollar
  8:13
16
  7:16
  12:17,18

**2**

2008
  8:16
2010
  20:12
205
  4:4 10:2
21
  12:16
21st
  7:13
  12:17,18
24
  21:19
250,000-
dollar
  13:20
25582
  2:7

**5**

5th
  2:3

**6**

6th
  2:4,5
  12:15

**7**

7
  7:15
7-year-old
  21:1

**8**

850
  13:10

**9**

9
  17:7

**A**

accident
  18:19
accuracy
  3:11,12
accurately
  7:7 19:17
add
  21:3
address
  10:2
afternoon
  2:5
agreed
  8:7

alcohol
  3:8
Alex
  2:7
Andrew
  2:6
Anthony
  10:13
anymore
  21:20
APB
  10:17
apologize
  21:4
Aquafina
  17:25
area
  18:4,5
arrest
  4:21 11:3
ass
  10:6
  19:15
asshole
  9:18
attorney
  9:18
  13:10
  15:2
attorneys
  6:3 9:14
  11:21
aware
  5:17

**B**

babies
  18:2

baby
  13:7
  19:22
back
  3:25 5:20
  7:23 8:16
  13:9
  14:6,10
  15:1
  18:17
  20:11,14
bad
  9:1,2
bail
  4:20 8:13
  13:20
bake
  19:22
banging
  11:2
basically
  7:5
bedroom
  11:17
birthday
  7:13
block
  7:9
bloody
  4:6,17
Blythedale
  4:4 10:2
bond
  3:16
boyfriend
  4:19
brawl
  5:19
breakfast
  11:12

bringing
  21:8
brother
  2:21
brother's
  2:23
brothers
  4:13
Bruno
  19:7
bucks
  11:6

**C**

called
  4:22
car
  5:1,2
  20:11,14,
  25
care
  9:12
caught
  14:17,18
caused
  3:24
charge
  10:12
Chatfield
  2:1,4,8
  3:25 5:20
  11:20,23
  12:1,4,9
  13:9,12,
  15,17,21
  14:6,9
  15:1,8,
  10,14
  16:15,18,
  21,23



Case 4:16-cv-00050-YGR    Document 296-2    Filed 01/26/18    Page 26 of 31

LATISHA MEADOWS
TRULOVE vs CC of SAN FRANCISCO, et al.                January 06, 2018
                                                      Index: check..finally

17:18
18:12
19:3
20:4,8,
16,21
21:14,17,
22
**check**
2:2
**chest**
16:7
**child**
17:20
**child's**
3:20
**children**
4:12
**Christ**
11:3
**Christmas**
8:17
**circumference**
7:9
**circumstances**
3:23 6:18
7:8
**clarify**
15:15
**cocaine**
11:14
**cocky**
9:19
**coerce**
5:3
**coercion**
3:18
**conversate**
18:10

**conversation**
15:19
17:9
**cop**
10:21
16:13
19:16
**cop's**
14:24
**cops**
11:4
**counsel**
2:7
**couple**
11:6
**court**
2:19 3:2,
3 4:2
10:5
18:18
19:15
**cousin**
11:12
**cousins**
2:25
**crack**
10:25
**custody**
5:4,22,23
8:4 10:9
20:25

_____

**D**

_____

**da**
17:8,9
**Dale**
7:12
12:17
14:22

19:5,23
20:2 21:1
**damn**
7:9
10:16,19
13:5
**dare**
9:25
**daughter**
2:22,23
10:15
**day**
3:13 5:3,
6,7 6:20,
21 10:11
12:13
19:6
**death**
5:15 9:7
**December**
7:23 8:17
11:21
13:9 14:6
15:1 20:6
**declaration**
7:23 16:3
20:11
**deliver**
18:23
**Depot**
6:25 15:4
**deputy**
5:1
**details**
7:7
**Detective**
3:15 10:7
14:5
**diagnosed**
17:21,22

**district**
9:17
**door**
4:3 11:3
18:7
**double**
2:2
**drive**
10:8
**driver's**
20:14
**driving**
14:18
**drop**
17:7
**drunken**
5:18
**due**
16:13
19:16

_____

**E**

_____

**eat**
11:12
**Eleven**
14:12
**emotions**
3:8
**empty**
11:16
**end**
21:24
**Eric**
9:23
**exact**
12:13
**Excursion**
14:18

20:12
**expecting**
17:20
**explained**
5:24

_____

**F**

_____

**fact**
2:19
12:22
19:1
**fair**
6:15 9:6
10:7,13,
24
**fall**
6:17
**families**
9:5
**family**
6:18 7:11
9:7 18:10
**family's**
16:9
19:20
**fangs**
12:20
**father**
5:3
14:20,22
**fault**
14:24
**faulty**
19:16
**female**
6:10,11
**finally**
19:9



LATISHA MEADOWS
TRULOVE vs CC of SAN FRANCISCO, et al.

January 06, 2018
Index: Food..Johnson

Food
    19:2

football
    12:22,23

forget
    9:15

forgot
    6:4

found
    3:14
    10:23

free
    13:20
    20:25

freeing
    3:16

friends
    3:7

front
    4:3 12:25

fuck
    10:5

fucking
    9:25 10:5
    11:3 19:5

full
    2:18

─────────────
        G
─────────────

gain
    3:5

gained
    16:10

game
    11:1

gangs
    4:17

General

11:24

give
    2:17,18
    10:14,15

giving
    8:11 9:13

glory
    14:24

gloves
    17:8

god
    7:6,13
    10:24
    11:1,10,
    15

godfather
    3:21

gold
    12:19
    13:2

good
    16:7
    21:21

grace
    11:10

grandmother
    13:7

granny
    13:8

Great
    21:22

growing
    17:25

guess
    12:18
    15:25
    17:24,25
    19:2
    21:13

guys

2:17,18
6:13 16:6
21:7

─────────────
        H
─────────────

habit
    11:14

handwrite
    15:22

happen
    13:5

happened
    4:24 6:22
    7:4 8:16
    11:11
    14:19,21
    19:5,19

he'll
    7:16
    12:18

head
    9:21

head-on
    12:22,24

heard
    20:23

helping
    6:1 16:6

heroin
    11:5,14

hide
    11:16

home
    9:25
    10:8,22
    11:9

homicide
    4:23
    13:13

14:8

honorable
    10:20,21

honorary
    3:20

Hospital
    11:24

house
    11:7,12
    15:19

husband
    3:16
    4:19,22,
    25 8:12
    10:23
    11:5,13,
    18 13:20
    20:25

husband's
    11:14

─────────────
        I
─────────────

important
    18:20,21

inaudible
    3:6

information
    8:11

initially
    17:21

injury
    12:24

innocent
    21:10

inspector
    4:23,24
    16:16,21
    17:11

inspectors

4:19 6:2

interested
    9:9

investigati
on
    7:3 10:1,
    8

investigato
r
    2:6 10:13
    15:2

investigato
rs
    5:20

invite
    17:13

invited
    10:18

involved
    3:8

─────────────
        J
─────────────

jail
    7:17
    15:19

jailhouse
    5:24

Jamal
    3:19 4:1
    6:16
    18:17

Jamal's
    4:12

January
    2:3
    12:14,18

job
    13:3

Johnson



Case 4:16-cv-00050-YGR    Document 296-2    Filed 01/26/18    Page 28 of 31

LATISHA MEADOWS                                        January 06, 2018
TRULOVE vs CC of SAN FRANCISCO, et al.          Index: justice..monetary

3:16 4:23
14:5,13,
19 20:19

**justice**
3:6 9:5
18:16

**justify**
17:15

_____

**K**
_____

**K-R-A-T-O-S**
11:1

**Kate**
2:8

**kid**
5:15 6:1
10:14,16
19:2

**kids**
12:23

**killed**
4:7,8,10,
15 5:5
6:19

**killing**
4:9 15:4,
6

**kind**
7:5 16:6
17:4

**kiss**
10:6
19:15

**knew**
4:5 5:5
16:21
18:11

**Knoble**
16:25

**Koltuniak**
2:2,5,6,
10,12,14
4:15,18
5:6 6:2
9:21,23
12:15,20
13:1,24
14:2,4,16
15:16,20,
22 16:1,
4,14
17:22
19:7
21:16,18

**Kratos**
10:25
11:2

**Kuka**
5:5

_____

**L**
_____

**Latisha**
2:9,10
9:10

**law**
2:19

**license**
2:6,7
20:14

**lied**
3:2,18

**lieu**
3:16 7:11

**life**
3:21

**light**
17:9

**literally**
11:17

**live**
10:1

**lived**
18:4,7

**lives**
4:13

**living**
4:4 11:18

**long**
7:17
18:19

**lose**
5:4 19:21
20:25

**loss**
16:9

**lost**
19:20

**lot**
3:8

**Lualemaga**
18:4

_____

**M**
_____

**made**
13:17
18:24

**make**
3:20 17:9
18:18

**male**
6:10,11

**man**
4:5 9:19
13:10
16:20
21:10

**man's**
14:24

**Margaret**
6:5

**married**
2:21
10:15,17

**matter**
12:22
19:1

**Mcmillan**
3:15 10:7
16:16
20:7,8

**Meadows**
2:9,10,17
4:2,11,
16,21
5:8,12,
14,22
6:3,6,8,
10,12,21,
25 7:2,
16,19,21,
25 8:3,6,
10,18,22,
25 9:4,
11,13,22,
24 10:4,
10 11:22,
25 12:3,
5,8,11,
16,21
13:3,11,
14,16,19,
22 14:1,
3,5,7,11,
14,17,22
15:5,9,
12,18,21,
24 16:2,
5,12,17,
19,22,25
17:4,19,
24 18:8,
13,15,21
19:4,8,13

**Margaret**
6:5

**married**
2:21
10:15,17

20:1,7,
10,18,20,
23 21:4,
7,10,12

**memory**
9:1,2

**messed**
12:25

**met**
16:18,20

**Midnight**
17:19

**midst**
17:6

**Mike**
3:15 4:23
14:5,12,
19 20:19

**millimeter**
17:7

**mind**
6:1

**mine**
2:20

**minute**
17:7

**minutes**
2:13
21:19

**missing**
9:8

**mistake**
5:25
18:24
21:12

**mom**
13:4

**monetary**
3:4,17
13:23



16:10

**month**
 7:14
 12:17

**months**
 5:10
 19:21

**morning**
 11:11

**mother**
 5:1

**mother's**
 4:25 8:13
 10:23
 11:7

**mourning**
 9:8

**mouth**
 12:19

**moved**
 17:10

**murder**
 3:22,23
 5:7,11
 10:1
 20:17,22

─────────────

**N**

**named**
 10:25
 17:16,25
 18:3

**names**
 6:4 9:15

**narrowed**
 7:8

**Neecee**
 18:12

**news**

18:23

**Nicky**
 11:12

**niece**
 2:22

**night**
 4:18,22
 10:8

**nighttime**
 11:8

**nine-
millimeter**
 10:23

**Nora**
 2:24

**notes**
 19:17

─────────────

**O**

**Oakland**
 4:7,13

**officers**
 10:22

**Oregon**
 14:21

**outcome**
 5:18

**oven**
 19:22,24

─────────────

**P**

**pants**
 17:2

**paperwork**
 12:5

**parents**
 11:18

**part**
 4:9

**past**
 8:17

**people**
 19:17,18

**permission**
 2:18

**person**
 2:19 4:8
 7:10 9:7

**phonetic**
 2:22 18:1

**PI**
 2:6

**piece**
 11:5

**plate**
 11:6

**playing**
 12:23

**police**
 3:11,25
 8:11
 10:21

**poor**
 5:15

**possession**
 8:14

**pretty**
 18:22

**previous**
 10:12

**Prior**
 19:4

**Priscilla**
 18:4

**prison**
 18:19,23

**profile**
 19:10

**projects**
 4:4

**protecting**
 7:11

**protective**
 18:9

**pulled**
 4:24
 14:19
 17:2

**puppy**
 10:25

**put**
 4:3 9:25
 10:17
 18:17

─────────────

**Q**

**Q-U-E-L-L**
 17:19

**Quad's**
 19:25

**quadruplets**
 17:21,23

**Quell**
 17:18,19

**Quenell**
 18:1

**question**
 7:20

**questions**
 21:20

**Quincy**
 17:16,17,
 18

─────────────

**R**

**raided**
 10:22

**rarely**
 11:6

**Rayano**
 10:13,17
 11:2
 16:21
 17:11

**read**
 8:1,6

**ready**
 2:1 9:16

**real**
 9:18 13:1

**realize**
 7:19

**reason**
 3:18 13:1

**recall**
 7:7 12:13

**receive**
 3:17
 13:23

**received**
 3:21

**recently**
 5:21 8:3
 11:21

**recognize**
 19:9

**recollect**
 5:8 12:12

**record**
 2:1,16

**recorded**
 15:17,18



Case 4:16-cv-00050-YGR    Document 296-2    Filed 01/26/18    Page 30 of 31

LATISHA MEADOWS                                    January 06, 2018
TRULOVE vs CC of SAN FRANCISCO, et al.      Index: recorder..talked

recorder
  13:25
  14:14

recording
  2:3,18
  3:5
  21:18,24

refused
  4:2

Reisman
  2:7,11,
  13,15
  4:10
  5:10,13
  6:5,7,9,
  11,20,23
  7:1,15,
  18,20,22
  8:1,5,8,
  15,20,23
  9:3,9,12,
  20  10:3,9
  12:6
  14:12,25
  16:11
  17:3
  18:3,14,
  20  19:12,
  25  20:19
  21:2,5,9,
  11,13,15,
  23

relative
  2:20

remember
  6:8,23
  13:24

Renee
  6:7

repercussio
ns
  6:17

rest

18:17

Restaurant
  6:25  15:4

result
  4:6

retired
  5:1

rival
  4:17

room
  11:16

Rosa
  18:7,14

row
  5:15  9:7

Roy
  14:22

──────────
        S
──────────

sad
  4:14,17
  5:14

sake
  17:15

San
  19:7

Saturday
  2:5  21:8

scene
  13:13
  20:5,9

secondhand
  3:12  7:3
  8:11

sentence
  3:21

sentenced
  5:16

served
  3:6  9:5
  11:24

service
  4:25  5:2
  8:13
  10:23,24

Seu
  2:20,24
  5:5

Seu's
  15:4

share
  2:21

Sharnice
  18:12

shaved
  9:21

sheriff's
  5:1

shitting
  11:15

shooting
  3:11,14
  7:3  18:5
  19:4

short-term
  9:1,2

shot
  4:7,15,16
  7:7

sign
  7:22,24
  9:14
  12:10,11
  15:23
  21:13

signed
  8:1,7,20,
  24  9:15
  12:5

15:5,7,
  20,21
  16:1,2,3
  20:10

silver
  20:12

sister
  2:21

sit
  7:17  9:7
  18:19

sitting
  5:15

situations
  6:18

skip
  21:20

sleeping
  11:13

sloppy
  16:13

small
  12:23

sneak
  13:6

son
  5:2,4
  7:12
  10:12
  11:9,11
  12:16,17,
  24  17:17
  19:20,21

son's
  11:16

sounds
  16:15

spare
  11:17

speak

11:21
  12:1

started
  2:11,12

stayed
  11:7

staying
  18:4

stop
  4:9

stopped
  7:4

story
  15:7

streetlight
  7:10

subpoena
  4:3  9:25

suffer
  19:18

suffered
  12:24
  16:8
  19:19

Sunnydale
  11:8

supposed
  19:18

──────────
        T
──────────

table
  14:3,4

talk
  3:25  5:21
  7:23
  13:10
  15:3

talked
  4:19,23



LATISHA MEADOWS
TRULOVE vs CC of SAN FRANCISCO, et al.

January 06, 2018
Index: talking..years

18:6,9

**talking**
  2:11,12

**teeth**
  12:19,25
  13:2

**Tenderloin**
  17:11

**testify**
  4:5 6:16
  9:17

**thing**
  3:2 8:10,
  25 9:16
  16:7,12,
  19 17:1

**thought**
  4:20

**time**
  3:10 7:2,
  17 8:12
  9:18
  10:2,11
  11:10,17
  12:6
  13:20
  14:18
  18:5
  19:2,11,
  12,13
  20:4,12
  21:1

**today**
  2:3 3:19
  12:14
  17:12

**Toladai**
  2:22,23

**told**
  3:15
  5:23,24
  6:12

13:12,15,
16,21,22
14:12
15:3,8,9,
10,12
20:4,6,8,
16,21,23

**Torio**
  4:25 8:12
  13:18
  14:16,17,
  20,22
  18:9 19:5

**town**
  14:21

**trial**
  4:1

**true**
  8:23

**Trulove**
  3:19 6:17
  18:17

**truth**
  9:10,14
  15:6
  17:14
  18:20

**tucked**
  17:2

**turn**
  21:19

**turns**
  12:16

**typed**
  12:9
  15:24

_____

**U**

_____

**Uh-huh**
  11:22

**understand**
  8:15,16
  21:6

**understandi
ng**
  5:18

**unintelligi
ble**
  2:24 3:4
  7:18
  10:11
  13:6
  17:10,12,
  16 18:2
  19:22

**up-to-date**
  20:15

_____

**V**

_____

**video**
  11:1

**visited**
  9:15

_____

**W**

_____

**wait**
  17:7

**waiting**
  4:1 5:16

**walk**
  11:12

**wanted**
  5:3 14:9,
  16 15:15

**war**
  4:6,17
  11:2

**warrant**
  11:3

**weapon**
  4:25 5:2
  8:13
  10:24
  11:16
  17:1,5

**wedding**
  10:19
  17:13

**weeks**
  15:2

**white**
  9:19

**whoa**
  20:3

**wife**
  10:16
  17:12

**Wilson**
  17:19
  18:1 20:3

**witnessed**
  3:1

**woman**
  3:9 18:3

**women**
  18:9,15

**work**
  3:10,13
  6:20,21
  7:3 13:4
  16:13
  19:16

**working**
  6:24 15:3

**wow**
  7:19
  17:23
  19:11

_____

**Y**

_____

**y'all**
  10:6

**year**
  8:17

**years**
  9:6 10:12
  11:9
  12:18
  14:8,12
  18:22

