# Exhibit 3

Interview with Latisha Meadows

January 8, 2018

*Jamal Trulove v. CCSF, et al.*

# In the Matter Of:

## TRULOVE vs CC of SAN FRANCISCO, et al.

4:16-cv-00050(YGR)

## LATISHA MEADOWS

*January 08, 2018*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               CITY AND COUNTY OF SAN FRANCISCO

 3

 4   JAMAL RASHID TRULOVE,

 5         Plaintiff,

 6   vs.                          Case No. 4:16-cv-00050(YGR)

 7   CITY AND COUNTY OF

 8   SAN FRANCISCO, et al.,

 9         Defendants.

10   _____/

11

12

13

14           TRANSCRIPT OF AUDIO RECORDED INTERVIEW

15                       LATISHA MEADOWS

16

17                      January 8, 2018

18

19   ANDREW KOLTUNIAK, Investigator

20   KATE LaGRANDE CHATFIELD, Esquire

21   ALEXANDER BRADFIELD REISMAN, Esquire

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR
```



```
 1           MR. KOLTUNIAK:  All right.  Today is January 7th.
 2           MS. MEADOWS:  8th.
 3           MR. KOLTUNIAK:  8th.  I keep getting off today.
 4   January 8th, 2018.  I am defense Investigator Andrew
 5   Koltuniak.  I'm here with Latisha Meadows, in custody at
 6   San Francisco County jail.  Present is counsel Alex
 7   Reisman and Kate Chatfield, and it is -- what time is it?
 8           I don't have a watch on me.
 9           It's about noon.  It's about noon.
10           MR. REISMAN:  No, it's not.
11           It's about 2:00 o'clock.
12           MR. KOLTUNIAK:  It's about 2:00 o'clock?  Okay.
13           It's about 2:00 o'clock in the afternoon and we
14   are going to begin this recording.
15           MS. CHATFIELD:  And I just want to clarify that
16   we're actually at San Francisco General Hospital, in the
17   7D/7L ward.
18           MR. KOLTUNIAK:  Yes, the jail facility.
19           MS. CHATFIELD:  Thanks.
20           So Latisha, you said that the officer showed you
21   some pictures of the crime scene of Seu's murder.
22           MS. MEADOWS:  Yes.  I was shown pictures of the
23   crime scene and a couple (unintelligible) suspects.
24           MS. CHATFIELD:  And you said earlier, when we
25   were off tape, you said they pointed out where the shooter
```



1  was, and I think you said, I wouldn't have known where the
2  shooter was standing because I couldn't see it from my
3  apartment.
4           MS. MEADOWS:  Right.
5           MS. CHATFIELD:  So the cops pointed out to you
6  where the shooter was?
7           MS. MEADOWS:  Yes.
8           MS. CHATFIELD:  Do you remember if that was
9  Inspector Johnson or Inspector McMillan?
10          MS. MEADOWS:  I'm not sure.
11          MS. CHATFIELD:  But one of them --
12          MS. MEADOWS:  Yes.
13          MS. CHATFIELD:  -- pointed out to you where the
14 shooter was?
15          MS. MEADOWS:  Yes.
16          MS. CHATFIELD:  And then just we had a follow-up
17 question to clarify that you spoke to Inspector McMillan
18 at 850 Bryant the day after you were released.
19          MS. MEADOWS:  Yeah, yeah.
20          MS. CHATFIELD:  Can you talk about that a little
21 bit?
22          MS. MEADOWS:  Yeah.  I was trying to get my
23 vehicle back, and he signed the vehicle release paperwork
24 for me to get the car back, and that was it.
25          As a matter of fact, he came downstairs with me.



```
 1  I think it was -- yeah, it was Mike Johnson who came
 2  downstairs with me to the vehicle property, and one of
 3  their co-workers, Connie somebody, and she came.  They
 4  tried -- they were -- all really tried to get my vehicle
 5  back to me, which didn't work so because my license wasn't
 6  up-to-date so I couldn't get it back.
 7          MS. CHATFIELD:  And it was at this time that you
 8  told Inspector McMillan, "Listen, I didn't see what
 9  happened"?
10          MS. MEADOWS:  Yeah, yeah, yeah.
11          MS. CHATFIELD:  And also -- just one last
12  thing -- Inspector McMillan was the person that drove you
13  back home --
14          MS. MEADOWS:  Yes.
15          MS. CHATFIELD:  -- after you were released --
16          MS. MEADOWS:  Yes.
17          MS. CHATFIELD:  -- from custody for the gun?
18          MS. MEADOWS:  He did.
19          MS. CHATFIELD:  Drove you to -- and that home at
20  the time was 205 Blythedale?
21          MS. MEADOWS:  Yes.
22          MS. CHATFIELD:  So he saw exactly where you
23  lived?
24          MS. MEADOWS:  Yeah.
25          MS. CHATFIELD:  Do you have follow-ups?
```


800.211.DEPO (3376)
EsquireSolutions.com

```
 1            MR. REISMAN:  No.
 2            MR. KOLTUNIAK:  Anything else about --
 3            MS. CHATFIELD:  No.  I think that was all I
 4   wanted to clarify.
 5            MR. KOLTUNIAK:  No?  Okay.
 6            MR. REISMAN:  Oh, one other question is when they
 7   -- after they talked to you, they showed you on the
 8   picture where the shooter was at the time of the shooting,
 9   did they also show you other aspects of the shooting?
10            MS. MEADOWS:  Kind of, yeah.
11            There was like detailed like demographic, where
12   it kind of like pic -- not pictures of the actual like
13   homicide itself, but like a drawn up diagram with like a
14   360-degree angle of the shooting.
15            MR. KOLTUNIAK:  Okay.  Like an overhead view?
16            MS. MEADOWS:  Kind of like.
17            MR. KOLTUNIAK:  Like where the buildings are and
18   the parking lot?
19            MS. MEADOWS:  Yeah.
20            MS. CHATFIELD:  Something like you get from like
21   Google Maps or --
22            MS. MEADOWS:  Yes, kind of something like that,
23   yeah.  And I mean, this was so many years ago, but it
24   would have been in that form.
25            MS. CHATFIELD:  Sure.
```



```
 1            MR. KOLTUNIAK:  But it was hand drawn?
 2            MS. MEADOWS:  Yeah, I think so.
 3            MR. KOLTUNIAK:  Okay, okay.
 4            MS. CHATFIELD:  Now I'm confused.  Is it
 5   something from Google Maps or overhead?
 6            MS. MEADOWS:  It was just like something that
 7   they had.  It could have been the actual crime scene
 8   pictures, I'm just not quite sure.
 9            MS. CHATFIELD:  Okay.
10            MS. MEADOWS:  Yeah.
11            MS. CHATFIELD:  All right.  And they showed that
12   to you.  And you don't -- do you remember who showed that
13   to you, whether it was Inspector McMillan or Johnson, it
14   was during sometime when you were off tape?
15            MS. MEADOWS:  It was during -- off tape.
16            MS. CHATFIELD:  Okay.
17            MR. REISMAN:  Yeah, it... (inaudible) off tape
18   stuff, yeah, okay.
19            MS. CHATFIELD:  Do you have any sense -- I know
20   it was a long time ago -- but approximately how long you
21   were talking to them off tape?
22            MS. MEADOWS:  No.  I can't remember.
23            I don't remember.
24            MR. KOLTUNIAK:  A long time?  Short time?
25            MS. MEADOWS:  Probably about the same amount of
```



1  time as our conversation that we just had.  Because I was
2  having to explain to them how did I keep the weapon, hid
3  it so well without them knowing that I was carrying.
4          MR. KOLTUNIAK:  Okay.
5          MR. REISMAN:  All right.  (Inaudible).
6          MS. CHATFIELD:  Yeah.
7          Do you -- so that's about 20 minutes?
8          MS. MEADOWS:  Yeah, give or take.
9          MS. CHATFIELD:  Give or take?  Okay.
10         MR. KOLTUNIAK:  You think that's it?
11         MR. REISMAN:  Anything else you want to ask us?
12         MS. MEADOWS:  No, I'm good.
13         MS. CHATFIELD:  Okay.
14         MR. REISMAN:  Thank you so much.
15         MS. MEADOWS:  Thanks.
16         MR. KOLTUNIAK:  All right.
17         It's six minutes -- six minutes, 27 seconds into
18 this interview, and I'm going to conclude it.
19         (End of recording.)
20
21
22
23
24
25



```
 1                     C E R T I F I C A T E

 2

 3   STATE OF CALIFORNIA    )
                            )
 4   COUNTY OF NEVADA       )

 5

 6

 7        I, TERRI NESTORE, Certified Shorthand Reporter/

 8   Transcriptionist, do hereby certify that I was authorized

 9   to transcribe the foregoing recorded proceeding, and that

10   the transcript is a true and accurate transcription of my

11   shorthand notes, to the best of my ability, taken while

12   listening to the provided recording.

13

14        I further certify that I am not of counsel or

15   attorney for either or any of the parties to said

16   proceedings, nor in any way interested in the events of

17   this cause, and that I am not related to any of the

18   parties thereto.

19

20   Dated this 9th day of January, 2018.

21

22
                             
23                        _____

                          TERRI NESTORE, CSR, RPR, CRR
24

25
```

Case 4:16-cv-00050-YGR   Document 296-3   Filed 01/26/18   Page 11 of 13

LATISHA MEADOWS
TRULOVE vs CC of SAN FRANCISCO, et al.
January 08, 2018
Index: 20..Inspector

**2**

20
 7:7
2018
 2:4
205
 4:20
27
 7:17
2:00
 2:11,12,13

**3**

360-degree
 5:14

**7**

7D/7L
 2:17
7th
 2:1

**8**

850
 3:18
8th
 2:2,3,4

**A**

actual
 5:12 6:7
afternoon
 2:13
Alex
 2:6
amount
 6:25
Andrew
 2:4
angle
 5:14
apartment
 3:3
approximately
 6:20
aspects
 5:9

**B**

back
 3:23,24
 4:5,6,13
begin
 2:14
bit
 3:21
Blythedale
 4:20
Bryant
 3:18
buildings
 5:17

**C**

car
 3:24
carrying
 7:3
Chatfield
 2:7,15,19,24
 3:5,8,11,13,16,20
 4:7,11,15,17,19,22,25
 5:3,20,25
 6:4,9,11,16,19
 7:6,9,13
clarify
 2:15 3:17
 5:4
co-workers
 4:3
conclude
 7:18
confused
 6:4
Connie
 4:3
conversation
 7:1
cops
 3:5
counsel
 2:6
County
 2:6
couple
 2:23
crime
 2:21,23
 6:7
custody
 2:5 4:17

**D**

day
 3:18
defense
 2:4
demographic
 5:11
detailed
 5:11
diagram
 5:13
downstairs
 3:25 4:2
drawn
 5:13 6:1
drove
 4:12,19

**E**

earlier
 2:24
end
 7:19
explain
 7:2

**F**

facility
 2:18
fact
 3:25
follow-up
 3:16
follow-ups
 4:25
form
 5:24
Francisco
 2:6,16

**G**

General
 2:16
give
 7:8,9
good
 7:12
Google
 5:21 6:5
gun
 4:17

**H**

hand
 6:1
happened
 4:9
hid
 7:2
home
 4:13,19
homicide
 5:13
Hospital
 2:16

**I**

inaudible
 6:17 7:5
Inspector
 3:9,17



4:8,12
6:13
**interview**
7:18
**Investigator**
2:4

**J**

**jail**
2:6,18
**January**
2:1,4
**Johnson**
3:9  4:1
6:13

**K**

**Kate**
2:7
**kind**
5:10,12,
16,22
**knowing**
7:3
**Koltuniak**
2:1,3,5,
12,18
5:2,5,15,
17  6:1,3,
24  7:4,
10,16

**L**

**Latisha**
2:5,20
**license**

4:5
**Listen**
4:8
**lived**
4:23
**long**
6:20,24
**lot**
5:18

**M**

**Maps**
5:21  6:5
**matter**
3:25
**Mcmillan**
3:9,17
4:8,12
6:13
**Meadows**
2:2,5,22
3:4,7,10,
12,15,19,
22  4:10,
14,16,18,
21,24
5:10,16,
19,22
6:2,6,10,
15,22,25
7:8,12,15
**Mike**
4:1
**minutes**
7:7,17
**murder**
2:21

**N**

**noon**
2:9

**O**

**officer**
2:20
**overhead**
5:15  6:5

**P**

**paperwork**
3:23
**parking**
5:18
**person**
4:12
**pic**
5:12
**picture**
5:8
**pictures**
2:21,22
5:12  6:8
**pointed**
2:25  3:5,
13
**Present**
2:6
**property**
4:2

**Q**

**question**
3:17  5:6

**R**

**recording**
2:14  7:19
**Reisman**
2:7,10
5:1,6
6:17  7:5,
11,14
**release**
3:23
**released**
3:18  4:15
**remember**
3:8  6:12,
22,23

**S**

**San**
2:6,16
**scene**
2:21,23
6:7
**seconds**
7:17
**sense**
6:19
**Seu's**
2:21
**shooter**
2:25  3:2,
6,14  5:8
**shooting**
5:8,9,14
**Short**
6:24
**show**
5:9

**showed**
2:20  5:7
6:11,12
**shown**
2:22
**signed**
3:23
**spoke**
3:17
**standing**
3:2
**stuff**
6:18
**suspects**
2:23

**T**

**talk**
3:20
**talked**
5:7
**talking**
6:21
**tape**
2:25
6:14,15,
17,21
**thing**
4:12
**time**
2:7  4:7,
20  5:8
6:20,24
7:1
**today**
2:1,3
**told**
4:8



Case 4:16-cv-00050-YGR   Document 296-3   Filed 01/26/18   Page 13 of 13

LATISHA MEADOWS                                    January 08, 2018
TRULOVE vs CC of SAN FRANCISCO, et al.    Index: unintelligible..years

### U

**unintelligible**  2:23
**up-to-date**  4:6

### V

**vehicle**  3:23  4:2, 4
**view**  5:15

### W

**wanted**  5:4
**ward**  2:17
**watch**  2:8
**weapon**  7:2
**work**  4:5

### Y

**years**  5:23

