# Exhibit 4

Deposition of Malo Kuka

July 18, 2017

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

# Deposition of Malo Kuka (FILED UNDER SEAL)