# Exhibit 6

Deposition of Michael Johnson

April 4, 2017

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

# Deposition of Michael Johnson
# (FILED UNDER SEAL)