# Exhibit 7

Deposition of Maureen D'Amico

October 13, 2016

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

# Deposition of Maureen D'Amico
# (FILED UNDER SEAL)