# Exhibit 9

Deposition of Joshua Bradley

January 12, 2017

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

# Deposition of Joshua Bradley (FILED UNDER SEAL)