# Exhibit 10

Deposition of David Trulove

January 27, 2017

(Excerpts of Testimony)

*Jamal Trulove v. CCSF, et al.*

# Deposition of David Trulove
# (FILED UNDER SEAL)