Nick J. Brustin, NY Bar No. 2844405
  Email:  nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email:  anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email: meghna@nsbcivilrights.com
NEUFELD SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081

Kate Chatfield, State Bar No. 245403
Email:  klchatfield@usfca.edu
  Telephone No.: 415-422-4385
Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE


DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3853 [Rosenblit]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfcityatty.org
E-Mail:        renee.rosenblit@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org


Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>Defendants. | Case No.  16-cv-00050-YGR<br><br>**JOINT DESIGNATIONS OF AUDIO AND VIDEO** |

| PLAINTIFF'S AUDIO/VIDEO DESIGNATIONS ||||
|---|---|---|---|
| Ex No. | Form of Excerpt | Designation in Dispute | Legal Objection |
| 7 | Audio | Recording of interview of witness in Seu Kuka homicide Priscilla Lualemaga morning of 7/24/2007 CCSF_TRULOVE_ SFPD2940 | |
| 84 | Audio | Recording of interview of witness in Seu Kuka homicide Priscilla Lualemaga morning of 7/25/2007 CCSF_TRULOVE_ SFPD2941 | |
| | *Audio | Interview with Latisha Dickerson, Johnson, McMillan, 6/16/2008 CCSF_TRULOVE_ SFPD2939 | |
| | *Audio | Calls between Brousard and D'Amico and Malo Kuka CCSF_TRULOVE_ 002944 | |
| | *Audio | Latisha first interview with Hagen and McMillan, 6/16/2008 | Hearsay, 401, 403, inaudible |
| | *Audio | Latisha interview 1/6/2018 (only want for impeachment) | Hearsay, unsworn testimony which was not subject to cross-examination; |

|  |  |  | competency concerns |
|---|---|---|---|
|  | *Audio | Latisha interview 1/8/2018 (only want for impeachment) | Hearsay, unsworn testimony which was not subject to cross-examination; competency concerns |

| DEFENDANTS AUDIO/VIDEO DESIGNATIONS ||||
|---|---|---|---|
| 1334 | Audio (and transcript) | CAD 2249-2305 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1335 | Audio (and transcript) | CAD 0010 dp11 phone | Hearsay; 401, 402, 403 (portions) |
| 1336 | Audio (and transcript) | CAD 0016 to 0027 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1337 | Audio (and transcript) | CAD 0102 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1338 | Audio (and transcript) | CAD 2318 dp06 | Hearsay; 401, 402, 403 (portions) |
| 1339 | Audio (and transcript) | CAD 2328 dp06 | Hearsay; 401, 402, 403 (portions) |
| 1340 | Audio (and transcript) | CAD 2330 to 2332 dp06 | Hearsay; 401, 402, 403 (portions) |
| 1341 | Audio (and transcript) | CAD 911 Call 2250 ct16 | Hearsay; 401, 402, 403 (portions) |
| 1342 | Audio (and transcript) | CAD Call 2307-2332 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1343 | Audio (and transcript) | CAD Call 2333-2339 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1344 | Audio (and transcript) | CAD 0032 to 0037 dp11 | Hearsay; 401, 402, 403 (portions) |
| 1345 | Audio (and transcript) | CAD 2334 dp06 | Hearsay; 401, 402, 403 (portions) |
| 1346 | Audio (and transcript) | CAD 911 Call 2248 ct01 | Hearsay; 401, 402, 403 (portions) |
| 83 | Audio (and transcript) | Priscilla Lualemaga interview on 7/24/07 |  |
| 84 | Audio (and transcript) | Priscilla Lualemaga interview on 7/25/07 |  |

| | | | |
|---|---|---|---|
| 1486 | Audio (and transcript) | Malo Kuka phone call on 7/25/07 | |
| 205 | Audio (and transcript) | Joshua Bradley interview on 8/9/07 | Hearsay, 401, 402, 403, Pl. MIL #5 |
| 1487 | Video and audio (and transcript) | David Trulove interview on 8/9/07 | Hearsay, 401, 402, 403, Pl. MIL #5 |
| 1488 | Video | Surveillance video at Hall of Justice on 8/10/07 | Hearsay, 401, 402, 403, Pl. MIL #5 |
| 346 | Audio (and transcript) | Latisha Meadows-Dickerson interview on 6/16/08 | |
| 197 | Audio (and transcript) | Jeremy Grady interview on May 26, xxxx (if he testifies) | Hearsay, 401, 402, 403 |
| 198 | Audio (and transcript) | Jeremy Grady interview on 7/20/09 (if he testifies) | Hearsay, 401, 402, 403 |
| | Video deposition | Excerpts from Jamal Trulove deposition on 10/20/16 | |
| | Video deposition | Excerpts from Joshua Bradley deposition on 1/12/17 | |
| | Video deposition | Excerpts from David Trulove deposition on 1/27/17 | |
| | Video deposition | Excerpts from Latisha Meadows deposition on 1/29/18 | |

Dated: February 8, 2018          Respectfully Submitted,

By: /s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
NY Bar No. 4412011 (pro hac vice)
*One of Plaintiff Jamal Trulove's Attorneys*

Dated:  February 8, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
RENÉE E. ROSENBLIT
KELLY COLLINS
Deputy City Attorneys

By: /s/ Margaret W. Baumgartner
MARGARET W. BAUMGARTNER

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS, MICHAEL JOHNSON, CARLA LEE, ROBERT MCMILLAN and RONAN SHOULDICE
Attorneys for Defendants