Nick J. Brustin, NY Bar No. 2844405
  Email:  nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email:  anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email: meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081

Kate Chatfield, State Bar No. 245403
  Email:  klchatfield@usfca.edu
  Telephone No.: 415-422-4385
Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE, | Case No. 16-cv-00050-YGR |
| Plaintiff, | TESTIMONY DESIGNATIONS AND OBJECTIONS |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, ET AL., | Trial Date:            March 12, 2018 |
| Defendants. | |

### TESTIMONY DESIGNATIONS FOR PRISCILLA LUALEMAGA

**Deposition Volume 1**

| No. | Party | Designation | Objections | Counter Designation |
|-----|-------|-------------|------------|---------------------|
|  | Plaintiff | 7:23–8:4 |  |  |
|  | Plaintiff | 13:22–14:6 |  |  |
|  | Plaintiff | 19:6–9 |  |  |
|  | Plaintiff | 22:1–6 |  |  |
|  | Plaintiff | 24:7–11 |  |  |
|  | Plaintiff | 26:21–27:20 |  |  |
|  | Plaintiff | 28:17–29:10 |  |  |
|  | Plaintiff | 30:8–17 |  |  |
|  | Plaintiff | 33:19–34:4 |  |  |
|  | Plaintiff | 35:1–3 |  |  |
|  | Plaintiff | 36:2–4 |  |  |
|  | Plaintiff | 36:13–16 |  |  |
|  | Plaintiff | 37:5–14 |  |  |
|  | Plaintiff | 37:23–38:11 |  |  |
|  | Plaintiff | 43:4–20 |  |  |
|  | Plaintiff | 50:12–51:10 |  |  |
|  | Plaintiff | 51:23–52:5 |  |  |
|  | Plaintiff | 52:14–16 |  |  |
|  | Plaintiff | 52:20–25 |  |  |
|  | Plaintiff | 54:2–8 |  |  |
|  | Plaintiff | 55:7–9 |  |  |
|  | Plaintiff | 58:1–9 |  |  |
|  | Plaintiff | 60:2–3 |  |  |
|  | Plaintiff | 63:24–64:19 |  |  |
|  | Plaintiff | 68:6–17 |  |  |
|  | Plaintiff | 69:8–14 |  |  |
|  | Plaintiff | 72:20–73:6 |  |  |
|  | Plaintiff | 76:11–16 |  |  |
|  | Plaintiff | 80:7–19 |  |  |
|  | Plaintiff | 81:19–82:15 |  |  |
|  | Plaintiff | 88:9–14 |  |  |
|  | Plaintiff | 92:22–93:5 |  |  |
|  | Plaintiff | 95:6–17 |  |  |
|  | Plaintiff | 105:12–15 |  |  |
|  | Plaintiff | 110:5–10 |  |  |
|  | Plaintiff | 115:8–11 |  |  |
|  | Plaintiff | 123:21–24 |  |  |
|  | Plaintiff | 129:19–30:9 |  | 129:15-18 |
|  | Plaintiff | 139:13–23 |  |  |
| 1 | Plaintiff | 142:6–43:8 | 143:3-8 |  |

| | | | Asked and answered, argumentative | |
|---|---|---|---|---|
| | Plaintiff | 143:12–44:1 | | |
| | Plaintiff | 144:12–25 | | |
| | Plaintiff | 146:3–7 | | |
| | Plaintiff | 147:3–6 | | |
| | Plaintiff | 148:1–13 | | |
| | Plaintiff | 154:8–13 | | |
| | Plaintiff | 156:11–20 | | |
| | Plaintiff | 158:2–6 | | |
| | Plaintiff | 161:17–22 | | |
| | Plaintiff | 164:15–23 | | |
| | Plaintiff | 166:10–67:3 | | |
| | Plaintiff | 167:14–23 | | |
| | Plaintiff | 168:11–69:2 | | |
| 2 | Plaintiff | 169:9-20 | 169:9-14 Misstates testimony | |
| | Plaintiff | 176:1–7 | | |
| 3 | Plaintiff | 181:19–82:25 | 181:19–82:10 Hearsay, argumentative, overbroad, vague | |
| 4 | Plaintiff | 181:19–82:25 | 182:12-18 Hearsay, argumentative, overbroad, vague | |
| 5 | Plaintiff | 181:19–82:25 | 182:19-25 Hearsay | |
| 6 | Plaintiff | 184:10–24 | Hearsay, overbroad, vague, argumentative | |
| 7 | Plaintiff | 188:22–89:1 | Hearsay, asked and answered, argumentative | |
| | Plaintiff | 202:22–25 | | |
| | Plaintiff | 217:1–6 | | |
| | Plaintiff | 222:17–23:2 | | |
| | Plaintiff | 223:6–17 | | |
| | Plaintiff | 227:17–28:3 | | |
| | Plaintiff | 230:20–25 | | |
| | Plaintiff | 232:1–18 | | |
| | Plaintiff | 233:10–34:4 | | |
| | Plaintiff | 234:17–35:10 | | |
| | Plaintiff | 236:9–16 | | |
| | Plaintiff | 236:24–37:13 | | |
| | Plaintiff | 243:14–45:7 | | |
| | Plaintiff | 245:11–21 | | |
| 8 | Plaintiff | 246:21–48:20 | 248:12-20 Hearsay | |
| 9 | Plaintiff | 250:5–15 | Hearsay, asked and answered, vague | |

| 10 | Plaintiff | 251:2–52:6 | 251:10-14<br>Hearsay, asked and answered, argumentative | |
| 11 | Plaintiff | 251:2–52:6 | 251:24-252:6<br>Hearsay, asked and answered, argumentative | 252:7-10 |
| 12 | Plaintiff | 255:21–56:6 | Hearsay, argumentative, asked and answered | |
| | Plaintiff | 256:16–23 | | |
| | Plaintiff | 258:16–24 | | |
| 13 | Plaintiff | 260:23–63:7 | 263:4-7<br>Attorney question/colloquy. Calls for hearsay, speculation | |
| 14 | Plaintiff | 263:14–21 | Asked and answered, calls for speculation | |
| 15 | Plaintiff | 264:2–16 | 264:6–9<br>Hearsay, overbroad, vague, argumentative | |
| 16 | Plaintiff | 267:19–68:15 | 268:10-15<br>Argumentative, mischaracterizes testimony | |
| | Plaintiff | 269:24–70:12 | | |
| | Plaintiff | 271:3–8 | | |
| | Plaintiff | 271:21–23 | | |
| 17 | Plaintiff | 272:14–25 | 272:18-20, 24-25<br>Hearsay | |
| 18 | Plaintiff | 274:24–75:6 | Withdrawn, hearsay | |
| | Plaintiff | 283:7–18 | | |
| | Plaintiff | 284:15–85:2 | | |
| | Plaintiff | 285:19–23 | | |
| 19 | Plaintiff | 286:5–10 | Hearsay, vague | 285:24-286:2 |
| | Plaintiff | 288:13–89:15 | | |
| 20 | Plaintiff | 305:13–8:9 | 305:23-306:19<br>Hearsay, mischaracterizes testimony, assumes facts not in evidence, compound. | |
| 21 | Plaintiff | 305:13–8:9 | 307:6-20<br>Hearsay, compound, vague, assumes facts not in evidence | |
| 22 | Plaintiff | 305:13–8:9 | 307:21-308:9<br>Withdrawn. Mischaracterizes testimony, calls for speculation | |

| | | | | |
|---|---|---|---|---|
| | Plaintiff | 314:13–20 | No Objection | |
| 23 | Plaintiff | 315:4–24 | 315:4-17<br>Vague | |
| 24 | Plaintiff | 315:4–24 | 315:18-24<br>Vague, calls for<br>speculation | |
| | Plaintiff | 316:14–20 | | |
| 25 | Plaintiff | 317:5–21 | 317:6-11<br>Vague, argumentative | |
| 26 | Plaintiff | 318:20–19:14 | 319:1-14<br>Withdrawn, assumes facts<br>not in evidence, vague | |
| 27 | Plaintiff | 321:15–24 | Argumentative, calls for<br>speculation, incomplete<br>hypothetical | |
| | Plaintiff | 323:1–9 | | |
| 28 | Plaintiff | 324:18–25:5 | 324:18-19<br>Attorney colloquy | |
| 29 | Plaintiff | 324:18–25:5 | 324:20-23<br>Misstates testimony | |
| 30 | Plaintiff | 324:18–25:5 | 325:2-5<br>Misstates testimony | |
| 31 | Plaintiff | 325:17–25 | 325:21-25<br>Argumentative, vague | 325:8-10 |
| 32 | Plaintiff | 326:11–22 | Argumentative, assumes<br>facts not in evidence, may<br>misstate testimony | |
| 33 | Plaintiff | 328:10–29:5 | 328:18-329:5<br>Asked and answered,<br>argumentative, vague | |
| | Plaintiff | 329:19–30:1 | | |
| | Plaintiff | 330:11–20 | | |
| | Plaintiff | 332:24–33:11 | | |
| | Defendants | 4:3-4 | | |
| | | 9:13-15 | | |
| | Defendants | 9:23-10:15 | 10:11–15 | 174:8–25 |
| | Defendants | 13:9-14 | | |
| | Defendants | 13:20-21 | | |
| | Defendants | 14:7-21 | | |
| | Defendants | 17:5-7 | | |
| | Defendants | 17:11-15 | | |
| | Defendants | 19:6- 20:13 | | |
| | Defendants | 20:16-18 | | |
| | Defendants | 22:7-10 | | 22:1–6 |
| | Defendants | 22:19- 23:21 | 23:5–9<br>Speculation, FRE 401, 403 | |

| | Defendants | 24:1-3 | | |
|---|---|---|---|---|
| | Defendants | 24:7-20 | | |
| | Defendants | 25:7-13 | | |
| | Defendants | 25:24- 27:21 | | |
| | Defendants | 27:24- 28:12 | | |
| | Defendants | 28:17- 29:3 | | |
| | Defendants | 29:6-10 | | |
| | Defendants | 30:2 | | |
| | Defendants | 30:3-5 | | |
| | Defendants | 30:8- 31:5 | | 30:7 |
| | Defendants | 31:11-15 | | 31:8–9 31:16–18 |
| | Defendants | 31:19- 32:6 | | |
| | Defendants | 32:16-24 | | |
| | Defendants | 33:4-6 | | |
| | Defendants | 33:19- 34:4 | | 34:5–7 |
| | Defendants | 34:8-12 | | |
| | Defendants | 34:21- 35:9 | | |
| | Defendants | 35:16- 36:18 | | |
| | Defendants | 36:24- 37:20 | | |
| | Defendants | 37:23- 38:13 | | |
| | Defendants | 38:18-21 | | |
| | Defendants | 39:17-20 | | |
| | Defendants | 39:23-24 | | |
| | Defendants | 40:2-9 | | |
| | Defendants | 40:15-19 | | |
| | Defendants | 41:3- 42:5 | | |
| | Defendants | 42:16-23 | | |
| | Defendants | 43:3-15 | | |
| | Defendants | 43:18-20 | | |
| | Defendants | 44:19-20 | | |
| | Defendants | 44:25- 45:9 | | |
| | Defendants | 46:1-11 | | 45:17–25 |
| | Defendants | 46:17-20 | | |
| | Defendants | 46:22-23 | | |
| | Defendants | 46:24- 47:11 | | 47:20–24 |
| | Defendants | 48:2- 51:10 | | |
| | Defendants | 51:18- 54:8 | | |
| | Defendants | 54:17-24 | | |
| | Defendants | 55:10- 56:6 | | |
| | Defendants | 56:16- 57:7 | | 56:14–15 57:14–21 |
| | Defendants | 59:15-19 | | |

| | | | | |
|---|---|---|---|---|
| | Defendants | 59:24- 60:1 | | 60:2–3 |
| | Defendants | 60:13-14 | | |
| | Defendants | 60:16 | | |
| | Defendants | 61:14- 62:4 | 61:24–62:4<br>Hearsay, FRE 404, 403 | |
| | Defendants | 63:18- 64:17 | | 64:18–19 |
| | Defendants | 64:20- 65:1 | | |
| | Defendants | 65:7-11 | | |
| | Defendants | 65:18-22 | | |
| | Defendants | 66:1-4 | | |
| | Defendants | 66:19- 67:2 | | |
| | Defendants | 67:3 | | |
| | Defendants | 67:19- 70:20 | | |
| | Defendants | 70:24- 71:1 | | |
| | Defendants | 71:5-6 | | |
| | Defendants | 71:10-16 | | |
| | Defendants | 71:21- 73:18 | | |
| | Defendants | 73:20- 74:3 | | |
| | Defendants | 74:6-24 | | |
| | Defendants | 75:2-15 | | |
| | Defendants | 75:20- 76:20 | | |
| | Defendants | 77:10-14 | | |
| | Defendants | 77:18-19 | | |
| | Defendants | 77:21- 78:4 | | |
| | Defendants | 78:6-9 | | |
| | Defendants | 78:14-23 | | |
| | Defendants | 78:25- 82:19 | Leading | |
| | Defendants | 82:22- 83:2 | | |
| | Defendants | 83:4 | | |
| | Defendants | 83:15-19 | | |
| | Defendants | 83:22 | | |
| | Defendants | 83:23-25 | | |
| | Defendants | 84:1-3 | | |
| | Defendants | 84:5-19 | | |
| | Defendants | 85:9-11 | | |
| | Defendants | 85:22- 86:10 | | |
| | Defendants | 86:16-18 | | |
| | Defendants | 86:20-22 | | |
| | Defendants | 86:24- 87:5 | | |
| | Defendants | 87:8-11 | | |
| | Defendants | 87:14 | | |
| | Defendants | 87:20- 88:14 | | |
| | Defendants | 89:1- 90:9 | | |
| | Defendants | 90:10- 92:17 | | |
| | Defendants | 92:22-24 | | |
| | Defendants | 93:1-12 | | |
| | Defendants | 93:13-15 | | |

| | Defendants | 94:10-15 | | |
|---|---|---|---|---|
| | Defendants | 94:18 | | |
| | Defendants | 94:20 | | |
| | Defendants | 94:21- 95:3 | 94:21–25<br>Question isn't answered and counsel's statement isn't testimony | |
| | Defendants | 95:5-17 | | |
| | Defendants | 95:19- 96:11 | | |
| | Defendants | 96:13-15 | | |
| | Defendants | 96:17-20 | | |
| | Defendants | 96:22- 97:2 | | |
| | Defendants | 100:4-12 | Hearsay, FRE 401, 403 | |
| | Defendants | 100:17-20 | Hearsay, FRE 401, 403 | |
| | Defendants | 101:5-9 | Relevance, FRE 401, 403 | |
| | Defendants | 102:7-11 | | |
| | Defendants | 102:15- 103:8 | FRE 401, 403 | |
| | Defendants | 107:1- 108:7 | | |
| | Defendants | 108:18- 109:2 | | 109:3–5 |
| | Defendants | 109:6 | | |
| | Defendants | 109:8 | | |
| | Defendants | 109:10-13 | | |
| | Defendants | 110:5 | | |
| | Defendants | 110:7 | | |
| | Defendants | 110:9-13 | | |
| | Defendants | 110:15 | | |
| | Defendants | 110:17-20 | | |
| | Defendants | 110:25- 111:3 | | |
| | Defendants | 111:4-5 | | |
| | Defendants | 111:6-9 | | |
| | Defendants | 111:18-21 | | |
| | Defendants | 112:11-14 | | |
| | Defendants | 112:20- 113:5 | | |
| | Defendants | 113:9-10 | | |
| | Defendants | 113:12-17 | | 113:18–19 |
| | Defendants | 113:24 | | |
| | Defendants | 114:2-22 | | |
| | Defendants | 114:23-25 | Bolstering, FRE 401, 403 | |
| | Defendants | 115:7 | | |
| | Defendants | 115:8-18 | | |
| | Defendants | 115:20- 116:2 | | |
| | Defendants | 116:4- 117:1 | Testimony from counsel, leading | |
| | Defendants | 117:4-18 | 117:13<br>Commentary from counsel | |
| | Defendants | 117:22- 118:9 | 117:22–18:2<br>FRE 401, 403 | |

| | | | | |
|---|---|---|---|---|
| | Defendants | 118:10- 119:2 | 118:8–9<br>FRE 401, 403<br>119:1–2<br>Hearsay | |
| | Defendants | 120:2-14 | | 120:15–18 |
| | Defendants | 120:22- 121:3 | | |
| | Defendants | 123:8-24 | | |
| | Defendants | 129:3-14 | | 129:19–25<br>130:3–7, 130:9 |
| | Defendants | 130:13-17 | | |
| | Defendants | 131:16-18 | | |
| | Defendants | 131:22 | | |
| | Defendants | 135:10-16 | | |
| | Defendants | 135:20-21 | | |
| | Defendants | 136:1-7 | | |
| | Defendants | 137:15- 138:9 | Relevance, FRE 403 | |
| | Defendants | 144:4-8 | | |
| | Defendants | 144:11 | | |
| | Defendants | 154:8-10 | | |
| | Defendants | 154:14-19 | | |
| | Defendants | 154:22- 155:1 | | 154:21 |
| | Defendants | 156:11-15 | | |
| | Defendants | 156:20 | | |
| | Defendants | 159:20-22 | | |
| | Defendants | 160:3- 161:3 | | |
| | Defendants | 168:24- 169:2 | | |
| | Defendants | 175:4-5 | | |
| | Defendants | 175:8 | | |
| | Defendants | 176:2-7 | | |
| | Defendants | 176:18-22 | | |
| | Defendants | 176:25 | | |
| | Defendants | 177:1-6 | | |
| | Defendants | 177:9-23 | | |
| | Defendants | 178:12-20 | | |
| | Defendants | 179:4-9 | | |
| | Defendants | 179:24- 180:6 | | |
| | Defendants | 185:20-22 | | 185:11–19 |
| | Defendants | 185:25 | | 186:10–13 |
| | Defendants | 189:6-7 | | |
| | Defendants | 189:11-16 | | |
| | Defendants | 189:18-19 | | |
| | Defendants | 189:20-21 | | |
| | Defendants | 189:22- 190:3 | | |
| | Defendants | 190:12-15 | | |
| | Defendants | 191:5-7 | | |

| | Defendants | 191:10-11 | | |
|---|---|---|---|---|
| | Defendants | 194:21- 195:20 | | |
| | Defendants | 195:21- 196:4 | Hearsay, FRE 401, 403 | |
| | Defendants | 196:18-19 | | |
| | Defendants | 196:24- 197:4 | | |
| | Defendants | 197:7-12 | Hearsay, FRE 401, 403 | |
| | Defendants | 198:19-22 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 198:25- 199:1 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 199:3-11 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 199:15- 200:9 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 200:15-17 | | |
| | Defendants | 200:20 | | |
| | Defendants | 201:5-7 | | |
| | Defendants | 201:11-19 | 201:11–13 Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 203:9-12 | | |
| | Defendants | 203:14-21 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 203:24 | | |
| | Defendants | 204:15-19 | Hearsay | |
| | Defendants | 206:20-22 | | |
| | Defendants | 207:1-5 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 207:11-17 | Hearsay, FRE 401, 403, lack of personal knowledge | |
| | Defendants | 209:4-10 | | |
| | Defendants | 209:13 | | |
| | Defendants | 209:18-20 | | 210:10–13, 210:18–19, 210:23–24, 211:1–4, 211:13–20 |

| | | | | |
|---|---|---|---|---|
| | Defendants | 209:23 | | 210:10–13, 210:18–19, 210:23–24, 211:1–4, 211:13–20 |
| | Defendants | 212:6-13 | | |
| | Defendants | 214:16-18 | | |
| | Defendants | 214:21-215:15 | Hearsay, FRE 401, 403, Lack of personal knowledge | |
| | Defendants | 215:19-21 | | |
| | Defendants | 216:14-20 | | |
| | Defendants | 217:1-24 | | |
| | Defendants | 218:10- 220:1 | Hearsay, FRE 401, 403 | |
| | Defendants | 220:10-12 | | |
| | Defendants | 220:15-25 | | |
| | Defendants | 222:3-16 | | |
| | Defendants | 222:17-20 | | |
| | Defendants | 222:23- 223:5 | Hearsay, FRE 401, 403 | |
| | Defendants | 223:22- 224:1 | | |
| | Defendants | 224:4 | | |
| | Defendants | 224:6 | | 224:7–9, 224:12 |
| | Defendants | 224:13-16 | | |
| | Defendants | 224:19-20 | | |
| | Defendants | 227:17-228:13 | | |
| | Defendants | 228:16-17 | | |
| | Defendants | 228:22-229:15 | | |
| | Defendants | 230:20-25 | | |
| | Defendants | 231:5-7 | | |
| | Defendants | 231:10-11 | | |
| | Defendants | 231:13 | | |
| | Defendants | 231:23-25 | | 231:14–17, 231:22 |
| | Defendants | 232:1-24 | | |
| | Defendants | 233:2-14 | | |
| | Defendants | 233:17-235:13 | | 235:16 |
| | Defendants | 235:17-236:12 | | |
| | Defendants | 236:15-19 | | |
| | Defendants | 236:22 | | |
| | Defendants | 236:23-25 | | |
| | Defendants | 237:3-13 | | |
| | Defendants | 237:18-21 | | |

| | Defendants | 238:3-23 | | |
|---|---|---|---|---|
| | Defendants | 239:1-3 | | |
| | Defendants | 239:6-11 | | |
| | Defendants | 239:13-240:15 | FRE 401/402/403 | |
| | Defendants | 242:10- 244:5 | | 244:8 |
| | Defendants | 244:9- 245:10 | Assumption about where D'Amico went | 245:11–12, 245:15–21 |
| | Defendants | 246:3-11 | | 251:2, 251:10–11, 251:14 |
| | Defendants | 251:3-9 | | |
| | Defendants | 252:18-21 | | |
| | Defendants | 253:2-9 | | |
| | Defendants | 254:1-9 | | 253:25 |
| | Defendants | 254:13-20 | | |
| | Defendants | 254:24- 255:5 | | 255:6–7, 255:11, 255:17–23 |
| | Defendants | 256:7-8 | | 256:4–5 |
| | Defendants | 256:16-18 | | |
| | Defendants | 256:22-23 | | 256:24–25, 257:3–7 |
| | Defendants | 258:16-21 | | |
| | Defendants | 258:24 | | |
| | Defendants | 260:4-6 | | 259:18–21, 259:24, 260:3 |
| | Defendants | 260:13-16 | | 260:10–11 |
| | Defendants | 260:23- 262:2 | | |
| | Defendants | 262:3-4 | | |
| | Defendants | 262:16-25 | | |
| | Defendants | 263:3 | | 263:4–7, 263:14–17, 263:21 |
| | Defendants | 264:22- 265:1 | | |
| | Defendants | 265:4-6 | | |
| | Defendants | 265:19- 266:2 | Hearsay, FRE 401, 403 | |
| | Defendants | 266:5-13 | | |
| | Defendants | 267:1-18 | Hearsay, FRE 401, 403 | |
| | Defendants | 269:18- 270:1 | | 268:10–12, 268:15–18, 268:22–69:5, 269:8–11 |
| | Defendants | 270:4 | | 270:5–6, 270:12 |
| | Defendants | 270:13-14 | | |
| | Defendants | 270:18-20 | | |
| | Defendants | 270:25- 271:1 | | |
| | Defendants | 273:8-11 | | |
| | Defendants | 273:22- 274:2 | | |
| | Defendants | 274:7-13 | | |
| | Defendants | 278:21-279:14 | | |

| | Defendants | 279:19-21 | | |
|---|---|---|---|---|
| | Defendants | 279:24-25 | | |
| | Defendants | 280:3 | | |
| | Defendants | 280:9-13 | | |
| | Defendants | 280:19- 281:4 | | |
| | Defendants | 282:5-14 | | |
| | Defendants | 282:16-23 | | |
| | Defendants | 283:7-13 | | |
| | Defendants | 283:16-22 | | 283:23, 283:25–84:4, 284:15–17 |
| | Defendants | 287:18-21 | | |
| | Defendants | 287:24 | | 288:1–7, 288:10 |
| | Defendants | 288:13- 289:18 | | |
| | Defendants | 291:5-12 | | |
| | Defendants | 291:16-19 | | |
| | Defendants | 291:23- 292:18 | | |
| | Defendants | 292:22 | | |
| | Defendants | 298:20- 299:9 | | |
| | Defendants | 299:23- 300:3 | | |
| | Defendants | 301:15-22 | | |
| | Defendants | 303:8-14 | | |
| | Defendants | 303:18- 304:3 | | |
| | Defendants | 304:6 | | 304:12–23, 305:9–12 |
| | Defendants | 305:13-22 | | 305:23–6:2, 306:13–15, 306:19 |
| | Defendants | 306:20- 307:5 | | 307:6–8, 307:10–13, 307:16–23, 308:6–9 |
| | Defendants | 313:25- 314:4 | | |
| | Defendants | 314:10-20 | | |
| | Defendants | | | |
| | Defendants | 319:17-19 | | |
| | Defendants | 319:21- 320:4 | | 320:5–8, 320:11–21, 321:3–10, 321:12 |
| | Defendants | 321:25- 322:3 | | |
| | Defendants | 322:8-15 | | |
| | Defendants | 322:18 | | 322:19–23, 322:25 |
| | Defendants | 325:11-14 | | |
| | Defendants | 325:16-20 | | 325:21, 325:25 |
| | Defendants | 328:10-11 | | |
| | Defendants | 328:13-17 | | 328:18–19, 328:23–29:1, 329:5 |
| | Defendants | 329:19- 330:4 | | |
| | Defendants | 330:11-20 | | |
| | Defendants | 331:20- 332:3 | | |
| | Defendants | 332:5-8 | | |

| | Defendants | 332:13 | | |
|---|---|---|---|---|
| | Defendants | 332:24- 333:2 | | |
| | Defendants | 333:4 | | 333:5–7, 333:11 |
| | Defendants | 333:12-15 | | |
| | Defendants | 333:18-20 | | |
| | Defendants | 334:1-3 | | |
| | Defendants | 334:8-9 | | |

**Deposition Volume 2**

| No. | Party | Designation | Defendants' Objections | Defendants' Counter Designation |
|---|---|---|---|---|
| | Plaintiff | 345:23–46:9 | | |
| 34 | Plaintiff | 347:20–48:2 | Vague, asked and answered | |
| 35 | Plaintiff | 348:13–19 | Vague, asked and answered | |
| | Plaintiff | 350:17–20 | | |
| | Plaintiff | 351:5–17 | | |
| 36 | Plaintiff | 353:18–54:2 | 353:18-25 Hearsay, argumentative, asked and answered, mischaracterizes testimony | |
| 37 | Plaintiff | 355:5–56:3 | 355:13-16 Not answered. Vague. | |
| 38 | Plaintiff | 355:5–56:3 | 355:20-356:3 Vague | |
| 39 | Plaintiff | 356:12–57:20 | 356:22-357:7 Attorney colloquy | |
| 40 | Plaintiff | 359:23–61:17 | 360:6-11 Vague | |
| 41 | Plaintiff | 359:23–61:17 | 360:17-19 Not answered/withdrawn. Vague | |
| 42 | Plaintiff | 359:23–61:17 | 360:20-25 Vague | |
| 43 | Plaintiff | 359:23–61:17 | 361:10-17 Asked and answered, argumentative | |
| 44 | Plaintiff | 361:21–62:23 | 362:6-23 Vague, argumentative | |
| 45 | Plaintiff | 369:1–70:5 | 369:1-11 Argumentative, mischaracterizes testimony, vague | |
| 46 | Plaintiff | 369:1–70:5 | 369:12-19 Argumentative, mischaracterizes her | |

| | | | testimony, asked and answered | |
|---|---|---|---|---|
| | Plaintiff | 386:7–12 | | |
| 47 | Plaintiff | 386:20–87:12 | 386:20-387:3<br>Vague, calls for expert opinion | |
| 48 | Plaintiff | 387:4-12 | Asked and answered, mischaracterizes testimony | |
| 49 | Plaintiff | 390:15–91:18 | 390:15-391:4<br>Hearsay | |
| 50 | Plaintiff | 390:15–91:18 | 391:7-18<br>Argumentative | |
| 51 | Plaintiff | 396:17–97:5 | 396:17-22<br>Hearsay, misstates testimony | |
| 52 | Plaintiff | 396:17–97:5 | 396:23-397:5<br>Argumentative, assumes facts not in evidence | |
| 53 | Plaintiff | 397:8–22 | 397:8-19<br>Asked and answered | |
| | Plaintiff | 398:2–5 | | |
| | Plaintiff | 401:25–2:4 | | |
| | Plaintiff | 402:10–17 | | |
| | Plaintiff | 407:7–11 | | |
| 54 | Plaintiff | 408:1–9:9 | 408:9-16<br>Hearsay | |
| 55 | Plaintiff | 408:1–9:9 | 408:17-409:3<br>Mischaracterizes testimony, vague | |
| 56 | Plaintiff | 408:1–9:9 | 409:4-9<br>Vague | |
| | Plaintiff | 414:4–15:10 | | |
| | Plaintiff | 415:23–16:14 | | |
| 57 | Plaintiff | 416:19–17:13 | 417:9-13<br>Mischaracterizes testimony, asked and answered | |
| | Plaintiff | 426:19–27:3 | | |
| | Plaintiff | 431:17–32:9 | | |
| 58 | Plaintiff | 434:13–35:20 | 434:20-22<br>Hearsay | |
| 59 | Plaintiff | 434:13–35:20 | 434:23-435:13<br>Hearsay, asked and answered, mischaracterizes testimony, argumentative, | |
| 60 | Plaintiff | 434:13–35:20 | 435:14-20 | |

| | | | Hearsay, asked and answered, argumentative, compound | |
|---|---|---|---|---|
| | Defendants | 348:22- 349:5 | | |
| | Defendants | 349:9 | | 349:21–24 |
| | Defendants | 349:10-20 | | |
| | Defendants | 356:4-11 | | |
| | Defendants | 357:5-6 | | |
| | Defendants | 357:8-20 | | |
| | Defendants | 358:4-12 | | |
| | Defendants | 358:13-20 | | |
| | Defendants | 359:23- 360:2 | | |
| | Defendants | 360:3-5 | | 360:6–8, 360:11 |
| | Defendants | 360:12-16 | | 360:20–22, 360:25 |
| | Defendants | 361:1-9 | | 361:10–11, 361:15, 361:17 |
| | Defendants | 361:19-20 | | |
| | Defendants | 365:7-9 | | |
| | Defendants | 366:6-11 | | |
| | Defendants | 366:23- 367:1 | | |
| | Defendants | 367:9-11 | | |
| | Defendants | 368:6-9 | | |
| | Defendants | 368:13 – 17 | | 368:18–20 |
| | Defendants | 370:13-14 | | 370:3–5 |
| | Defendants | 370:16-17 | | |
| | Defendants | 370:23- 371:10 | | |
| | Defendants | 372:7-11 | | |
| | Defendants | 372:15-25 | | |
| | Defendants | 373:24- 374:12 | | |
| | Defendants | 375:4-11 | | |
| | Defendants | 375:13-18 | | |
| | Defendants | 375:20-24 | | |
| | Defendants | 376:2-11 | | 376:16–19, 376:22, 376:24–77:1 |
| | Defendants | 377:2-11 | | |
| | Defendants | 377:14-21 | | |
| | Defendants | 377:25- 379:3 | | |
| | Defendants | 379:6 | | |
| | Defendants | 379:7-15 | | |
| | Defendants | 379:17- 380:6 | | 380:10–17, 380:25–81:3, 381:6 |
| | Defendants | 381:17- 382:4 | | |
| | Defendants | 382:7-15 | | |
| | Defendants | 382:22- 383:6 | | 383:7, 383:11 |

| | Defendants | 383:12-14 | | 383:15–16, 383:24–84:1 |
|---|---|---|---|---|
| | Defendants | 384:7-13 | | |
| | Defendants | 384:17 | | |
| | Defendants | 385:2-3 | | |
| | Defendants | 385:5-14 | | |
| | Defendants | 385:15-17 | | |
| | Defendants | 385:20-21 | | |
| | Defendants | 386:2-3 | | |
| | Defendants | 386:5-6 | | |
| | Defendants | 391:25- 392:1 | | 391:7–8, 391:12–14, 391:18–20, 391:24 |
| | Defendants | 392:5 | | 392:6–8, 392:11–12, 392:17–19, 392:23 |
| | Defendants | 394:13-15 | | 394:6–7, 394:12 |
| | Defendants | 394:18-19 | | |
| | Defendants | 397:23- 398:13 | | |
| | Defendants | 399:20-25 | | 400:1, 400:3–5, 400:11 |
| | Defendants | 400:13-15 | | |
| | Defendants | 400:19 | | 400:20–24, 401:3 |
| | Defendants | 401:7-9 | | |
| | Defendants | 401:14-17 | | |
| | Defendants | 401:22- 402:4 | | |
| | Defendants | 411:10- 412:18 | | |
| | Defendants | 412:25- 413:6 | | |
| | Defendants | 413:7-14 | | |
| | Defendants | 413:17-25 | | |
| | Defendants | 415:11-22 | | 415:1–10 |
| | Defendants | 416:7-11 | | 415:23–16:2, 416:5–6 |
| | Defendants | 417:14-22 | Speculation, lack of personal knowledge, FRE 401, 403 | |
| | Defendants | 418:11-15 | | |
| | Defendants | 418:18- 419:1 | | |
| | Defendants | 419:4 | Hearsay, FRE 401, 403 | |
| | Defendants | 419:12-16 | Hearsay, FRE 401, 403 | |
| | Defendants | 419:18-22 | | |
| | Defendants | 420:20-24 | | 420:19 |
| | Defendants | 421:1-4 | | |
| | Defendants | 421:7-11 | | |
| | Defendants | 421:12-17 | | |
| | Defendants | 421:20 | Argumentative | |
| | Defendants | 421:22-23 | | |

| | Defendants | 421:25- 422:3 | | |
|---|---|---|---|---|
| | Defendants | 422:18- 423:3 | | |
| | Defendants | 423:10-12 | | |
| | Defendants | 423:14 | | |
| | Defendants | 423:18-21 | | |
| | Defendants | 423:24- 424:6 | | |
| | Defendants | 424:21- 426:5 | | |
| | Defendants | 426:8-9 | | |
| | Defendants | 426:11 | | |
| | Defendants | 427:5-15 | | 426:19–25, 427:3 |
| | Defendants | 427:18-20 | | |
| | Defendants | 427:21 | | |
| | Defendants | 427:23- 428:1 | | 428:2–6 |
| | Defendants | 428:21-24 | | |
| | Defendants | 428:25- 429:1 | | |
| | Defendants | 429:3 | | 429:4–9 |
| | Defendants | 432:19- 433:6 | | |
| | Defendants | 433:9-19 | | |
| | Defendants | 433:22- 434:3 | | 434:4, 434:8 |
| | Defendants | 434:13-15 | | |
| | Defendants | 434:19 | | |
| | Defendants | 435:21- 436:8 | 436:5–8 Hearsay, FRE 401, 403 | 435:5–9, 435:13–16, 435:20 |
| | Defendants | 439:21- 440:3 | | |

## 2010 Trial Testimony

| No. | Party | **Designation** | Objections | Counter Designation |
|---|---|---|---|---|
| 61 | Plaintiff | 639 :20–28 | Hearsay | |
| 62 | Plaintiff | 666 :1–68 :28 | Hearsay | |
| 63 | Plaintiff | 683 :3–84 :10 | Hearsay | |
| 64 | Plaintiff | 749 :20–28 | Hearsay | |

## 2015 Trial Testimony

| No. | Party | **Designation** | Objections | Counter Designation |
|---|---|---|---|---|
| 65 | Plaintiff | 568 :8–14 | Hearsay | |
| 66 | Plaintiff | 584 :6–17 | Hearsay | |
| 67 | Plaintiff | 628 :6–8 | Hearsay | |
| 68 | Plaintiff | 629 :10–30 :10 | Hearsay | |
| 69 | Plaintiff | 637 :9–19 | Hearsay | |
| 70 | Plaintiff | 640 :13–25 | Hearsay | |
| 71 | Plaintiff | 641 :1–15 | Hearsay | |
| 72 | Plaintiff | 648 :8–26 | Hearsay | |
| 73 | Plaintiff | 652 :9–27 | Hearsay | |

| 74 | Plaintiff | 663 :4–9 | Hearsay | |
| 75 | Plaintiff | 684 :5–9 | Hearsay | |
| 76 | Plaintiff | 684 :14–16 | Hearsay | |
| 77 | Plaintiff | 701 :7–10 | Hearsay | |
| 78 | Plaintiff | 701 :26–28 | Hearsay | |

**Preliminary Hearing Testimony**

| No. | Party | **Designation** | Objections | Counter Designation |
|---|---|---|---|---|
| 79 | Plaintiff | 13 :23–26 | Hearsay | |
| 80 | Plaintiff | 22:3 - 23 :1 | Hearsay | |
| 81 | Plaintiff | 23 :7–16 | Hearsay | |
| 82 | Plaintiff | 23 :24–24 :4 | Hearsay | |
| 83 | Plaintiff | 29 :1–8 | Hearsay | |

## <u>TESTIMONY DESIGNATIONS FOR LAUIFI FALEAFAGA</u>

<u>Defendants' General Objection to Plaintiff's Designations</u>
Plaintiff does not include the portions indicating who is speaking or that it is under oath

| No. | Party | Designations | Objections | Counter Designation |
|---|---|---|---|---|
| | Plaintiff | 11:9–12 | | |
| | Plaintiff | 62:15–22 | | |
| | Plaintiff | 71:14–72:8 | | |
| 84 | Plaintiff | 72:18-73:1 | Argumentative | |
| | Plaintiff | 123:8–19 | | |
| | Plaintiff | 139:11–22 | | |
| | Defendant | 4:2-11 | | 4:12 |
| | Defendant | 8:16-21 | | |
| | Defendant | 10:23-25 | | 10:9–21 |
| | Defendant | 11:3 | | 11:4–8 |
| | Defendant | 17:18-18:12 | | 18:14–15 18:20–25 |
| | Defendant | 20:6-15 | Hearsay, FRE 401 and 403 | |
| | Defendant | 25:13-20 | Hearsay, FRE 401 and 403 | |
| | Defendant | 59:16-60:1 | | 60:2–10 |
| | Defendant | 60:23-61:1 | | 60:13–22 |

| | Defendant | 61:15-62:8 | | |
|---|---|---|---|---|
| | Defendant | 79:13-22 | | |
| | Defendant | 80:12-20 | | |
| | Defendant | 82:9-24 | | 82:6–8 |
| | Defendant | 89:2-13 | Hearsay, FRE 401 and 403 | 89:14<br>89:18–21<br>89:25 |
| | Defendant | 95:8-96:7 | Hearsay, FRE 401 and 403;<br>lack of foundation, no personal<br>knowledge | 96:8–9<br>96:12 |
| | Defendant | 97:22-98:7 | Hearsay, FRE 401 and 403;<br>lack of foundation | 97:13–16<br>97:20–21 |
| | Defendant | 99:10-18 | Hearsay, FRE 401 and 403;<br>lack of foundation, no personal<br>knowledge | |
| | Defendant | 99:25-100:20 | Hearsay, FRE 401 and 403;<br>lack of foundation | |
| | Defendant | 101:5-17 | Hearsay, FRE 401 and 403;<br>lack of foundation | |
| | Defendant | 112:8-10 | | 112:13–14<br>112:16–17<br>112:19–21<br>112:24–25 |
| | Defendant | 121:18-21 | | |
| | Defendant | 122:8-25 | | |
| | Defendant | 123:3-7 | | 123:8–17 |
| | Defendant | 135:1-15 | Hearsay, FRE 401 and 403;<br>lack of foundation | |

## TESTIMONY DESIGNATIONS FOR DAVID TRULOVE

| No. | Party | Designation | Objections | Counter<br>Designation |
|---|---|---|---|---|
| | Plaintiff | 34:24–35:15 | | |
| 85 | Plaintiff | 54:9-55:1 | Relevance | |
| | Plaintiff | 60:6–61:15 | | |

| 86 | Plaintiff | 69:23-70:15 | Relevance | |
| | Plaintiff | 85:4–8 | | |
| | Plaintiff | 88:23–89:1 | | |
| | Plaintiff | 96:7–97:9 | | |
| | Plaintiff | 99:13–100:24 | | |
| | Plaintiff | 101:17–3:11 | | |
| | Plaintiff | 103:24–6:23 | | |
| | Plaintiff | 107:8–10 | | |
| | Plaintiff | 108:23–11:1 | | |
| | Plaintiff | 111:8–21 | | |
| | Plaintiff | 112:14–13:8 | | |
| | Plaintiff | 113:20–23 | | |
| | Plaintiff | 115:11–17:15 | | |
| | Plaintiff | 118:2–21 | | |
| | Plaintiff | 118:25–19:19 | | |
| | Plaintiff | 120:1–21:19 | | |
| | Plaintiff | 121:24–25:23 | | |
| | Plaintiff | 126:6–25 | | |
| | Plaintiff | 127:5–31:13 | | |
| | Plaintiff | 132:4–36:1 | | |
| | Plaintiff | 136:13–37:17 | | |
| | Plaintiff | 138:7–39:22 | | |
| | Plaintiff | 140:2–41:19 | | |
| | Plaintiff | 142:2–45:2 | | |
| | Plaintiff | 147:22–48:6 | | |
| | Plaintiff | 149:10–50:7 | | |
| | Plaintiff | 150:19–51:16 | | |
| | Plaintiff | 153:19–56:2 | | |
| | Plaintiff | 156:12–57:16 | | |
| 87 | Plaintiff | 160:15–62:6 | Relevance | |
| | Plaintiff | 163:3–18 | | |
| | Plaintiff | 163:24–67:10 | | |
| 88 | Plaintiff | 169:22-170:3 | Relevance | |
| | Plaintiff | 172:6–16 | | |
| | Plaintiff | 181:10–14 | | |
| | Plaintiff | 184:7–10 | | |
| | Plaintiff | 185:17–86:25 | | |
| | Plaintiff | 187:21–92:24 | | |
| | Plaintiff | 193:1–13 | | |
| | Plaintiff | 194:2–96:18 | | |
| | Defendants | 5:2-3 | | |
| | Defendants | 5:14-20 | | |
| | Defendants | 11:12-12:13 | | 12:14–13:12 |
| | Defendants | 13:13-14 | | |
| | Defendants | 14:9 | | 15:2–15 |
| | Defendants | 17:12 - 19:1 | | 19:2–8 |
| | Defendants | 27:19 - 28:15 | | |

| | | | | |
|---|---|---|---|---|
| | Defendants | 30:1-13 | | |
| | Defendants | 31: 6 - 8 | | 31:9–17 |
| | Defendants | 32:3-18 | | |
| | Defendants | 32:21- 33:11 | | |
| | Defendants | 35:18-37: 10 | | |
| | Defendants | 40:16 - 20 | | |
| | Defendants | 43:8 - 23 | Irrelevant, more prejudicial than probative, FRE 401, 402, 403<br><br>Plaintiff's MIL 5 is moving to keep out prior bad acts on these bases. | |
| | Defendants | 44: 5 - 22 | | |
| | Defendants | 46:12 - 48: 3 | | |
| | Defendants | 48:4 - 49: 6 | | |
| | Defendants | 50:1 - 13 | | |
| | Defendants | 50:14 - 51: 2 | | |
| | Defendants | 51:3 - 25 | | |
| | Defendants | 52:1 - 25 | | |
| | Defendants | 53:1 - 10 | | |
| | Defendants | 54:1 - 8 | Lack of foundation or admissible evidence establishing ▮ listing this as his address. David has no basis for knowledge of this. | |
| | Defendants | 57:4-12 | | |
| | Defendants | 59:19-60:18 | | |
| | Defendants | 62:19-63: 8 | | |
| | Defendants | 63:22-65:19 | 64:7–9<br>Hearsay as to what Daniel said, no foundation for this, and not relevant. More prejudicial than probative, FRE 401, 402, 403<br><br>64:15–23<br>More prejudicial than probative, and irrelevant. Plaintiff's MIL 5 seeks to preclude reference to prior bad acts. FRE 401, 402, 403<br><br>65:6–9<br>More prejudicial than probative, and irrelevant. Plaintiff's MIL 5 seeks to preclude reference to prior bad acts. No foundation for David's knowledge of this. FRE 401, 402, 403 | 65:20–66:21 |

| | | | 65:13–16<br>Same as above.<br>Additionally, juvenile records are particularly inadmissible, irrelevant, and more prejudicial than probative. FRE 401, 402, 403 | |
|---|---|---|---|---|
| | Defendants | 71:14 - 72: 3 | | |
| | Defendants | 72:12 - 22 | | |
| | Defendants | 73:12 - 22 | | |
| | Defendants | 74:7 -16 | | |
| | Defendants | 74:17-19 | | |
| | Defendants | 74:23-75:2 | | |
| | Defendants | 77:5- 78:9 | | |
| | Defendants | 79:6-18 | | |
| | Defendants | 81:16-19 | | |
| | Defendants | 81:23 - 82: 8 | | |
| | Defendants | 83:12 - 18 | | |
| | Defendants | 84:2-5 | | |
| | Defendants | 85:4-24 | | |
| | Defendants | 86:5 - 89:16 | | |
| | Defendants | 90:4 - 91:24 | | |
| | Defendants | 91:25-100:24 | 99:3–12<br>No foundation for any opinion as to Joshua's state of mind by David. | |
| | Defendants | 101:17-111:6 | | |
| | Defendants | 111:7-117:15 | | |
| | Defendants | 118:2-120:25 | | |
| | Defendants | 121:3-19 | | |
| | Defendants | 121:24-131:13 | | |
| | Defendants | 132:1 -146:9 | | |
| | Defendants | 146:18 - 22 | | |
| | Defendants | 146:24-148:19 | To the extent this is laying the foundation for any testimony about cell phone records, it is inadmissible without expert testimony and Plaintiff's MIL 4 seeks to exclude. | |
| | Defendants | 148:20-25 | Irrelevant, FRE 401, 402 | |
| | Defendants | 149:22-150:4 | | |
| | Defendants | 150:12-16 | | |
| | Defendants | 150:19-151:16 | | |
| | Defendants | 151:22-158:15 | 152:1–4 | |

| | | | | |
|---|---|---|---|---|
| | | | Irrelevant, more prejudicial than probative, FRE 401, 402, 403 | |
| | Defendants | 158:18 - 22 | | |
| | Defendants | 158:24-160:13 | | |
| | Defendants | 160:14 | | |
| | Defendants | 162:10 -163:7 | | |
| | Defendants | 163:8 – 164:1 | | |
| | Defendants | 164:3 - 168:3 | | |
| | Defendants | 168:7 - 10 | No foundation for any opinion from David on this, on police officers' state of mind. More prejudicial than probative. FRE 403 | |
| | Defendants | 168:11 - 19 | Hearsay | |
| | Defendants | 172:6 - 11 | | |
| | Defendants | 172:17 - 22 | | |
| | Defendants | 173:15 - 17 | Irrelevant, FRE 401, 402 | |
| | Defendants | 174:15 - 23 | Irrelevant, FRE 401, 402 | |
| | Defendants | 175:2 - 4 | | |
| | Defendants | 176:21 - 177:1 | | |
| | Defendants | 177:5 -180:17 | 178:2–20 Irrelevant, more prejudicial than probative, FRE 401, 402, 403 179:4–8 Hearsay, irrelevant, more prejudicial than probative, FRE 401, 402, 403 | |
| | Defendants | 181:10 - 12 | | |
| | Defendants | 181:24-183:13 | Irrelevant. To the extent Defendants' seek to introduce cell phone records, Plaintiff objects to the admissibility of any testimony regarding those records with an expert. No foundation. FRE 401, 402 | |
| | Defendants | 184:4 - 17 | | |
| | Defendants | 185:13 -187:3 | | |
| | Defendants | 187:11 - 14 | | |
| | Defendants | 187:17-188:21 | | |
| | Defendants | 189:1 - 190:1 | | |
| | Defendants | 190:7 - 10 | | |
| | Defendants | 190:12-19 | | |
| | Defendants | 190:22 - 191:1 | | |
| | Defendants | 191:5 - 13 | | |
| | Defendants | 191:16 - 17 | | |

| | Defendants | 192:3 - 5 | | |
|---|---|---|---|---|
| | Defendants | 192:7 - 22 | | |
| | Defendants | 192:24 - 193:6 | | |
| | Defendants | 193:10 - 194:5 | Confusing to jury, without exhibit being admitted | |
| | Defendants | 194:7-19 | | |
| | Defendants | 194:21-195:12 | | |
| | Defendants | 195:15-198:9 | 196:19–22 Irrelevant, FRE 401, 402 | |
| | Defendants | 198:11-200:18 | 198:13–14 Irrelevant. More prejudicial than probative. FRE 401, 402, 403

199:12 Hearsay

200:6–10 Hearsay | |
| | Defendants | 201:18 - 25 | Irrelevant, more prejudicial than probative. | |
| | Defendants | 202:2 - 208:6 | 202:2–5:13 Any of the testimony and video about this incident is irrelevant and more prejudicial than probative. FRE 401, 402, 403 205:18–25 No foundation for testimony about Rosa's state of mind. Also, same objections as above, any testimony of this entire incident is irrelevant and more prejudicial than probative. FRE 401, 402, 403 206:1–17 Hearsay 206:18–8:6 Any of the testimony and video about this incident is irrelevant and more prejudicial than probative. Hearsay. FRE 401, 402, 403 | |
| | Defendants | 208:10-209:9 | Any of the testimony and video about this incident is irrelevant and more prejudicial than probative. Hearsay. FRE 401, 402, 403 | |
| | Defendants | 209:12 - 20 | Any of the testimony and video about this incident is irrelevant and more | |

| | | | prejudicial than probative. Hearsay. FRE 401, 402, 403 | |
|---|---|---|---|---|
| | Defendants | 211:19 -213:2 | Hearsay | |
| | Defendants | 213:6 - 214:17 | | |

## **PLAINTIFF'S ADDITIONAL TESTIMONY DESIGNATIONS – MAY USE**

| Party | Designation | Objections | Counter Designation |
|---|---|---|---|
| Plaintiff | Deposition of Defendant Michael Johnson | | |
| Plaintiff | Deposition of Defendant Maureen D'Amico | | |
| Plaintiff | Deposition of Defendant Robert McMillan | | |
| Plaintiff | Deposition of Defendant Carla Lee Hurley | | |
| Plaintiff | Deposition of Defendant John Evans | | |
| Plaintiff | 2010 Trial Testimony of John Evans | Hearsay, 401, 402, 403. Plaintiff did not propose this designation until Thursday night, the night before this document is due, and has not designated the testimony excerpts he intends to use. Plaintiff has failed to meet and confer. | |
| Plaintiff | 2015 Trial Testimony of John Evans | Hearsay, 401, 402, 403. Plaintiff did not propose this designation until Thursday night, the night before this document is due, and has not designated the portions of testimony he intends to use. Plaintiff has failed to meet and confer. | |
| Plaintiff | Defendants' Responses to Plaintiff's | 401, 402, 403. Plaintiff did not propose this designation until Thursday night, the night | |

| | | | |
|---|---|---|---|
| | Interrogatories; Set One | before this document is due, and has not designated the portions of testimony he intends to use.  Plaintiff has failed to meet and confer or pre-designate discovery responses. | |
| Plaintiff | Defendants' Responses to Plaintiff's Request for Admissions; Set One | 401, 402, 403.  Plaintiff did not propose this designation until Thursday night, the night before this document is due, and has not designated the portions of testimony he intends to use.  Plaintiff has failed to meet and confer or pre-designate discovery responses. | |
| Plaintiff | Defendants' Responses to Plaintiff's Interrogatories; Set Two | 401, 402, 403.  Plaintiff did not propose this designation until Thursday night, the night before this document is due, and has not designated the portions of testimony he intends to use.  Plaintiff has failed to meet and confer or pre-designate discovery responses. | |
| Defendants | Deposition of Jamal Trulove | | |

DATED: February 8, 2018

Respectfully submitted,
NEUFELD SCHECK & BRUSTIN, LLP
By: Not yet approved
Anna Benvenutti Hoffmann, NY Bar No. 4412011
(pro hac vice)
*One of Plaintiff Jamal Trulove's Attorneys*

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
RENÉE E. ROSENBLIT
KELLY COLLINS
Deputy City Attorneys


By: _____*/s/ Margaret W. Baumgartner*_____
    MARGARET W. BAUMGARTNER

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, CARLA LEE,
ROBERT MCMILLAN and RONAN SHOULDICE