UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL RASHID TRULOVE**, <br><br> Plaintiff, <br><br> v. <br><br> **MAUREEN D'AMICO, MICHAEL JOHNSON, ROBERT MCMILLAN, AND JOHN EVANS,** *ET AL*, <br><br> Defendants. | **Case No. 16-cv-050 YGR** <br><br> **PRETRIAL ORDER NO. 3** |

Having considered the filings to date, the arguments and other submissions at the Pretrial Conference held on March 2, 2018, and for good cause shown, the Court **ORDERS** as follows:

1. **Trial Date and Schedule:**

The Court **AMENDS** its prior trial schedule to notify counsel that Friday, March 16, 2018, shall be dark.

Any party found by the Court to be obstructing the presentation of evidence by the other side shall have time allocated to their side reduced commensurate with the obstruction.

2. **Caption:** On all future filings, the parties shall update the caption of the instant case to delete references to dismissed parties.

3. **Plaintiff's Motion In Limine No. 8 – Melinek Resignation Letter**: As to the issue of excluding the resignation letter of Dr. Melinek, defendants have withdrawn that exhibit on the record on March 2, 2018, and the motion in limine is **MOOT**.

4. **Testimony of Latisha Meadows:** A copy of the video deposition of Latisha Meadows shall be provided to the Court by Monday, **March 5, 2018**. The parties are permitted to

obtain a copy of Meadows' medical records for the period of December 2017 and January 2018. Defendants shall submit a proposed form of order for obtaining such records. No evidentiary hearing will be permitted. Parties may cross-examine Meadows as permitted by the Federal Rules of Evidence.

5. **Exhibits:** By **March 9, 2018,** each party shall deliver to the Court in numerical order: (i) the original exhibits, (ii) one binder set for the Court, and (iii) an electronic version of the same. With respect to categories (i) and (ii), the Court will allow plaintiffs to deliver only those exhibits which are anticipated to be used at trial (that is both offered for admission and used for other purposes such as impeachment or refreshing of recollection). Said copies shall include the originals of exhibits to Courtroom Deputy, binders of copies of those exhibits to the Court, and an electronic copy of all exhibits, including video and audio files, on USB drive. The parties shall provide a full set to opposing counsel and full witness set for use in examining witnesses.

The parties should be prepared at the end of the trial to produce a list of all admitted exhibits for the jury's use during deliberations. The list must contain the exhibit number and a short description of the document.

The parties shall submit a comprehensive exhibit list to the Court by **Monday, March 6**, 2018, in an editable electronic form (*i.e.*, Microsoft Word).

The Court agrees to hold the original of the homicide investigation file in locked storage while court not in session during the trial and all related proceedings.

Regarding the outstanding issues regarding admissibility of documents in dispute, defendants must offer the grounds for admissibility to the Court for any exhibits to which objections remain. To facilitate resolution of the issue, the parties shall review the Court's rulings at the last pretrial conference and defendants shall provide a list to plaintiff by Monday, **March 5, 2018**, at **12:00 noon PST** of exhibits they still seeks to admit. By **9:00 a.m. PST**, Tuesday, **March 6, 2018**, plaintiff will advise defendants whether he maintain objections as to any exhibits on that list. To the extent dispute(s) remain, defendants shall file their proffer with the evidentiary basis for admission of the exhibits by end of day Tuesday, **March 6, 2018**. Plaintiff will file his response thereto by end of day Wednesday, **March 7, 2018**.

6. **Motion to Dismiss Certain Claims:** Plaintiff's oral motion to dismiss the claim for malicious prosecution and for punitive damages is **GRANTED**. Plaintiff further indicated that he has withdrawn his theory that defendants pursued their investigation in deliberate indifference to his innocence.

7. **Bad Acts Evidence:** By no later than 12:00 noon on **Tuesday, March 6, 2018**, defendants shall submit their list of bad acts evidence indicating which items they have agreed upon and which items they have not. Plaintiff shall file a response by **Wednesday, March 7, 2018**.

8. **Witness Fifth Amendment Issue**: The parties have indicated to the Court that certain witnesses asserted their Fifth Amendment privilege during the course of their depositions. Defendants seek to have those depositions read; plaintiff objects. Defendants shall submit briefing by no later than **Tuesday, March 6, 2018** on the issue of whether such testimony is admissible and any proposed jury instruction regarding the same. Plaintiff shall file his response by **Thursday, March 8, 2018**. To the extent any Court order is required for the appearance of a witness currently in custody, the party seeking such order shall submit a proposed order.

9. **Designations**: With respect to the deposition of Luaelemaga, the parties shall submit to the Court no later than **March 9, 2018**, a complete presentation of the portions to be read to the jury in the order to be read. Therein, the parties shall indicate what if any objections remain and shall provide a simple form of order listing each objection.

Further, the parties are encouraged to work out a manner for presenting the testimony in a form that is most logical for the jury. The Court will allow the lawyers to alternate asking the questions from the transcript and suggests that the testimony be read in some logical sequence such as by day or specific event. If the parties cannot agree, the deposition shall be read numerically by page number.

To the extent other disagreements exist with respect to other designations, those shall be provided as well by **March 9, 2018**.

10. **Jury Binder**: The parties shall provide 10 photographs of witnesses to the Court submitted the morning after each's testimony. The photographs must include a watermark

indicating "Do Not Reproduce Or Copy," and must include the witness' name below the photograph. Parties are not required to submit photographs of the parties themselves.

11. **Notification re: Witness Order**: Parties shall notify each other in writing of the witnesses to be called no less than 48 hours in advance of calling witnesses.

**IT IS SO ORDERED.**

Dated: March 2, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**