**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
Date: **March 12, 2018**

**JURY TRIAL MINUTES**

**TIME: 8:00am-8:30am; 8:35am-10:03am; 10:04am-10:45am; 11:04am-12:30pm; 12:30pm-12:34pm; 1:01pm-3:00pm; 3:01pm-3:10pm**

Case No.  16-cv-00050-YGR                                   Case Name:  Trulove v. D' Amico, et al.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone                                    **Court Reporter**: Sarah Goekler

**COUNSEL FOR PLTF**:                                       **COUNSEL FOR DEFT**:

Nick Brustin and Anna Benvenutti Hoffman                    Margaret Baumgartner

Meghna Philip, Kate Chatfield and Alexander                 and Kelly M. Collins and Renee Rosenblit; Defendants:

Reisman ; Jury consultant Jim Stiff; Plaintiff              Maureen D'Amico, Michael Johnson, Robert McMillan

Jamal Trulove                                               and John Evans

Jury Selection Began: 3/8/18

**Further Jury Selection/Voir Dire Began: 3/9/18**

Trial  Began:  3/12/18        **Further Trial: 3/13/18 at 8:30am[Counsel to be present at 8:00am]**

**TRIAL MOTIONS HEARD**:                                    **DISPOSITION:**

1. _____                                  _____

**TRIAL PROCEEDINGS;**

Case called. Discussion with counsel. Recess. Jury enters courtroom.  Court Instructions to the Jury. Plaintiff attorney Nick Brustin opening statement.  Defendant attorney Renee Rosenblit opening statement. Recess.  Jury enters courtroom.  Court gives further Instructions to the Jury; Stipulations and Statement of the case. Plaintiff attorney Anna Benvenutti Hoffman reads Stipulations into the record.  Plaintiff  counsel  has **excerpts of Priscilla Lualemaga** read on the record. Plaintiff attorney  Anna Benvenutti Hoffman calls **witness Dr. Judy Melinek** for Direct.  Lunch Recess. Discussion with counsel. Recess. Jury enters courtroom.  Plaintiff attorney Benvenutti Hoffman resumes Direct of witness Melinek. Defendant attorney Kelly M. Collins Cross of witness Melinek. Redirect.  Plaintiff attorney Benvenutti **calls witness James Norris** for Direct.

**CONTINUED ON NEXT PAGE**

**Date:** <u>**March 12, 2018**</u>

Case No.  16-cv-00050-YGR					Case Name:  <u>Trulove v. D' Amico, et al.</u>

**PAGE TWO:**

 RECESS for Jury for the day. Further Jury Trial set Tuesday, 3/13/18 at 8:30am.  Discussion with counsel. RECESS for counsel for the day. Further Jury Trial set Tuesday, 3/13/18 at 8:30am; Counsel to be present at 8:00 AM.

 **EXHIBITS ADMITTED IN EVIDENCE:**

**ADMITTED ON 3/12/18:  20 B, 20 B-1, 20-I, 20-C, 20-G, 20-A, 102B, 1492A. 1492D, 239**