DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859 [Baumgartner]
Telephone:    (415) 554-3853 [Rosenblit]
Telephone:    (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
E-Mail:         margaret.baumgartner@sfcityatty.org
E-Mail:         renee.rosenblit@sfcityatty.org
E-Mail:         kelly.collins@sfcityatty.org

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON, ROBERT MCMILLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>      Plaintiff,<br><br>      vs.<br><br>MAUREEN D'AMICO, ET AL.,<br><br>      Defendants. | Case No. 16-cv-00050-YGR<br><br>DEFENDANTS' ADDITIONAL PROPOSED JURY INSTRUCTIONS: INTERROGATORIES RELATED TO QUALIFIED IMMUNITY<br><br>Trial Date:              March 12, 2018 |

Defendants propose that the jury be asked the following interrogatories only if they first find a constitutional violation. If plaintiff is going to be arguing that there are other factual events that give rise to their claims, or if the court believes different factual determinations would be required to address qualified immunity for any of plaintiff's claims, this list should be modified.

1. Did Inspector Johnson show Ms. Lualemaga a single photo of Jamal Trulove on the night of the murder at Ingleside Police Station?

2. If so, did Inspector D'Amico know about it?

3. Did Inspector D'Amico show a single photo of Jamal Trulove to Ms. Lualemaga at her door on July 24, 2007?

4. If so, did Johnson know about it?

5. Did Ms. Lualemaga tell either Inspector Johnson or Inspector D'Amico specifically that she had identified David Trulove on the night of the murder?

6. Did Inspector Johnson tell Latisha Meadows Dickerson facts about the Kuka murder before she gave her statements?  If so, did McMillan know that he did so?

7. Did Inspector McMillan tell Latisha Meadows Dickerson facts about the Kuka murder the murder before she gave her statements?  If so, did Johnson know that he did so?

8. Did Inspector Johnson know about the Shouldice Memo?

9. Did Inspector D'Amico know about the Shouldice Memo?

10. Did Inspector Johnson know the location of the shell casings disproved Ms. Lualemaga's account of the murder?

11. Did Inspector D'Amico know the location of the shell casings disproved Ms. Lualemaga's account of the murder?

12. Did Inspector Evans know Ms. Lualemaga's account of the murder, and if so did he know that the location of the shell casings disproved Ms. Lualemaga's account?

Dated: March 30, 2018

           DENNIS J. HERRERA
           City Attorney
           CHERYL ADAMS
           Chief Trial Deputy
           MARGARET W. BAUMGARTNER
           RENÉE E. ROSENBLIT
           KELLY COLLINS
           Deputy City Attorneys

         By: */s/ Margaret W. Baumgartner*
           MARGARET W. BAUMGARTNER

           Attorneys for Defendants
           MAUREEN D'AMICO, JOHN EVANS,
           MICHAEL JOHNSON, and ROBERT MCMILLAN