UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL RASHID TRULOVE**, <br> Plaintiff, <br> v. <br> **MAUREEN D'AMICO, MICHAEL JOHNSON, ROBERT MCMILLAN, AND JOHN EVANS** <br> Defendants. | Case No. 16-cv-050 YGR <br><br> **SUMMONS AND ORDER TO SHOW CAUSE RE: CONTEMPT** |

**TO: CARLA LEE HURLEY --**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be held in contempt, and sanctions imposed, for your failure to obey this Court's Pre-Trial Order in giving your trial testimony on April 3, 2018, in the above-captioned matter.

That Pre-Trial Order was made on the record on March 3, 2018, and required all witnesses to use the word "group" rather than the word "gang," as use of the latter would be unduly prejudicial and inflammatory. As confirmed by defendants' counsel on the record on April 3 and 4, 2018, you were specifically informed of the Pre-Trial Order prior to your testimony. You instead substituted the words "criminal organization" in place of the word "gang," increasing the unduly prejudicial and inflammatory nature of the characterization.

**YOU ARE ORDERED TO APPEAR** on **April 18, 2018, at 10:00 a.m.**, at the United States District Court, Courtroom One, Fourth Floor, 1301 Clay Street, Oakland, 94612, for an evidentiary hearing.

**YOU ARE ADVISED** that at the evidentiary hearing, you will be required to give testimony under oath. You are advised that you have the right to retain the service of an attorney in

connection with this hearing. ***Except for retained counsel***, you are ordered not to speak with anyone prior to the evidentiary hearing regarding your testimony on April 3, 2018, in the above-captioned matter.

Any written response to this Order to Show Cause shall be filed no later than **April 16, 2018**.

The Court is informed that attorney Sean Connolly of the San Francisco City Attorney's Office will accept service of summons on behalf of Ms. Hurley. The Clerk shall forward a copy of this Order to Show Cause to Mr. Connolly via the email address provided to the Court. Mr. Connolly is requested to file a notice of appearance and acknowledgment of service of summons no later than **April 9, 2018**.

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**