**JURY TRIAL MINUTES**

**TIME IN COURT: 8:33am8:38am; 1:39pm-1:53pm; 2:24pm-2:27pm; 3:41pm-4:20pm.**

**COUNSEL TIME on the record: 8:15am-8:40am; 1:33pm-1:38pm; 1:54pm-2:23pm; 3:40pm-3:41pm.**

Case No. 16-cv-00050-YGR   Case Name: Trulove v. D' Amico, et al.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone                               **Court Reporter**: Sarah Goekler

| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
|---|---|
| Nick Brustin and Anna Benvenutti Hoffmann | Margaret Baumgartner |
| Meghna Philip, Kate Chatfield, Alexander | Kelly M. Collins and Renee Rosenblit; |
| Reisman and | Defendants: |
| Plaintiff : Jamal Trulove | Maureen D'Amico, Michael Johnson, Robert McMillan ; |
|  | John Evans |

**Jury Selection Began: 3/8/18**

**Further Jury Selection/Voir Dire Began: 3/9/18**

Trial Began: 3/12/18     **TRIAL ENDED: 4/6/2018**

**TRIAL PROCEEDINGS;**

Jury Deliberation resumed at 8:30am today.

Discussion with counsel on the record at 8:15am and 1:33pm, 1:54pm and 3:40pm

Jury Notes: 8:55am; 1:22pm and 3:31pm. Note at 3:31pm that a **Verdict reached**. Jury enters courtroom. Verdict read. Jury polled; unanimous. Court thanks and discharges the Jury. Discussion with counsel as to post trial motions scheduling. Court will hear the post trial motions on Friday, 6/15/18 or Motions will be submitted on the papers without a hearing. Counsel will meet and confer and present a briefing schedule as it pertains to a 6/15/18 motion hearing date. JURY TRIAL COMPLETED. RECESS.

**VERDICT: read on the record at 3:42pm today**.

EXHIBITS: will be given to Civil CSA for logging in and maintaining in Exhibit room in clerk's office