FILED

APR 06 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>Plaintiff,<br><br>v.<br><br>MAUREEN D'AMICO, MICHAEL JOHNSON, ROBERT MCMILLAN, AND JOHN EVANS, *ET AL*,<br><br>Defendants. | Case No. 16-cv-050 YGR<br><br>VERDICT FORM |

WE, THE JURY IN THE ABOVE-ENTITLED ACTION, unanimously render the following verdict:

## FIRST CLAIM

Did plaintiff Jamal Trulove prove by a preponderance of the evidence that any of the following defendants deliberately fabricated evidence, causing plaintiff Jamal Trulove to be deprived of his constitutional right to liberty without due process?

Maureen D'Amico: Yes ✓ No _____
Michael Johnson: Yes ✓ No _____
Robert McMillan: Yes _____ No ✓

PROCEED TO THE SECOND CLAIM.

## SECOND CLAIM

Did plaintiff Jamal Trulove prove by a preponderance of the evidence that any of the following defendants failed to disclose material exculpatory or impeachment evidence known to that defendant with deliberate indifference to plaintiff's constitutional rights or the truth?

Maureen D'Amico: Yes ✓ No _____
Michael Johnson: Yes ✓ No _____
Robert McMillan: Yes _____ No ✓
John Evans: Yes _____ No ✓

If you answered "Yes" to **any** question under the FIRST OR SECOND CLAIMS, PROCEED TO THE THIRD CLAIM.

If you answered "No" to **all** of the questions under the FIRST AND SECOND CLAIMS, please SIGN AND DATE the end of this Verdict Form and return it to the Court.

2

## THIRD CLAIM

Did plaintiff Jamal Trulove prove by a preponderance of the evidence that any of the following defendants engaged in a conspiracy to violate his constitutional rights?

| Defendant | Yes | No |
|---|---|---|
| Maureen D'Amico: | | ✓ |
| Michael Johnson: | | ✓ |
| Robert McMillan: | | ✓ |
| John Evans: | | ✓ |

If you answered "Yes" to **any** question under the FIRST, SECOND, OR THIRD CLAIMS then proceed to DAMAGES.

If you answered "No" to **all** of the questions under the FIRST, SECOND, AND THIRD CLAIMS, please SIGN AND DATE the end of this Verdict Form and return it to the Court.

## DAMAGES

Please state the amount of damages proven in accordance with the Court's damages instructions.

$ #10 MILLION ($10,000,000.00)

Please **sign and date** this verdict form, then return to the Court.

Dated: 4/6/2018

#9
_____
FOREPERSON NUMBER

_____
FOREPERSON SIGNATURE

3