UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMAL RASHID TRULOVE,<br><br>Plaintiff,<br><br>vs.<br><br>MAUREEN D'AMICO, MICHAEL JOHNSON, ROBERT MC MILLAN, AND JOHN EVANS,<br><br>Defendants. | Case No. 16-cv-0050 YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART CARLA LEE HURLEY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dkt. No. 547 |
|---|---|

Carla Lee Hurley submits this administrative motion to seal portions of her response to the Court's Order to Show Cause issued on April 5, 2018 (Dkt. No. 515).[1] Hurley asserts that the matters to be sealed implicate the attorney-client privilege, and would require disclosure of attorney-client communications or work product.

The Court applies the "compelling reasons" standard to the motion to seal in connection with the Order to Show Cause as the materials submitted constitute the judicial record of these public proceedings, which should remain accessible to the public to the greatest extent possible. *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010). Given the importance of the competing interests at stake, any sealing order must be narrowly tailored. Civ. L.R. 79-5 (a).

Therefore, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Response at page i, line 24 | Connolly Declaration ¶ | **GRANTED.** |
| Response at page 1, lines 10-16, 28 | Connolly Declaration | **GRANTED.** |
| Response at page 2, lines 1-2, 7-8. | Connolly Declaration | Lines 1-2: **GRANTED**<br>Lines 7-8: **GRANTED IN PART** – in the sentence beginning "Sgt. Hurley was never told . . ." |

---

[1] The Court issued its order discharging the Order to Show Cause on the record at the April 18, 2018 hearing.

1

| | | | |
|---|---|---|---|
| | | | redact the two words that follow "by [*sic*] Court;" otherwise, **DENIED**. |
| Response at page 8, lines 24-25. | Connolly Declaration | | **DENIED** |
| Response at page 9, lines 1, 11-15. | Connolly Declaration | | **DENIED** |
| Response at page 11, line 19. | Connolly Declaration | | **DENIED** |
| Response at page 13, lines 12-17. | Connolly Declaration | | **DENIED** |
| Response at page 14, line 28. | Connolly Declaration | | **DENIED** |
| Response at page 15, lines 1-3, 5-6, 8-9, 12-13, 17-18, 20-27. | Connolly Declaration | | Lines 1-3: **DENIED;** otherwise, **GRANTED**. |
| Response at page 16, lines 6-10, 14. | Connolly Declaration | | **GRANTED** |
| Response at page 19, lines 8-9, 13-16, 18-21, 24-25. | Connolly Declaration | | Lines 13-16: **DENIED;** otherwise, **GRANTED.** |
| Response at page 20, lines 1-11, 15-17. | Connolly Declaration | | **GRANTED.** |
| Declaration of Margaret Baumgartner In Support of Response to Order to Show Cause. | Connolly Declaration; Baumgartner Declaration. | | **DENIED**. |
| Declaration of Kelly Collins In Support of Response to Order to Show Cause. | Connolly Declaration; Collins Declaration. | | **GRANTED IN PART** only as to paragraph 4 at lines 7-11, and paragraph 6 in its entirety; otherwise **DENIED**. |
| Declaration of Carla Lee Hurley In Support of Response to Order to Show Cause. | Connolly Declaration, Hurley Declaration | | **GRANTED IN PART** only as to paragraphs 9, 10, 11, and 12; otherwise **DENIED**. |

This terminates Docket No. 547.

**IT IS SO ORDERED.**

Dated: April 19, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE