Nick J. Brustin, NY Bar No. 2844405
 Email: nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
 Email: anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
 Email: meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081

Kate Chatfield, State Bar No. 245403
Email: klchatfield@usfca.edu
 Telephone No.: 415-422-4385
Alex Reisman, State Bar No. 45813
 Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE, <br><br> Plaintiff, <br><br> vs. <br><br> MAUREEN D'AMICO, MICHAEL JOHNSON, ET AL., <br><br> Defendants. | Case No. 16-cv-00050-YGR <br><br> **JUDGMENT ON VERDICT** |

This action came on for trial on March 12, 2018, in Courtroom 1 of the United States District Court, Northern District of California, Oakland Division, Honorable Yvonne Gonzalez Rogers, presiding. The Plaintiff in this case, No. CV 16-00050-YGR, Jamal Rashid Trulove, was

represented by Nick Brustin, Anna Benvenutti Hoffmann, Meghna Philip, Alex Reisman, and Kate Chatfield. Defendants Maureen D'Amico, Michael Johnson, John Evans, and Robert McMillan, were represented by the San Francisco City Attorney's office, through Deputy City Attorneys Margaret Baumgartner, Kelly Collins, and Renee Rosenblit.

Witnesses were sworn and testified. After hearing the evidence, the jury was instructed by the Court and the case was submitted to the jury. Eight sworn jurors deliberated. The issues having been duly tried and the jury having duly rendered its verdict for plaintiff and against Defendants Michael Johnson and Maureen D'Amico only ([Dkt 523]:

IT IS ORDERED that Plaintiff Jamal Rashid Trulove shall recover the sum of $10,000,000.00 from Maureen D'Amico and Michael Johnson, plus post-judgment interest, costs, and attorney's fees as provided by law. Plaintiff shall file any application for costs or attorneys' fees by May 14, 2018. Defendants shall respond by June 1, 2018, and Plaintiff shall reply by June 8, 2018.

IT IS ALSO ORDERED that Plaintiff shall take nothing from Defendants John Evans and Robert McMillan. Defendants Evans and McMillan contend that they are entitled to costs, and shall file an application for costs per statutory deadlines.

DATED: April 19, 2018

_____
Honorable Yvonne Gonzalez Rogers
United States District Court

APPROVED AS TO FORM:

By: */s/ Margaret W. Baumgartner*
Margaret W. Baumgartner, Attorney for Defendants