Nick J. Brustin, NY Bar No. 2844405
  Email: nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email: anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email: meghna@nsbcivilrights.com
NEUFELD, SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081

Kate Chatfield, State Bar No. 245403
Email: klchatfield@usfca.edu
  Telephone No.: 415-422-4385
Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
P.O. Box 10
Brisbane, CA 94005
Telephone: 415-608-0240

Attorneys for Plaintiff
JAMAL RASHID TRULOVE


DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE L. ROSENBLIT, State Bar #304983
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3859 [Baumgartner]
Telephone: (415) 554-3853 [Rosenblit]
Telephone: (415) 554-3914 [Collins]
Facsimile: (415) 554-3837
E-Mail: margaret.baumgartner@sfgov.org
E-Mail: renee.rosenblit@sfgov.org
E-Mail: kelly.collins@sfgov.org

Attorneys for Defendants
MAUREEN D'AMICO, JOHN EVANS,
MICHAEL JOHNSON,
ROBERT MCMILLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>Plaintiff,<br><br>vs.<br><br>MAUREEN D'AMICO, MICHAEL JOHNSON, ET AL.,<br><br>Defendants. | Case No.  16-cv-00050-YGR<br><br>**JOINT STIPULATION ON ATTORNEYS' FEES AND COSTS** |

The parties have met and conferred, and seek to resolve the issues of attorneys' fees and costs without further litigation and on reasonable and fair terms, and hereby enter into the following Joint Stipulation of Attorneys' Fees and Costs:

The parties agree that Plaintiff is a prevailing party as to the claims brought against Defendants Maureen D'Amico and Michael Johnson and is entitled to fees and costs against them under 42 U.S.C. § 1988 based on the judgment entered on verdict.  [ECF 550].  The parties stipulate that Defendants Maureen D'Amico and Michael Johnson shall pay $4,500,000.00 (Four Million Five Hundred Thousand) to Plaintiff, in addition to interest as provided by 28 U.S.C. § 1961.  This amount will satisfy Plaintiff's claims for attorneys' fees and costs through April 6, 2018, the last date of trial.  Defendants assert and plaintiff disputes that the defendants who obtained judgment in their favor or a dismissal are entitled to costs, but as part of this agreement all defendants will withdraw their Bill of Costs filed and not seek costs based on the dismissals or the judgment entered.  [ECF 568].  Defendants agree that they will not challenge the reasonableness of the attorneys' fees and costs based on the judgment entered.  However, the parties agree that other post-trial motions or an appeal may alter the parties' entitlement to fees

and costs, and therefore if after the post trial motions or possible appeal either party believes that any court ruling has an effect on entitlement to pre-judgment fees or costs, either party may seek to reopen the issues addressed in this agreement.

The parties therefore seek an order from the Court entering judgment of $4,500,000.00 in attorneys' fees and costs in Plaintiff's favor, plus interest on attorneys' fees and costs to accrue as of the date of judgment, to supplement the Court's Judgment on Verdict.  [ECF 550]. The parties stipulate that Plaintiff need not file a separate application for costs or attorneys' fees.

Respectfully submitted,

DATED: May 11, 2018          NEUFELD SCHECK & BRUSTIN, LLP

By: /s/Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann, NY Bar No. 4412011
(pro hac vice)
*One of Plaintiff Jamal Trulove's Attorneys*

DATED: May 11, 2018          SAN FRANCISCO CITY ATTORNEY'S OFFICE

By:    /s/  Margaret W. Baumgartner
Margaret W. Baumgartner, Deputy City Attorney
State Bar #151762
Attorney for Defendants