UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MAUREEN D'AMICO, MICHAEL JOHNSON, ET AL.,<br><br>  Defendants. | Case No.  16-cv-00050-YGR<br><br>**AMENDED JUDGMENT ON VERDICT** |

This action came on for trial on March 12, 2018, in Courtroom 1 of the United States District Court, Northern District of California, Oakland Division, Honorable Yvonne Gonzalez Rogers, presiding.  The Plaintiff in this case, No. CV 16-00050-YGR, Jamal Rashid Trulove, was represented by Nick Brustin, Anna Benvenutti Hoffmann, Meghna Philip, Alex Reisman, and Kate Chatfield. Defendants Maureen D'Amico, Michael Johnson, John Evans, and Robert McMillan, were represented by the San Francisco City Attorney's office, through Deputy City Attorneys Margaret Baumgartner, Kelly Collins, and Renee Rosenblit.

Witnesses were sworn and testified. After hearing the evidence, the jury was instructed by the Court and the case was submitted to the jury. Eight sworn jurors deliberated. The issues having been duly tried and the jury having duly rendered its verdict for plaintiff and against Defendants Michael Johnson and Maureen D'Amico only ([Dkt 523]:

IT IS ORDERED that Plaintiff Jamal Rashid Trulove shall recover the sum of $10,000,000.00 from Maureen D'Amico and Michael Johnson, plus post-judgment interest, costs, and attorney's fees as provided by law.

IT IS ALSO ORDERED that Plaintiff shall take nothing from Defendants John Evans and Robert McMillan.

Pursuant to the stipulation of the parties (Dkt. No. 573), IT IS FURTHER ORDERED that, pursuant to Rule 54(d) and 42 U.S.C. § 1988, defendants Maureen D'Amico and Michael Johnson shall pay to plaintiff Jamal Trulove $4,500,00.00 in fees and costs, plus post-judgment interest as provided by law in accordance with the terms of the stipulation.

DATED: May 25, 2018

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

By: /s/ Margaret W. Baumgartner
Margaret W. Baumgartner, Attorney for Defendants