FILED

SEP 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>MAUREEN D'AMICO; et al.,<br><br>    Defendants-Appellants. | No. 18-16540<br><br>D.C. No. 4:16-cv-00050-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

The appellants' motion (Docket Entry No. 2) for voluntary dismissal of this appeal as to appellants John Evans and Robert McMillan is granted. This appeal is dismissed as to John Evans and Robert McMillan only. Fed. R. App. P. 42(b).

The appeal shall continue as to the remaining parties.

This order served on the district court shall act as and for the mandate of this court as to appellants John Evans and Robert McMillan only.

The current briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 09/03/2018/Pro Mo