Nick J. Brustin, NY Bar No. 2844405
  Email: nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY Bar No. 4412011
  Email: anna@nsbcivilrights.com
Meghna Philip, NY Bar No. 5527148
  Email: meghna@nsbcivilrights.com
NEUFELD SCHECK AND BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084

Kate Chatfield, State Bar No. 245403
  Email: klchatfield@usfca.edu
  Telephone: 415-422-4385
Alex Reisman, State Bar No. 45813
  Email: areisman@msn.com
  Telephone: 415-608-0240
P.O. Box 10
Brisbane, CA 94005

Attorneys for Plaintiff
JAMAL RASHID TRULOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| JAMAL RASHID TRULOVE,<br><br>Plaintiff,<br><br>vs.<br><br>MAUREEN D'AMICO, MICHAEL JOHNSON, ET AL.,<br><br>Defendants. | Case No. 16-cv-00050-YGR (SK)<br><br>**STIPULATION** |

**STIPULATION**

    This Stipulation is made and entered into this 25th day of September 2018, by and between

Plaintiff Jamal Trulove and the City of San Francisco ("the City").

**STIPULATION**

Case No. 16-cv-00050-YGR

1

I. **RECITALS**

Whereas:

A. In 2016, Plaintiff Jamal Trulove sued under 42 U.S.C. § 1983, in the United States District Court for the Northern District of California, (No. 16-CV-00050-YGR-SK), against, *inter alia*, Defendants Michael Johnson and Maureen D'Amico, for violating his constitutional rights and causing his wrongful conviction.

B. On April 6, 2018, the jury found D'Amico and Johnson liable for violating Plaintiff's constitutional rights and causing his wrongful conviction and awarded $10 million in damages. The judgment on verdict for $10 million was entered on April 19, 2018, [Dkt. 550], and an amended judgment on verdict was entered on May 25, 2018, [Dkt. 589], ordering that Michael Johnson and Maureen D'Amico pay the full $10 million verdict and $4.5 million in fees and costs, pursuant to the parties' stipulation. The Court denied Defendants' post-trial motions on July 16, 2018, and the amended judgment against Michael Johnson and Maureen D'Amico became final and appealable.

C. On August 14, 2018, Defendants filed their notice of appeal to the Court of Appeals for the Ninth Circuit. Although the City of San Francisco is not a nominal party to that direct appeal, the City acknowledges its indemnification obligation to pay the full final judgment against Defendants Michael Johnson and Maureen D'Amico, including all costs, fees, and interest.

D. Defendants wish to stay enforcement of the judgment while this appeal, Docket #18–16540, is pending. However, Defendants do not wish to post a supersedeas bond to secure such a stay.

## II. AGREEMENT

The parties hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a). Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

2. The City of San Francisco, Michael Johnson, Maureen D'Amico, and Jamal Trulove consent to this Court's jurisdiction over this Stipulation, including any action to enforce the Stipulation and any judgment against Michael Johnson and/or Maureen D'Amico, and stipulate that venue is proper in this judicial district.

3. The City stipulates that, with respect to the events alleged in this lawsuit, Defendants Maureen D'Amico and Michael Johnson were acting within the course and scope of their employment with the City, as defined in California Government Code § 825. The City stipulates that the indemnity provisions of California Government Code § 825 apply to the judgment in this case and the City is required to pay the judgment accordingly.

4. The obligations of this Stipulation apply to and are binding upon the Plaintiff, and upon the City and its successors.

5. The City agrees that, pursuant to its indemnification obligations, it is indemnifying Defendants Johnson and D'Amico, and is directly liable to Plaintiff in the full amount, and to the full extent, of any final judgment remaining after all appeals are exhausted—including any costs, fees, and awarded interest, whether encompassed by the May 25, 2018, amended judgment or incurred since April 6, 2018—arising out of this action and entered in favor of Plaintiff and against Michael Johnson and Maureen D'Amico.

6. The parties consent to a stay of enforcement of the May 25, 2018, amended judgment, pursuant to Fed. R. Civ. P. 62(d), while the appeal, 9th Cir. 18–16540, is pending. The

parties intend this Stipulation to serve as alternative security to a supersedeas bond for this stay of enforcement.

7. The parties agree that, for purposes of calculating the interest on the judgment, the judgment was final on April 6, 2018. Post-judgment interest will accrue daily on the $14.5 million amended judgment beginning on April 6, 2018, until the date the judgment is paid in full, at the rate of 2.09% per annum, compounded yearly.

8. Within thirty (30) days after the appeal's conclusion, the City of San Francisco shall pay to Plaintiff the complete amount of any final judgment then remaining, entered, or re-entered in favor of Plaintiff and against Michael Johnson and/or Maureen D'Amico, including any costs, fees, and interest awarded on that judgment. The appeal will be considered concluded on the date a mandate issues from the Ninth Circuit Court of Appeals, unless a motion to stay the mandate is pending or the mandate is stayed, in which case the appeal will be considered concluded when the motion is rejected or any stay is lifted.

9. Nothing in this stipulation shall prevent Plaintiff from pursuing his statutory right to attorney's fees and costs incurred since April 6, 2018, including fees and costs incurred litigating post-trial motions or on appeal. The City of San Francisco consents to pay any such fees and costs under its indemnification obligations.

10. Should judgment be entered, and appeal concluded, on different portions of the judgment at different times (such as (a) the jury verdict and pre-verdict costs and fees described above, and (b) post-verdict costs and fees), the City shall pay each portion of the judgment as it becomes final. In other words, the pendency of a motion for post-verdict costs and fees shall not delay the obligation to pay the rest of the judgment.

11. The undersigned representatives of the City of San Francisco, Defendants Maureen D'Amico and Michael Johnson, and Plaintiff Jamal Trulove, certify that each is fully authorized to

1  enter into the terms and conditions of this Stipulation and to bind legally the party he or she
2  represents to this document.
3     12.    The City of San Francisco consents to the entry of this Stipulation without further
4  notice.

6  DATED: September 25, 2018         FOR PLAINTIFF JAMAL RASHID TRULOVE

                                    By:   */s/ Anna Benvenutti Hoffman*

                                    Anna Benvenutti Hoffmann, NY Bar No. 4412011
                                    (pro hac vice)
                                    Neufeld Scheck & Brustin, LLP
                                    99 Hudson Street, 8th Floor
                                    New York, New York 10013

13 DATED: September 25, 2018         FOR THE CITY OF SAN FRANCISCO,
                                    DEFENDANT MICHAEL JOHNSON,
                                    AND DEFENDANT MAUREEN D'AMICO

                                    By:   */s/ Cheryl Adams*

                                    Cheryl Adams, Chief Trial Deputy
                                    San Francisco City Attorney's Office
                                    1390 Market Street, 6th Floor
                                    San Francisco, CA 94102