

MAY 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMAL RASHID TRULOVE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> MAUREEN D'AMICO; et al., <br><br> Defendants-Appellants. | No.   18-16540 <br><br> D.C. No. 4:16-cv-00050-YGR <br> Northern District of California, <br> Oakland <br><br> ORDER |

Pursuant to the court's April 11, 2019 order, this appeal is deemed dismissed voluntarily.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation